# Exhibit A

Claim Chart(s) for the Alleged "Joint Infringement" of Plaintiff's '287 Patent; '619 Patent; and '898 Patent

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 4 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/articles/PMC4705357/ Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/ details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone.<br>https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |

6

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 5 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring device, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | "[W]e will describe 10 Temperature Apps for Android devices that measure room (indoors and outdoors) temperature, and apps that work as body temperature records (i.e. to store your body temperature values in order to monitor the fluctuations of your body temperature)." https://www.tech21century.com/ android-temperature-mobile-apps/ |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time and transmit this data wirelessly, which has the potential to monitor patient recovery … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/  Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/ details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1st Theory*<br><br>ATAK has various end-user versions: ATAK - Civilian (ATAK-CIV); ATAK - Government (ATAK-GOV); and, ATAK - Military (ATAK-MIL). |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f =$ 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 6 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring equipment, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/articles/PMC4705357/ Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one light indicator in communication with the at least one CPU; | Turn on Flash notifications<br>• On your device, go to Settings Flash Notifications.<br>• Turn on Camera or Screen flash.<br>• To change the screen flash color, tap Screen flash.<br>• To choose your desired color, tap the color.<br>• To view the color changes, tap Preview.<br>• Flash notifications still follow your "Do not disturb" settings.<br>• If you set your alarm to still work in "Do not disturb" mode, your device still flashes for alarms.<br>• Flash notifications still work in silent mode. Turn on silent mode, and turn off vibration, device will flash when receive notification. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

14

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. <br><br> Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |

| | | |
|---|---|---|
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 1 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units  The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.  Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |

18

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

19

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytics with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f =$ 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 1 of the '619 Patent: Dependent Claims 2 thru 10**

2. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of processing operational instructions for at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

3. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal to lock, unlock, or disable the lock of the communication device.

4. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

5. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least short-range wireless radio frequency near-field communication (NFC).

6. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

7. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least one of chemical, biological, radiological, nuclear, or explosives detection.

8. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

9. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

10. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the operational and functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 11 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f$ = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., *heart rate*) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). 5th Theory |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 11 of the '619 Patent: Dependent Claims 12 thru 20**

12. The central processing unit (CPU) of claim 11, capable of processing operational instructions for at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

13. The central processing unit (CPU) of claim 11, capable of processing operational instructions to lock, unlock, or disable the lock of the communication device.

14. The central processing unit (CPU) of claim 11, capable of processing operational instructions of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

15. The central processing unit (CPU) of claim 11, capable of processing operational instructions from short-range wireless radio frequency near-field communication (NFC).

16. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

17. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical, biological, radiological, nuclear, or explosives detection.

18. The central processing unit (CPU) of claim 11, capable of processing operational instructions through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

19. The central processing unit (CPU) of claim 11, capable of processing operational instructions of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

20. The central processing unit (CPU) of claim 11, capable of processing operational instructions of functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

| Google's Tensor Processing Unit (TPU) | Patent #: 11,645,898; Independent Claim 1 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor TPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | 1. A pre-programmed stall, stop, vehicle slow-down system, that comprises at least one central processing unit (CPU), capable of: | Modern Google CPUs are influenced by the Reduced Instruction Set Computer (RISC) design style. The idea of RISC is to define simple instructions (load, store, add, multiply) and execute them as fast as possible. Google's TPUs use Complex Instruction Set Computer (CISC) style as an instruction set. CISC focus on implementing high-level instructions that run complex tasks such as multiply-and-add many times with each instruction. |
| Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle receives a signal from at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, a tablet, a PDA, or a handheld; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
| Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle receives a signal from at least one of cellular, satellite, or radio-frequency (RF); | "[i]f the situation calls for it, the autonomous car can even summon a member of the corporate team to report to the scene … the vehicles "understand" when they've been involved in an accident, and can immediately send a message to headquarters. Once it detects that its airbags have gone off, the self-driving car will also automatically disengage from autonomous mode, brake until it reaches a full stop, then call for help. https://www.dmv.org/articles/waymo-provides-emergency-response-guide-for-autonomous-riders |

28

| | | |
|---|---|---|
| <br><br>Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle is experiencing unintended acceleration | Google develops self-driving vehicles which focuses on autonomous driving technology. Google utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Google operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs enhance perception, decision-making, and navigation for autonomous driving. |
| <br><br>Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle is experiencing lane departure; | Google develops self-driving vehicles through Waymo, which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Google operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks. TPUs enhance perception, decision-making, and navigation for autonomous driving. |
| <br><br>Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when a collision or crash is detected; | Google develops self-driving vehicles through Waymo, which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Waymo operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks, making them ideal for processing the vast amounts of data generated by self-driving vehicles. TPUs enhance perception, decision-making, and navigation for autonomous driving. |

| | | |
|---|---|---|
|  Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle has been reported as stolen; | Google develops self-driving vehicles which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Waymo operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks, making them ideal for processing the vast amounts of data generated by self-driving vehicles. TPUs enhance perception, decision-making, and navigation for autonomous driving. |
|  Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle has moved outside a pre-programmed designated perimeter; | Google develops self-driving vehicles which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Waymo operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks, making them ideal for processing the vast amounts of data generated by self-driving vehicles. TPUs enhance perception, decision-making, and navigation for autonomous driving. |
|  Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when at least one of a chemical hazard, a biological hazard, a radiological hazard; a nuclear hazard; or explosives have been detected; | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|  Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | processing instructions to stall, stop, or slow-down a vehicle when the vehicle is at least a driverless vehicle; a self-drive vehicle; an autonomous vehicle; a human controlled vehicle; a manned or unmanned convoy vehicle, or a manned or unmanned aerial, land, or sea vehicle; and, | Google develops self-driving vehicles through Waymo, which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Waymo operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks, making them ideal for processing the vast amounts of data generated by self-driving vehicles. TPUs enhance perception, decision-making, and navigation for autonomous driving. |
|  Google's Tensor Processing Units (TPUs) are recognized as the "brains" of Google's Self-Drive Vehicles. The TPU carries out the operational and functional instructions of the vehicle | Wherein, when the central processing unit (CPU) processes instructions to stall, stop, or slow-down a vehicle, a distress signal is sent to at least one of a monitoring site, a control center, or is recorded for storage. | Google develops self-driving vehicles through Waymo, which focuses on autonomous driving technology. The company utilizes advanced hardware and software systems, including the Google Tensor Processing Unit (TPU), to enhance the performance of its self-driving algorithms. Autonomous Vehicles: Waymo operates a fleet of self-driving cars that use a combination of sensors, cameras, and navigation. TPUs are specialized hardware designed to accelerate machine learning tasks, making them ideal for processing the vast amounts of data generated by self-driving vehicles. TPUs enhance perception, decision-making, and navigation for autonomous driving. |