# Exhibit B

# Claim Chart(s) for the Alleged "Direct Infringement" of Plaintiff's '761 Patent; '891 Patent; and '898 Patent

| Google's Self-Drive Vehicles for (Autonomous and Semi-Autonomous) | Patent #: 8,334,761; Independent Claim 1 |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | 1. A vehicle adapted for receipt of a signal from a remote location to remotely control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | at least one of a brake, a foot peddle, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | an electrical system in electrical communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |

| | |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means; |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means; and |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | wherein a user determines that the vehicle has been stolen and in response initiates a distress signal communication over a communication network that causes communication between the vehicle and the remote location and that then causes the at least one control signal to be sent from the remote location via the communication network that includes at least one of a cell phone tower and a satellite. |

4

| Google's Self-Drive Vehicles for (Autonomous and Semi-Autonomous) | Patent #: RE43,891; Independent Claim 11 |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | 11. A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | an electrical system in electrical communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |

| | |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle; |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle; and |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | wherein the at least one control signal is sent due to unauthorized use of the vehicle, and wherein an originating first signal that eventually causes the at least one control signal to be sent is generated upon initial verification of the unauthorized use of the vehicle; |

| | |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | at least one mobile, portable, or fixed device capable of sending the at least one control signal from the remote location that is of electromagnet pulse, electrostatic discharge, microwave beam or radio frequency, to disable the computer, electrical, fuel and air systems of the vehicle or a combination of the computer, electrical, fuel and air systems that include but are not limited to the brakes, foot peddle, lights, speed controls, ignition, steering, transmission, and horsepower of the motor. |

| Google's Self-Drive Vehicles for (Autonomous and Semi-Autonomous) | Patent #: RE43,891; Independent Claim 44 |
|---|---|
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | 44. A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |

| | |
|---|---|
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |

| Google's Self-Drive Vehicles for (Autonomous and Semi-Autonomous) | Patent #: RE43,891; Dependent Claims 47, 48, 49, 50, 51, & 53 |
|---|---|
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 47. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration. |

9

| | |
|---|---|
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, rear-view alarm, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, electronic stability control, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |

| | |
|---|---|
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |

11

| Google's Self-Drive Vehicles for (Autonomous and Semi-Autonomous) | Patent #: 11,645,898; Independent Claim 2 |
|---|---|
| Google's Self-Drive Vehicle comprises: Automatic emergency braking systems; Enhanced or Adaptive cruise control; Distance Control Assists Rear-view alarm, to detect obstacles behind; Anti-lock braking system (ABS); Emergency Braking Assistance (EBA); Electronic Stability Control (ESC); Electronic brake force distribution (EBD) … | 2. A vehicle, that comprises at least one onboard computer system, electronic system, fuel system, air system, braking system, ignition system, transmission system, or PowerDrive system, capable of: |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | stalling, stopping, or slowing down a vehicle when the vehicle receives a signal from at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, a tablet, a PDA, or a handheld; |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | stalling, stopping, or slowing down a vehicle when the vehicle receives a signal from at least one of cellular, satellite, or radio-frequency (RF); |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | stalling, stopping, or slowing down a vehicle when the vehicle is experiencing unintended acceleration; |

| | |
|---|---|
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | stalling, stopping, or slowing down a vehicle when the vehicle is experiencing lane departure; |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | stalling, stopping, or slowing down a vehicle when a pedestrian, obstacle, collision or crash is detected; stalling, stopping, or slowing down a vehicle when the vehicle has been reported as stolen; |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | stalling, stopping, or slowing down a vehicle when the vehicle has moved outside a pre-programmed designated perimeter; |
| Google's ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles or hazards, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. | stalling, stopping, or slowing down a vehicle when at least one of a chemical hazard, a biological hazard, a radiological hazard; a nuclear hazard; or explosives have been detected; |

| | |
|---|---|
| Google's Vehicular Automation System is using technology to assist or replace the operator of a vehicle such as a car, truck, aircraft, rocket, military vehicle, or boat. Assisted vehicles are semi-autonomous, whereas vehicles that can travel without a human operator are autonomous. Roads present the most significant complexity given the unpredictability of the driving environment, including diverse road designs, driving conditions, traffic, obstacles, and geographical/cultural differences. Autonomy implies that the vehicle is responsible for all perception, monitoring, and control functions. | stalling, stopping, or slowing down a vehicle when the vehicle is at least a driverless vehicle; a self-drive vehicle; an autonomous vehicle; a human controlled vehicle; a manned or unmanned convoy vehicle, or a manned or unmanned aerial, land, or sea vehicle; and, |
| Remote Monitoring: A team of safety operators monitors the vehicles remotely. Operators can intervene if necessary, providing an additional layer of safety. Google [Waymo] recently added the ability of remote operators to do low-speed remote drive to do things like move cars off the road, or out of trouble situations like blocked streets and emergency vehicles. These monitoring systems work together to ensure that Google's self-driving vehicles operate safely and effectively on public roads. | Wherein, the vehicle is stalled, stopped, or slowed down, a distress signal is sent to at least one of a monitoring site, a control center, or is recorded for storage. |

## GOOGLE'S SELF-DRIVE VEHICLE [SPECIFICATIONS AND FEATURES]

**Vehicular Automation**

Vehicular automation is using technology to assist or replace the operator of a vehicle such as a car, truck, aircraft, rocket, military vehicle, or boat. Assisted vehicles are semi-autonomous, whereas vehicles that can travel without a human operator are autonomous. The degree of autonomy may be subject to various constraints such as conditions. Autonomy is enabled by advanced driver-assistance systems (ADAS) of varying capacity.

Related technology includes advanced software, maps, vehicle changes, and outside vehicle support.

Autonomy presents varying issues for road, air, and marine travel. Roads present the most significant complexity given the unpredictability of the driving environment, including diverse road designs, driving conditions, traffic, obstacles, and geographical/cultural differences.

Autonomy implies that the vehicle is responsible for all perception, monitoring, and control functions.

**Advanced Driver-Assistance Systems (ADAS)**

ADAS are technologies that assist drivers with the safe operation of a vehicle. ADAS may provide adaptive cruise control, assist in avoiding collisions, alert drivers to possible obstacles, warn of lane departure, assist in lane centering, incorporate satellite navigation, provide traffic warnings, provide navigational assistance through smartphones, automate lighting, or provide other features. Highway computers also manage the traffic and direct the cars to avoid crashes.

**Software**

Autonomous vehicle software generally contains several different modules that work together to enable self-driving capabilities. The perception module ingests and processes data from various sensors, such cameras, LIDAR, RADAR, and ultrasonic SONAR, to create a comprehensive understanding of the vehicle's surroundings. The localization module uses 3D point cloud data, GPS, IMU, and mapping information to determine the vehicle's precise position, including its orientation, velocity, and angular rate. The planning module takes inputs from both perception and localization to compute actions to take, such as velocity and steering angle outputs. These modules are typically supported by machine learning algorithms,

particularly deep neural networks, which enable the vehicle to detect objects, interpret traffic patterns, and make real-time decisions. Furthermore, modern autonomous driving systems increasingly employ sensor fusion techniques that combine data from multiple sensors to improve accuracy and reliability in different environmental conditions.

**Perception**

The perception system is responsible for observing the environment. It must identify everything that could affect the trip, including other vehicles, pedestrians, cyclists, their movements, road conditions, obstacles, and other issues. Various makers use cameras, radar, lidar, sonar, and microphones that can collaboratively minimize errors.

**Navigation**

Navigation systems are a necessary element in autonomous vehicles. The Global Positioning System (GPS) is used for navigation by air, water, and land vehicles, particularly for off-road navigation.

For road vehicles, two approaches are prominent. One is to use maps that hold data about lanes and intersections, relying on the vehicle's perception system to fill in the details. The other is to use highly detailed maps that reduce the scope of real-time decision-making but require significant maintenance as the environment evolves. Some systems crowdsource their map updates, using the vehicles themselves to update the map to reflect changes such as construction or traffic used by the entire vehicle fleet.

Another potential source of information is the environment itself. Traffic data may be supplied by roadside monitoring systems and used to route vehicles to best use a limited road system. Additionally, modern GNSS enhancement technologies, such as real-time kinematic (RTK) and precise point positioning (PPP), enhance the accuracy of vehicle positioning to sub-meter level precision, which is crucial for autonomous navigation and decision-making.

**Applications for Google's Self-Drive Vehicles include the following:**

- Vehicle tracking system
- Rear-view alarm, to detect obstacles behind.
- Anti-lock braking system (ABS)
- Emergency Braking Assistance (EBA)

- Electronic brake force distribution (EBD)
- Traction control system (TCS)
- Four-wheel drive (AWD)
- Electronic Stability Control (ESC)
- Acceleration Slip Regulation (ASR)
- Electronic differential lock (EDL)
- Dynamic steering response (DSR)

These applications use various sensors to intervene when the car senses a possible loss of control. The car's control unit can reduce power from the engine and even apply the brakes on individual wheels to prevent the car from understeering or oversteering. Corrects the rate of power steering system to adapt it to vehicles speed and road conditions.

**Google's Self-Drive Vehicles; additional features include:** [1]

- Adaptive cruise control
- Lane departure warning system
- Assured Clear Distance Ahead
- Adaptive headlamps
- Advanced Automatic Collision Notification
- Intelligent Parking Assist System
- Automatic Parking
- Automotive night vision with pedestrian detection
- Blind spot monitoring
- Driver Monitoring System
- Precrash system
- Safe speed governing
- Traffic sign recognition
- Enhanced or Adaptive cruise control
- Distance control assist
- Automatic emergency braking systems

17