# Exhibit H

# Joint Infringement:

## Formation of Joint Enterprises

## - and -

## Contractual Arrangements



**OFFICE OF THE SECRETARY OF DEFENSE**
**5000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-5000**

AUG 1 0 2022

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                         COMMANDERS OF THE COMBATANT COMMANDS
                         DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Use of Non-Government Owned Mobile Devices

References: (a) DoD Instruction 5200.48, "Controlled Unclassified Information," March 6, 2020
              (b) DISA Cloud Computing Security Requirements Guide v1R3, March 6, 2017
              (c) DoD Instruction 8500.01, "Cybersecurity," October 7, 2019
              (d) DoD Instruction 8510.01, "Risk Management Framework (RMF) for DoD
                     Information Technology (IT)," December 29, 2020
              (e) DoD Instruction 8520.03, "Identity Authentication for Information Systems,"
                     July 27, 2017
              (f) DoD Manual 5200.01, Volume 3, "DoD Information Security Program:
                     Protection of Classified Information," July 28, 2020
              (g) DoD Chief Information Officer Memorandum, "Mobile Application Security
                     Requirements," October 6, 2017
              (h) DoD Chief Information Officer Memorandum, "DoD Mobile Public Key
                     Infrastructure (PKI) Credentials," December 20, 2019
              (i) OMB Circular No. A-130, "Managing Information as a Strategic Resource," July
                     28, 2016
              (j) DoD Instruction 5400.11, "DoD Privacy and Civil Liberty Programs," January
                     29, 2019
               (k) DoD Instruction 5015.02, "DoD Records Management Program," August 17,
                     2017

       This memorandum and attachment establish minimum requirements for the use of non-government owned mobile devices (e.g., personally or commercially owned), hereinafter "Approved Mobile Device" (AMD), to store, process, transmit, or display up to Department of Defense (DoD) Controlled Unclassified Information (CUI). This memorandum's scope is limited to mobile device information technology (IT) with mobile operating systems (OS) (e.g., Apple iOS, Android) used to access and process up to DoD CUI (e.g., Impact Level 5 data), as defined in references (a) and (b). Additional guidance will be provided by the DoD Chief Information Officer (CIO) to expand the scope to additional types of non-government owned devices (e.g., laptops, desktops), OS types (e.g., macOS, Windows), and capabilities (e.g., voice applications).

       The benefits associated with the use of AMDs must be balanced carefully with associated operations security and cybersecurity risks. This guidance provides technical and programmatic requirements for Components managing and configuring AMDs to store, process, transmit, access, or display DoD CUI. This memorandum does not supersede, cancel, or change existing requirements for safeguarding, storage, handling, or transmission of DoD CUI.

DoD Component Heads and Authorizing Officials, in collaboration with Component CUI Senior Agency Officials and the DoD Senior Information Security Officer, are responsible for safeguarding DoD systems and CUI under their purview in accordance with references (c) and (d).

DoD Components must ensure solutions meet the requirements in the Attachment prior to procurement, testing, and fielding AMDs and associated systems. Previously approved AMD solutions must be compliant with this guidance within one (1) year following the effective date of this memorandum.

My point of contact for this matter is Ms. Sudha Vyas, ▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆.

Ronald S. Moultrie
Under Secretary of Defense for
Intelligence and Security

John B. Sherman
Chief Information Officer of the
Department of Defense

Attachment:
As stated

2



**DEPARTMENT OF DEFENSE**
6000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-6000

**CHIEF INFORMATION OFFICER**

OCT 0 6 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
          COMMANDERS OF THE COMBATANT COMMANDS
          DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Use of Unclassified Mobile Applications in Department of Defense

Mobile applications (apps) are software products designed to function on mobile devices. The misuse and mismanagement of mobile apps poses a cybersecurity and operations security (OPSEC) risk and may result in the unauthorized disclosure of controlled unclassified information (CUI) and unclassified Department of Defense (DoD) information that has not been approved for public release (hereinafter jointly referred to as "non-public DoD information") and jeopardize operations, strategies, or missions, as described in references (b) and (c). This memorandum provides guidance on the use of mobile apps on unclassified DoD government owned, leased or issued, mobile devices (hereinafter referred to as "government owned mobile devices") and on the managed partition of non-government owned mobile devices approved in accordance with reference (d) (hereinafter referred to as "Approved Mobile Device" (AMD)).

Numerous mobile apps access or use non-public DoD information (e.g., authorized email apps, collaboration apps, command/control apps). Other applications may be used in support of mission requirements but do not directly access non-public DoD information (e.g., travel and educational apps). Although mobile apps can provide ease of use and increased functionality for users across the Department, there are risks that must be considered. Mobile apps may contain malware or have vulnerabilities that can disclose CUI, personally identifiable information (PII), non-public DoD information not approved for public release, or other sensitive information. This is all possible without the user's consent or knowledge.

In accordance with DoD Instruction 5200.48, DoD personnel will not use non-DoD accounts or personal e-mail accounts, messaging systems or other non-public DoD information systems, except approved or authorized government contractor systems, to conduct official business involving CUI. In accordance with DoD Instruction 5200.01, DoD personnel will not use unclassified systems, government-issued or otherwise, for classified national security information. DoD CIO will continuously consult with all DoD Components to evaluate risks mobile applications may present to the DoD and update References (m), (n), and (o), as appropriate.

**CLEARED**
**For Open Publication**

Oct 11, 2023

Department of Defense
OFFICE OF PREPUBLICATION AND SECURITY REVIEW

DoD Components shall ensure proper implementation of the controls outlined in this policy and appendix B. The point of contact for this memorandum is Patricia Janssen,

John B. Sherman

Attachments:
1. References
2. Mobile Application Security Requirements
3. Glossary

2



**DEPARTMENT OF DEFENSE**
6000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-6000

MAY 2 3 2024

**CHIEF INFORMATION OFFICER**

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
COMMANDERS OF THE COMBATAN COMMANDS
DEFENSE AGENCIES AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: DoD UNCLASSIFIED Wireless Mobile Services and Devices Spiral 4

References: (a) DoD Chief Management Officer Memorandum, "Wireless Device Management Reform," September 28, 2018.
(b) OMB Memorandum M-16-20, "Category Management Policy 16-3: Improving the Acquisition and Management of Common Information Technology: Mobile Devices and Services," August 4, 2016.

This memorandum provides guidance to the Department of Defense (DoD) requiring all Components to procure UNCLASSIFIED wireless mobile services and devices for use within the 50 United States and U.S. territories through a single department-wide contract vehicle - called Spiral 4 - managed by the Department of the Navy's Wireless Mobility Program Office. This contract vehicle replaces Spiral 3, which expires on May 7th, 2024, and complies with the OMB Category Management policy on Mobile Devices and Services to consolidate agency requirements, fully leverage the Government's buying power, and achieve cost savings.

Effective May 8th, 2024, all DoD Components, will use the Department of Defense Wireless Services Spiral 4, Indefinite Delivery, Indefinite Quantity, Multiple Award Contracts (IDIQ MACs) (N00244-24-D-0005, N00244-24-D-0006, N00244-24-D-0007, N00244-24-D-0008, N00244-24-D-0009, N00244-24-D-0010, and N00244-24-D-0011) with Firm Fixed Price (FFP) Task Orders for all new purchases. Spiral 4 provides a best value solution, and the required cyber security profiles, for the procurement of UNCLASSIFIED Wireless Mobility Telecommunications Services and Devices through a one-year base period and nine one-year option periods, through May 7th, 2034, with a contract ceiling of $2.67 billion.

The Department of Navy Spiral 4 points of contact are Ms. Juana Perez, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Ms. Tine Thompson ▮▮▮▮▮▮▮▮▮▮▮▮.
The DoD CIO POC is Mr. Mike Taylor, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

John B. Sherman

Attachment:
As stated

cc: Joint Staff (J6)

**CLEARED**
**For Open Publication**

May 24, 2024

Department of Defense
OFFICE OF PREPUBLICATION AND SECURITY REVIEW

## MOBILITY PURCHASES CONSOLIDATION

1. **Action:** To streamline requirements and acquisition processes and enable visibility of wireless usage, inventory, and monthly spend, all organizations are directed to move their mobile services and devices acquisitions to the Department of Defense (DoD) Wireless Services Contracts Spiral 4 vehicle no later than at the end of their current order's period of performance.

2. **Scope and Applicability:**
   a. This memorandum establishes acquisition guidance for all UNCLASSIFIED up to Controlled Unclassified Information (CUI) mobile cellular services and devices in the Continental United States (CONUS) which includes the 50 States and U.S. Territories. Mobile devices are defined as "non-desktop, non-laptop, small form factor wireless end-user devices including hardware" that require cellular and data services.
   b. This memorandum applies to all DoD and Office of the Secretary (OSD) Components ("Components"). Services under this procurement cover usage in the 50 United States and U.S. Territories. This memorandum also applies to Military Members and Federal Civilians stationed within the 50 States and U.S. Territories who travel internationally.

3. **Intended Outcome of this Action:** This action will enable portfolio visibility, demand management, and proactive monitoring. Spiral 4 prices include the use of Telecom Expense Management (TEM) tools. The tool is able to track monthly spend, utilization, devices by category and type, and metrics (e.g. zero-use, overages, OCONUS roaming charges, etc.). In addition, vendors can be asked to provide monthly invoice analysis. Access to the TEM tools at both the Task Order (Customer) and Enterprise levels will empower DoD organizations to increase efficiency and further reduce wireless costs by up to 10% and are available for no additional cost.

Consolidating DoD mobility purchases will provide many benefits, including:
   a. Enabling the Department to leverage volume discounts with vendors;
   b. Standardized price ceilings for the Department;
   c. Streamlined acquisitions for mobile services and devices;
   d. Developing and enforcing consistent Terms and Conditions (T&C) with the vendors;
   e. Increased spend visibility, as well as expense and inventory management across the Department; and
   f. Access to Exhibit Line Items (ELINs) with no additional cost devices and asset refresh.

4. **Primary POC:** DoD Wireless Services Contracts-Spiral 4: Ms. Juana Perez, Procuring Contracting Officer, ████████████████████████; and Ms. Tine Thompson, Program Manager, ████████████████████. DoD CIO: Mr. Mike Taylor, C3I Wireless and Mobility Branch, ████████████████████ ████████ .



About | Manage Agreements

Contributor License Agreements

# Google Individual Contributor License Agreement

In order to clarify the intellectual property license granted with Contributions from any person or entity, Google LLC ("Google") must have a Contributor License Agreement ("CLA") on file that has been signed by each Contributor, indicating agreement to the license terms below. This license is for your protection as a Contributor as well as the protection of Google; it does not change your rights to use your own Contributions for any other purpose.

You accept and agree to the following terms and conditions for Your present and future Contributions submitted to Google. Except for the license granted herein to Google and recipients of software distributed by Google, You reserve all right, title, and interest in and to Your Contributions.

1. Definitions.

   "You" (or "Your") shall mean the copyright owner or legal entity authorized by the copyright owner that is making this Agreement with Google. For legal entities, the entity making a Contribution and all other entities that control, are controlled by, or are under common control with that entity are considered to be a single Contributor. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

   "Contribution" shall mean any original work of authorship, including any modifications or additions to an existing work, that is intentionally submitted by You to Google for inclusion in, or documentation of, any of the products owned or managed by Google (the "Work"). For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to Google or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, Google for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by You as "Not a Contribution."

2. Grant of Copyright License. Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare derivative works of, publicly display, publicly perform, sublicense, and distribute Your Contributions and such derivative works.

3. Grant of Patent License. Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-

free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by You that are necessarily infringed by Your Contribution(s) alone or by combination of Your Contribution(s) with the Work to which such Contribution(s) was submitted. If any entity institutes patent litigation against You or any other entity (including a cross-claim or counterclaim in a lawsuit) alleging that your Contribution, or the Work to which you have contributed, constitutes direct or contributory patent infringement, then any patent licenses granted to that entity under this Agreement for that Contribution or Work shall terminate as of the date such litigation is filed.

4. You represent that you are legally entitled to grant the above license. If your employer(s) has rights to intellectual property that you create that includes your Contributions, you represent that you have received permission to make Contributions on behalf of that employer, that your employer has waived such rights for your Contributions to Google, or that your employer has executed a separate Corporate CLA with Google.

5. You represent that each of Your Contributions is Your original creation (see section 7 for submissions on behalf of others). You represent that Your Contribution submissions include complete details of any third-party license or other restriction (including, but not limited to, related patents and trademarks) of which you are personally aware and which are associated with any part of Your Contributions.

6. You are not expected to provide support for Your Contributions, except to the extent You desire to provide support. You may provide support for free, for a fee, or not at all. Unless required by applicable law or agreed to in writing, You provide Your Contributions on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation, any warranties or conditions of TITLE, NON-INFRINGEMENT, MERCHANTABILITY, or FITNESS FOR A PARTICULAR PURPOSE.

7. Should You wish to submit work that is not Your original creation, You may submit it to Google separately from any Contribution, identifying the complete details of its source and of any license or other restriction (including, but not limited to, related patents, trademarks, and license agreements) of which you are personally aware, and conspicuously marking the work as "Submitted on behalf of a third-party: [named here]".

8. You agree to notify Google of any facts or circumstances of which you become aware that would make these representations inaccurate in any respect.

**Manage your Agreements**



Contributor License Agreements

# Google Software Grant and Corporate Contributor License Agreement

In order to clarify the intellectual property license granted with Contributions from any person or entity, Google LLC ("Google") must have a Contributor License Agreement (CLA) on file that has been signed by each Contributor, indicating agreement to the license terms below. This license is for your protection as a Contributor as well as the protection of Google and its users; it does not change your rights to use your own Contributions for any other purpose.

This version of the Agreement allows an entity (the "Corporation") to submit Contributions to Google, to authorize Contributions submitted by its designated employees to Google, and to grant copyright and patent licenses thereto.

You accept and agree to the following terms and conditions for Your present and future Contributions submitted to Google. Except for the license granted herein to Google and recipients of software distributed by Google, You reserve all right, title, and interest in and to Your Contributions.

1. Definitions.

   "You" (or "Your") shall mean the copyright owner or legal entity authorized by the copyright owner that is making this Agreement with Google. For legal entities, the entity making a Contribution and all other entities that control, are controlled by, or are under common control with that entity are considered to be a single Contributor. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

   "Contribution" shall mean the code, documentation or any original work of authorship, including any modifications or additions to an existing work, that is intentionally submitted by You to Google for inclusion in, or documentation of, any of the products owned or managed by Google (the "Work"). For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to Google or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, Google for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by You as "Not a Contribution."

2. Grant of Copyright License. Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare derivative works of, publicly display, publicly perform, sublicense, and distribute Your Contributions and such derivative works.

3. Grant of Patent License. Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by You that are necessarily infringed by Your Contribution(s) alone or by combination of Your Contribution(s) with the Work to which such Contribution(s) was submitted. If any entity institutes patent litigation against You or any other entity (including a cross-claim or counterclaim in a lawsuit) alleging that your Contribution, or the Work to which you have contributed, constitutes direct or contributory patent infringement, then any patent licenses granted to that entity under this Agreement for that Contribution or Work shall terminate as of the date such litigation is filed.

4. You represent that You are legally entitled to grant the above license. You represent further that each employee of the Corporation designated by You is authorized to submit Contributions on behalf of the Corporation.

5. You represent that each of Your Contributions is Your original creation (see section 7 for submissions on behalf of others).

6. You are not expected to provide support for Your Contributions, except to the extent You desire to provide support. You may provide support for free, for a fee, or not at all. Unless required by applicable law or agreed to in writing, You provide Your Contributions on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation, any warranties or conditions of TITLE, NON-INFRINGEMENT, MERCHANTABILITY, or FITNESS FOR A PARTICULAR PURPOSE.

7. Should You wish to submit work that is not Your original creation, You may submit it to Google separately from any Contribution, identifying the complete details of its source and of any license or other restriction (including, but not limited to, related patents, trademarks, and license agreements) of which you are personally aware, and conspicuously marking the work as "Submitted on behalf of a third-party: [named here]".

8. It is your responsibility to notify Google when any change is required to the list of designated employees authorized to submit Contributions on behalf of the Corporation, or to the Corporation's Point of Contact with Google.

**Manage your Agreements**



# Google Play Developer Distribution Agreement

## Effective as of February 5, 2024 (<u>view archived version</u>)

## 1. Definitions

**Authorized Provider:** A third-party non-Google entity authorized by Google to provide services that enable Developers to receive payments for Products that are sold to users of Devices via Google Play.

**Brand Features:** The trade names, trademarks, service marks, logos, domain names, and other distinctive brand features of each party, respectively, as owned (or licensed) by such party from time to time.

**Developer or You:** Any person or company who provides Products for distribution through Google Play in accordance with the terms of this Agreement.

**Developer Account:** A publishing account issued to a Developer in connection with the distribution of Developer Products via Google Play.

**Device:** Any device that can access Google Play.

**Google:** Google LLC, a Delaware limited liability company with principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States; Google Ireland Limited, a company incorporated in Ireland with principal place of business at Gordon House, Barrow Street, Dublin 4, Ireland; Google Commerce Limited, a company incorporated in Ireland with principal place of business at Gordon House, Barrow Street, Dublin 4, Ireland; or Google Asia Pacific Pte. Limited, a company incorporated in Singapore with principal place of business at 70 Pasir Panjang Road, #03-71, Mapletree Business City, Singapore 117371. Google may update the Google entities and their addresses from time to time.

**Google Play:** The software and services, including the Play Console, which allow Developers to distribute Products to users of Devices.

**Intellectual Property Rights:** All patent rights, copyrights, trademark rights, rights in trade secrets, database rights, moral rights, and any other intellectual property rights (registered or unregistered) throughout the world.

**Payments Profile:** A financial service account or profile provided by a Payment Processor to a Developer that enables a Payment Processor to collect and remit payments to the Developer on the Developer's behalf for Products sold via Google Play.

**Payment Processor(s):** A Google-affiliated entity providing services that enable Developers to receive payments for Products sold via Google Play.

**Play Console**: The Google Play Console and other online tools or services provided by Google to developers at https://play.google.com/apps/publish, as may be updated from time to time. The Play Console is also available through an app to developers.

**Products:** Software, content, digital materials, and other items and services as made available by Developers via the Play Console.

**Taxes:** All government-imposed charges, including taxes, duties, imposts, and withholdings. The term Taxes excludes communication taxes and similar fees and surcharges; property taxes; and taxes based on each Party's net income, franchise taxes, business and occupation taxes, and other similar tax types. Each Party is responsible for its own net income taxes. For the avoidance of doubt, the term Taxes includes Transaction Taxes.

**Transaction Taxes:** Any Taxes that are imposed on the purchase price or cost of goods or services, including value-added taxes (VAT), goods and services taxes (GST), sales taxes, government levies and transfer taxes.

# 2. Accepting this Agreement

2.1 This agreement ("**Agreement**") forms a legally binding contract between You and Google in relation to Your use of Google Play to distribute Products. You are contracting with the applicable Google entity based on where You have selected to distribute Your Product (as set forth here). You acknowledge that Google will, solely at Your direction, and acting pursuant to the relationship identified in Section 3.1, display and make Your Products available for viewing, download, and purchase by users. In order to use Google Play to distribute Products, You accept this Agreement and will provide and maintain complete and accurate information in the Play Console.

2.2 Google will not permit the distribution of Your Products through Google Play, and You may not accept the Agreement, unless You are verified as a Developer in good standing.

2.3 If You are agreeing to be bound by this Agreement on behalf of Your employer or other entity, You represent and warrant that You have full legal authority to bind Your employer or such entity to this Agreement. If You do not have the requisite authority, You may not accept the Agreement or use Google Play on behalf of Your employer or other entity.

# 3. Commercial Relationship, Pricing, Payments, and Taxes

3.1 You hereby appoint Google as Your agent or marketplace service provider as outlined here to make Your Products available in Google Play, and subject to the terms and conditions of this Agreement, Google will allow You to use Google Play for Your Products.

3.2 This Agreement covers both Products that users can access for free and Products that users pay a fee to access. In order for You to charge a fee for Your Products and to be paid for Products distributed via Google Play, You must have a valid Payments Profile under a separate agreement with a Payment Processor, be approved by a Payment Processor for a Payments Profile, and maintain that profile in good standing. If there is a conflict between Your Payment Processor agreement and this Agreement, the terms of this Agreement will apply.

3.3 Products are displayed to users at prices You establish in Your sole discretion. If You utilize Google Play's billing system or the Play Console to control settings related to any taxes (including taxes, fees, or surcharges that are outside the scope of this Agreement) on the sale of Products, or if Google believes that Taxes may be owed by You or Google on the sale of Products, You grant Google permission to charge, collect, and discharge any such taxes as required in accordance with applicable law. For the avoidance of doubt, You remain responsible for any such taxes, fees, or surcharges, including as provided under Section 3.5. You may set the price for Your Products in the currencies permitted by Google, the Payment Processor, and, where applicable, the Authorized Provider. Google may display the price of Products to users in their native currency, but Google is not responsible to You for the accuracy of currency rates or currency conversion.

3.4 Acting as Your agent, and with You acting as a principal, Google is the merchant of record for Products sold or made available to users in the countries/territories described here. You are the merchant of record for Products You sell or make available via Google Play to all other users. The sales price You set for Products will determine the amount of payment You will receive. A "Service Fee", as set forth here (as may be revised by Google with notice to You in accordance with Section 15), will be calculated and charged on the sales price. The Service Fee is exclusive of Transaction Taxes of any and all kinds required by any applicable governmental tax authority to be charged, and Google is entitled to the Service Fee without reduction for any taxes or government levies, including any Taxes applicable to transactions described under Section 3.5 or Section 3.6. As per applicable law, to the extent Google is responsible to discharge Transaction Taxes arising on Service Fees, Google will charge You such Transaction Taxes, and You are responsible for paying

any Transaction Taxes arising on the Service Fee. More information about the Service Fee can be found here.

3.5 Except in certain countries/territories and subject to certain conditions as described here (which may be updated with notice to You), You are responsible for Transaction Taxes on the sale or provision of Products to users, including (but not limited to): (a) determining if the transaction is taxable; (b) charging and collecting the Transaction Taxes at the applicable rate; (c) remitting the Transaction Taxes to the applicable governmental tax authority; and (d) providing any required documentation to the user or applicable governmental tax authority. You are solely responsible for providing and maintaining accurate inputs that impact taxes on Products, including for any tax categorization of Products. Any adjustments that You make to the tax categorization of Products will take effect only for future sales of Products. Google will determine whether Google, the Payment Processor, or the Authorized Provider is obligated to collect or remit any Transaction Taxes in respect of any transaction and such Transaction Taxes may be recovered from You, deducted from payment due to You, or recovered from the user. Where Google collects and remits Transaction Taxes in applicable countries/territories, You may recognize a deemed supply from You to Google solely for Transaction Tax purposes if required by applicable law. You will be solely responsible for any Tax obligations arising from such deemed supply.

3.6 Where the Authorized Provider notifies Google that it or another Authorized Provider is required by applicable (local) legislation or by the applicable governmental tax authority to declare, charge, deduct, or withhold any taxes on a sale of Your Products, or where Google or a Payment Processor reasonably determines that it is required by applicable (local) legislation or by the applicable governmental tax authority to declare, charge, deduct, or withhold any taxes (in each case, **"Withholding Taxes"**), Google will also deduct the amount of such Withholding Taxes from the amount Google remits to You. Withholding Taxes include, but are not limited to, withholding tax obligations on cross-border payments or imposed by telecommunications taxes. You agree to timely provide, as soon as reasonably practicable, any tax documentation or certification requested by Google. Unless You are a resident of the United States or Singapore for income tax purposes, You hereby certify that any services that You provide to users through Your Product are not performed in the United States or Singapore, and furthermore You agree to provide written notification to Google at least ninety (90) days prior to any such services being performed in the United States or Singapore. Written notification on change in service location may be emailed to play-tax-notices@google.com.

3.7 You may also choose to make Products available for free. If the Product is free, You will not be charged a Service Fee. To avoid unexpected fees for users, You agree that Products that were initially offered free of charge to users will remain free of charge. Any additional charges will correlate with an alternative or supplemental version of the Product.

3.8 You authorize Google to give users refunds in accordance with the Google Play refund policies as located here or the local versions made available to You, and You agree that Google may deduct the amount of those refunds from payments to You. In all other respects, the Payment Processor's standard terms and conditions regarding refunds will apply. User refunds may be exclusive of taxes previously charged to users for Product purchases.

3.9 Users are allowed unlimited reinstalls of each Product distributed via Google Play without any additional fee, provided however, that if You remove any Product from Google Play due to a Legal Takedown (as defined in Section 8.2), that Product will be removed from all portions of Google Play, and users will no longer have a right or ability to reinstall the affected Product.

# 4. Use of Google Play by You

4.1 You and Your Product(s) must adhere to the Developer Program Policies.

4.2 You are responsible for uploading Your Products to Google Play, providing required Product information and support to users, and accurately disclosing the permissions necessary for the Product to function on user Devices.

4.3 You are responsible for maintaining the confidentiality of any developer credentials that Google may issue to You or that You may choose Yourself, and You are solely responsible for all Products that are developed under Your developer credentials. Google may limit the number of Developer Accounts issued to You or to the company or organization You work for.

4.4 Except for the license rights granted by You in this Agreement, Google agrees that it obtains no right, title, or interest from You (or Your licensors) under this Agreement in or to any of Your Products, including any Intellectual Property Rights in those Products.

4.5 You may not use Google Play to distribute or make available any Product that has a purpose that facilitates the distribution of software applications and games for use on Android devices outside of Google Play.

4.6 You agree to use Google Play only for purposes that are permitted by this Agreement and any applicable law, regulation, or generally accepted practices or guidelines in the relevant jurisdictions (including any laws regarding the export of data or software to and from the United States or other relevant countries).

4.7 Users are instructed to contact You concerning any defects or performance issues in Your Products and You are responsible for undertaking or handling the support and maintenance of Your Products and any complaints about Your Products. You agree to supply and maintain valid and accurate contact information that will be displayed in each of Your Products' detail page and made available to users for customer support and legal purposes. For Your paid Products or in-app

transactions, You agree to respond to customer support inquiries within 3 business days, and within 24 hours to any support or Product concerns stated to be urgent by Google.

4.8 You agree that if You make Your Products available through Google Play, You will protect the privacy and legal rights of users. If the users provide You with, or Your Product accesses or uses, usernames, passwords, or other login information or personal information, You agree to make the users aware that the information will be available to Your Product, and You agree to provide legally adequate privacy notice and protection for those users. Further, Your Product may only use that information for the limited purposes for which the user has given You permission to do so. If Your Product stores personal or sensitive information provided by users, You agree to do so securely and only for as long as it is needed. However, if the user has opted into a separate agreement with You that allows You or Your Product to store or use personal or sensitive information directly related to Your Product (not including other products or applications), then the terms of that separate agreement will govern Your use of such information. If the user provides Your Product with Google Account information, Your Product may only use that information to access the user's Google Account when, and for the limited purposes for which, the user has given You permission to do so.

4.9 You will not engage in any activity with Google Play, including making Your Products available via Google Play, that interferes with, disrupts, damages, or accesses in an unauthorized manner the devices, servers, networks, or other properties or services of any third party including, but not limited to, Google or any Authorized Provider.

4.10 You are solely responsible for, and Google has no responsibility to You for, Your Products, including use of any Google Play APIs and for the consequences of Your actions, including any loss or damage which Google may suffer.

4.11 Google Play allows users to rate and review Products. Only users who download the applicable Product will be able to rate and review it on Google Play. For new Developers without Product history, Google may use or publish performance measurements such as uninstall and/or refund rates to identify or remove Products that are not meeting acceptable standards, as determined by Google. Google reserves the right to display Products to users in a manner that will be determined at Google's sole discretion. Your Products may be subject to user ratings and reviews to which You may not agree. If you have concerns regarding such ratings and reviews, you may report it via the Play Console.

# 5. Authorizations

5.1 Upon making Your Product available on Google Play, You authorize Google on a non-exclusive, worldwide, and royalty-free basis to: reproduce, perform, display, analyze, and use Your Products in connection with (a) the operation and marketing of Google Play; (b) the marketing of devices and services that support the use of the Products and the marketing of the Products on Google Play

and Devices; (c) the provision of hosting services to You and on Your behalf to allow for the storage of and user access to the Products and to enable third -party hosting of such Products; (d) making improvements to Google Play, Play Console, and Android platform; and (e) checking for compliance with this Agreement and the Developer Program Policies. The authorization in clause (e) is sublicensable to application security partners for the sole purpose of checking for compliance with this Agreement and the Developer Program Policies. You also authorize such application security partners to use the results of their review in their products and research that may be publicly available. For clarity, the authorizations provided under this Section will cease upon termination of the Agreement.

5.2 You authorize Google to perform the acts described in this section subject to Your control and direction in the manner indicated in the Play Console.

5.3 You grant to the user a nonexclusive, worldwide, and perpetual license to perform, display, and use the Product. The user may include, but is not limited to, a family group and family members whose accounts are joined together for the purpose of creating a family group. Family groups on Google Play will be subject to reasonable limits designed to prevent abuse of family sharing features. Users in a family group may purchase a single copy of the Product (unless otherwise prohibited, as for in-app and subscription Products) and share it with other family members in their family group. If, in the Play Console, You opt in to allowing users to share previously purchased Products, Your authorization of sharing of those purchases by those users is subject to this Agreement. If You choose, You may include a separate end user license agreement ("**EULA**") in Your Product that will govern the user's rights to the Product, but, to the extent that EULA conflicts with this Agreement, this Agreement will supersede the EULA. You acknowledge that the EULA for each of the Products is solely between You and the user. Google will not be responsible for, and will not have any liability whatsoever under, any EULA.

# 6. Brand Features and Publicity

6.1 Each party will own all right, title, and interest, including, without limitation, all Intellectual Property Rights, relating to its Brand Features. Except to the limited extent expressly provided in this Agreement, neither party grants, nor will the other party acquire, any right, title, or interest (including, without limitation, any implied license) in or to any Brand Features of the other party.

6.2 Subject to the terms and conditions of this Agreement, Developer grants to Google and its affiliates a limited, nonexclusive, royalty-free license during the term of this Agreement to display Developer Brand Features, submitted by Developer to Google, for use solely within Google Play, online or on Devices and in each case solely in connection with the distribution and sale of Developer's Product via Google Play or to otherwise fulfill its obligations under this Agreement.

 Google Play

  



## CBRNResponder

Attainx, inc

**1K+**
Downloads


**E**
Everyone ⓘ

Install

 Share       Add to wishlist



## About this app                                    →

CBRNResponder provides free software tools for logging, transmitting, storing, analyzing, and presenting environmental radiological, chemical, and biological monitoring data. Data is stored in a secure cloud environment accessible only by the user. To register for an account and to obtain further information, please go to www.cbrnresponder.net

The application has a Responder Tracking feature that allows a responder to track and share their location...

**Updated on**
Aug 23, 2024


Games


Apps


Movies & TV


Books


Kids

 Google Play

  



# CERES (Chemical Emergency Resp

**Vlahi Systems LLC**

In-app purchases

| 4.9 ★ | 5K+ | E |
|---|---|---|
| 36 reviews | Downloads | Everyone ⓘ |

Install

◁ Share      🏷 Add to wishlist

     

## About this app   →

CERES (Chemical Emergency Response E-Service) is our chemical incident planning and response platform that brings together plume dispersion models with maps and real-time meteorological data and gas sensors data.

Our software can be used anywhere, anyplace, on any device, phone, tablet or PC. You get free access to a government approved model widely used to plan for and respond to chemical emergencies....

**Updated on**

May 24, 2024

 Games      Apps      Movies & TV      Books       Kids



# Google Play



## SYGNAL

SYGNAL

In-app purchases

**50+**
Downloads



Everyone ⓘ

Install

Share        Add to wishlist



## About this app →

SYGNAL is an innovative app for simulated HAZMAT and CBRNE detection training. It turns mobile devices into training tools, offering customizable sessions, real-time GPS tracking, geofencing, and instant messaging. Designed for first responders and confined space rescuers, SYGNAL enhances training with an intuitive interface and secure cloud-based connectivity, compatible with iOS and Android.

For more information, visit SYGNAL App.

**Updated on**
Sep 13, 2024


Games


Apps


Movies & TV


Books


Kids

 Google Play



# PlumeSIM-SMART

**Argon Electronics**

**500+**
Downloads


Everyone ⓘ

Install

 Share    Add to wishlist

    

## About this app →

PlumeSIM-SMART Simulators (SMART-SIMs) available within this application are for use with PlumeSIM-SMART, a full feature Chemical, Biological, Radiological, Nuclear (CBRN) and Hazardous Material (HazMat) training system that enables you to implement single or multiple threat releases incorporating hazardous material, radionuclides and chemical warfare agents to generate virtual Tabletop exercises and wide area Live field exercises.

…

**Updated on**
Feb 29, 2024


Games


Apps


Movies & TV


Books


Kids

 Google Play

  



# Gas Detection

**Drägerwerk**

| 2.4★ | 10K+ |  |
|---|---|---|
| 23 reviews | Downloads | Everyone ⓘ |

Install

◁ Share        🔖 Add to wishlist

   

## About this app                                                          →

The Dräger Gas Detection App provides a general overview of gas and vapor measurement technology. The basic principles of the Dräger-Tube, Dräger Sensor and Dräger Chip Measurement System are described and a complete listing of the Dräger-Tubes and chips are provided with all relevant measurement parameters. In addition, there is an introduction to portable monitors, including electrochemical, catalytic, and infrared sensor technology, as well as a complete list of Dräger sensors and monitors. The support section contains a sensor compatibility chart, how-to videos, error code charts and links to our new customer support pages.

**Updated on**
Apr 28, 2023

 Games     Apps     Movies & TV     Books     Kids