

# U.S. District Court

Texas Western - Waco

Receipt Date: Sep 18, 2025 3:10PM

ATPG Technology, LLC
740 Woodruff Rd #1102
Greenville, SC 29607

| Rcpt. No: 2051 | | Trans. Date: Sep 18, 2025 3:10PM | | | Cashier ID: #CP (6649) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1105 | 09/15/2025 | | $405.00 |
| | | | | Total Due Prior to Payment: | $405.00 |
| | | | | Total Tendered: | $405.00 |

**Comments:** Civil filing fee for Case #DTXW625CV000434 Golden vs Google, LLC

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov