IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6:25-cv-00434-LS <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: October 15, 2025                Respectfully submitted,

/s/ Brian C. Banner
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

***Attorney for Defendant Google LLC***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2015, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. On the same day, I served a copy of the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

    Larry Golden
    740 Woodruff Road, No. 1102
    Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of this document by electronic mail to:

    Mr. Golden at atpg-tech@charter.net

                                        */s/ Brian C. Banner*
                                        Brian C. Banner
                                        *Attorney for Defendant Google LLC*