**FILED**
October 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS –
WACO DIVISION

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>V.<br><br>GOOGLE LLC<br><br>    Defendants. | CIVIL CASE NO: 6:25-cv-00434-LS<br><br>**JURY TRIAL DEMANDED**<br><br>**(Joint Patent Infringement)**<br>**(Direct Patent Infringement),**<br>**(Willful Patent Infringement),**<br><br>October 10, 2025 |

# PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
# FOR AN EXTENSION OF TIME

First, if the Defendant [Google] know, right now, at this point, that they are going to file a motion to dismiss, then Google know enough, right now; the merits upon which they are going to file; right now. If Google had asked for an extension of time to answer Plaintiff's complaint, Plaintiff would have agreed, but to file a motion to dismiss, that's unheard of. The motion to dismiss accrued and ripened the moment Defendant realized they had grounds for a motion to dismiss.

Second, it's hard to tell whether Google is pleading a motion for an extension or Google is pleadings it's case for a motion to dismiss. Out of fourteen pages the only reference Google makes to an extension of time is in the first and last paragraph of the fourteen-page document. Everything else aligns with a motion to dismiss.

Third, Google writes" "Mr. Golden Files This Action, Asserting Patents Previously Dismissed by the Northern District of California, as Affirmed by the Court of Appeals", even though this is a lie, what exactly does it have to do with asking the Court for an extension of time. The Defendant know, or should know, that the invention is in the claims that establishes the boundaries of the invention. Further, a dismissed patent, if it ever occurs, is not an invalid patent.

Fourth, it sounds like the Defendant is asking the Court to be personally bias toward Google, and against Plaintiff. Why would the Court grant Google a free hand to file as many motions as Google would like, but bar Plaintiff from filing

any motions until the Court decides on a motion to dismiss that doesn't even exist at this point and is not recorded on the docket. Again, this does sound like it has anything to do with filing for an extension. It sounds more like the Defendant is asking the Court to "stay" the case and limit Plaintiff's pleading to the complaint, or "bar", "estoppel by record", "enjoin", Plaintiff from ever filing in this case again.

Fifth, if the Defendant is concern with not wasting time, the Defendant must recognize Golden's joint infringement allegations are distinct and separable because the question is, "has Google unlawfully taken a compulsory non-exclusive license to "manufacture or use" Plaintiff's patented invention(s) for a mobile, consumer, or cellular device, that is integrated with, or interconnected to, a CBRNE-H detection capability without paying a 'reasonable or entire compensation'?", and that this issue should be summarily judged.

Twelve Federal Judges, three from the Northern District of California Court, and nine from the Federal Circuit Court of Appeals have all confirmed, infringement [essentially joint infringement] of Plaintiff's patented CMDC invention(s), occurs when there's a mobile, consumer, or cellular device, that is integrated with, or interconnected to, a Chemical, Biological, Radiological, Nuclear, Explosives, or Human (CBRNE-H) detection capability.

Under 35 U.S.C. § 271, a patent owner who successfully proves joint infringement is entitled to "reasonable and entire" compensation.

Golden demands immediate partial summary judgement on Golden's joint infringement allegations for "reasonable or entire compensation".

Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(P) 8649927104

Email: atpg-tech@charter.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of October, 2025, a true and correct copy of the foregoing "Plaintiff's Opposition to Defendant's Motion for an Extension of Time", was served upon the following Defendant via express mail:

>Brian C. Banner (State Bar No. 24059416)
>Valerie Barker (State Bar No. 24087141)
>SLAYDEN GRUBERT BEARD PLLC
>401 Congress Avenue, Suite 1650
>Austin, Texas, 78701
>+1 (512) 402-3569
>+1 (512) 402-6865
>facsimile bbanner@sgbfirm.com
>vbarker@sgbfirm.com

>*s/ Larry Golden*
>Larry Golden, Pro Se
>740 Woodruff Rd., #1102
>Greenville, South Carolina 29607
>atpg-tech@charter.net
>864-992-7104



$33.40

S2322H500766-7

# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



## USPS PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607



RECEIVED
OCT 14 2025
CLERK ___ TEXAS
WESTE___
BY ___ DEPUTY CLERK

96

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. DISTRICT COURT FOR THE WESTERN DISTRICT
OF TEXAS - WACO DIVISION
CASE No: 25-0434
800 FRANKLIN AVE. ROOM 380
WACO, TEXAS

ZIP + 4® (U.S. ADDRESSES ONLY)
7 6 7 0 1 - ___ ___ ___ ___

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☒ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 29606
Scheduled Delivery Date (MM/DD/YY): 10/14/'25
Postage: $ 33.40

Date Accepted (MM/DD/YY): 10/10/'25
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 2:39 ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 33.40

Weight: 1 lbs. 3.3 ozs.   ☒ Flat Rate
Acceptance Employee Initials: ___

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐AM ☐PM  Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

EI 935 866 594 US

EP13F October 2023






UNITED STATES POSTAL SERVICE