# Exhibit A

**[JOINT or DIVIDED INFRINGEMENT]
DUPLICATE OF THE CLAIM CHART SUBMITTED IN
GOLDEN v. GOOGLE, LLC WITH THE GOOGLE NEST
PRODUCTS INCLUDED**

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner" … and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

> Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden

has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

## Claim Chart for Google Products

The following Claim Chart is an illustration of literal infringement. At least one of the alleged infringing products of Google (i.e., Google Pixel smartphones 4a, 4a(5G), 5, 6, 6a, 7, & 7a) are representative of all the alleged infringing products of Google asserted in this complaint. At least one of the alleged infringing products of Google (Google Pixel 5) is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
| | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.  Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout · the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# Exhibit B

## THE GOOGLE ANDROID OPEN-SOURCE OPERATING SYSTEM (OS) SENDS OPERATIONAL AND FUNCTIONAL INSTRUCTIONS TO BE CARRIED OUT BY THE CENTRAL PROCESSING UNIT (CPU)

### Google Controls the Process of Integrating Software and Hardware

According to Google's theories, tens of thousands of issued patents are considered indefinite or unenforceable because hardware is being modified with the use of Bluetooth software, radio frequency (RF) software, Wi-Fi software, wireless cellular modem software, GPS software, software for the internet-of-things, software for controlling vehicle components, software for locking and unlocking locks, software for controlling drones, etc.; the list goes on.

Google's open-source architecture allow scientist, engineers, developers, manufacturers, etc. to designed products, devices, and apparatuses to be integrated with and configured to operate and function with the host device.

I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent

II. Central Processing Units for CMDC Device – Claim 5 of the '287 Patent
III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent
IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent
V. Embedded CBRN Sensors for CMDC Device – Claim 16 of the '439 Patent
VI. Interchangeable Sensors for CMDC Device – Claim 20 of the '439 Patent
VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent
VIII. Remote/Electrical Lock for CMDC Device – Claim 125 of the '990 Patent
IX. Pre-Programmed Lock for CMDC Device – Claim 1 of the '287 Patent
X. Fingerprint / Face Recognition for CMDC Device – Claim 1 of the '619 Patent
XI. Stall, Stop, Slowdown for CMDC Device – Claim 11 of the '891 Patent
XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent
XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent
XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent

## I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent



**Claim 14 of the '439 Patent** "Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween …

**Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone)**

**Claim 23 of the '439 Patent**: "A cell phone comprising: a central processing unit (CPU) for executing and carrying out the instructions; … whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems … multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

"In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitors… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, …, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, satellite phones, cell phones, … handhelds;

## II. Central Processing Units (CPUs) for CMDC Device – Claim 5 of the '287 Patent



Example: Google Tensor G2 uses the same 2+2+4 configuration that the Tensor G1 came with, but with a different set of mid-range cores. Thus, the Tensor G2 now comes with dual high-performance ARM Cortex-X1 cores, two mid-range Cortex-A78 cores, and finally, quad Cortex-A55 efficiency cores

**Central Processing Units (CPUs) for Smartphone**

**Claim 5 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to control components of a vehicle, … or send signals to detect … chemical, biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. [**See also claims 4 & 6 of the '287 patent; and, claims 1 & 11 of the '619 patent**].

The "smartphone processor (CPU), also known as chipset, is a component that controls everything going on in your smartphone and ensures it functions correctly. You can compare it to the brain of the human body. Every action you perform on your smartphone goes straight to the processor." https://www.coolblue.nl/en/advice/smartphone-processors. html. "[T]oday's smartphones all have processors or CPUs. A smartphone CPU (central processing unit) is the brains of the entire device. Without one, no smartphone would be able to function" (smartphonedomain.com., 2021).

## III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent







### Camera CBR Sensor(s) for Smartphone

Camera Sensor for Radiological Detection: How can a cell phone detect radioactivity? Cell phones have cameras and camera sensors react to radioactivity. High energy particles strike a sensor array and register as small bright pinpoints or thin streaks of light. An app … works well enough to alert users to dangerous levels of radiation.

Camera Sensor for Biological Detection: "In the diagnostic test, a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. Coronavirus RNA present, CRISPR proteins snip the molecular probes, whole sample to emit light. Fluorescence detected with a cell phone camera." (Image: Science at Cal).

Camera Sensor for Chemical Detection: The sensor *Rhevision* and UC San Diego responds to different chemicals by changing color; a single chip with many tiny pores, each respond to a different chemical; a standard cell-phone camera can detect them; the phone's camera watches the chip for color changes.

**Claim 4 of the '189 Patent**: A built-in, embedded multi sensor detection system … sensor array or fixed detection device into the product that detects agents …

## IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent



Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/

### Smartwatch CBR Detector for Smartphone

**Claim 19 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: a plurality of sensors … capable of being disposed within, on, upon or adjacent a multi-sensor detection device.

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www. defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/ 202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

## V. Embedded CBRN Nanosensors for CMDC Device – Claim 16 of the '439 Patent



**Embedded CBRN Sensors for Smartphone (NASA)**

**Claim 16 of the '439 Patent**: A built-in, embedded multi sensor detection system … a cell phone, a smart phone

A silicon-based sensing chip, which consists of 64 nanosensors can turn a cell phone into a *portable poison detector*. (NASA). "can turn your cellphone into a *portable "silent killer" detector* https://www. foxnews.com/tech/smartphones-take-on-silent-killers-as-portable-danger-detectors & Nuclear Radiation Nanosensors and Nanosensory Systems https://link.springer.com/book/10.1007/978-94-017-7468-0

## VI. Interchangeable Sensor Device for CMDC Device – Claim 20 of the '439 Patent



**Plurality of Interchangeable Sensor Device for Smartphone: (NASA & Subtractor George Yu)**

**Claim 20 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agents…

The system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform. A cylinder that transmits data from sensors to smartphone. The NODE+ is compatible with Google Android smart devices.

## VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent



MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone… detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases… Sensors. Retrieved from: https://phys.org/news/ 2014-12-cheap-sensor-transmit-hazardous-chemicals.html

**Near-Field Communication (NFC) CBR Tag for Smartphone (Safer than RFID tag)**

**Claim 21 of the '439 Patent**: A multi-sensor detection system … at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication

In November 2007, two Defense Department contractors, and a U.S. city's bomb squad demonstrated how an RFID tag could send a signal to … detonated a small amount of explosives in a container a simple emission of a radio signal traveling on the approved RFID 433 MHz frequency. Officials from the Defense Department and DHS observed the demonstration. https://www.nationaldefense-magazine.org/articles/2011 /2/1/2011february-military-supply-chain-tracking-system-both-inefficient-and-dangerous

## VIII. Remote/Electrical Lock Disabler for CMDC Device – Claim 125 of the '990 Patent



**Remote/Electrical Lock Disabler for Smartphone (Gov. Contractor iControl's MATTs & mLOCK)**

**Claim 125 of the '990 Patent**: A multi-sensor detection system … whereupon detection causes a signal to be sent to the at least one communication device followed by communicating with the internal or external remote/electrical lock disabler.

Marine Asset Tag Tracking System (MATTS) is a DHS initiative for "Smart Container". MATTS "gateway": a wireless electronic device that communicates with a sensor array; the communication device; and locking mechanism for locking status and GPS location. Internal /external sensors are interconnected to operate with the MATTS device and can detect gas concentrations, radiation, humidity and moisture, atmospheric pressure, etc. The mLOCK communicates bi-directionally using encrypted messages between the lock and the MATTs readers or mobile devices (i.e., smartphone)

## IX. Pre-Programmed Lock Disabler for CMDC Device – Claim 1 of the '287 Patent





"Monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock…"

**Pre-Programmed Lock Disabler for Smartphone**

Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android or iOS device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Account Login. On an Google Android or Apple Phone, multiple attempts (usually five attempts or more) with an unknown or a wrong pin will go either into a delay before further attempts are allowed …

FBI Failed Attempts to Unlock Phone: The FBI recovered an Apple iPhone 5C—owned by the San Bernardino County, California government—that had been issued to its employee Syed Rizwan Farook, one of the shooters involved in the December 2015 San Bernardino attack. The attack killed 14 people and seriously injured 22. The two attackers died four hours after the attack in a shootout with police ... Authorities were able to recover Farook's work phone, but could not unlock its four-digit passcode, and the phone was programmed to automatically delete all its data after ten failed password attempts (an anti-theft measure on smartphones).

**Claim 1 of the '287 Patent**: Monitoring equipment that is at least one … a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

15

## X. Fingerprint and Face Recognition for CMDC Device – Claim 1 of the '619 Patent



### Fingerprint and Face Recognition for Smartphone

**Claim 1 of the '619 Patent**: A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition

## XI. Stall, Stop, or Vehicle Slowdown for CMDC Device – Claim 11 of the '891 Patent



Driverless car smartphones, authorizes the phone to control functions. Smartphones and driverless technology: instant braking for autonomous cars; sensors detect interference, obstacles and oncoming cars; instant breaks to avoid collisions.

### Stall, Stop, or Vehicle Slowdown for Smartphone

**Claim 11 of the '891 Patent**: A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

Remote Vehicle Shutdown is a system of remotely shutting down the connected vehicle, using radio pulses; intended for police, military and security use. Remotely find and disable stolen vehicles; ability to prevent engine start; prevent movement of a vehicle; stop or slow an operating vehicle; gradually decelerate a vehicle by downshifting, limiting the throttle capability; and, improve security of carriers of high-risk cargo, like hazardous materials. Security features that Remote Vehicle Shutdown provides. https://www.globenewswire.com/en/news-release/2019/12/17/1961557/0/en/Remote-Vehicle-Shutdown

## XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent



### Autonomous and Driverless Vehicle Monitoring with Smartphone

**Claim 44 of the '891 Patent**: A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means … (Dep. 55) … 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle … in operation with or without a user, driver or operator inside the vehicle.

## XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent



### Connect Vehicle with Smartphone

**Claim 4 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to lock or unlock doors, send signals to control components of a vehicle, … or send signals to detect … chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

## XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent



The smartphone can be used as an IoT device for Personal emergency response, fitness tracking, location-based asset tracking, natural vision processing, and a Bluetooth gateway for wearable Bluetooth devices that enable many IoT monitoring apps. Also, identity verification, GPS based guidance, position/orientation awareness apps for smartphone-based implementation.

### Internet-of-Things (IoTs) with Smartphone

**Claim 11 of the '619 Patent**: A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device

The Internet-connected smartphones, can directly capture and compile data from as many as 14 different sensors:
 Accelerometer, GPS, Gyroscope, Magnetometer, Biometrics, Camera, Barometer, Proximity Sensors, Bluetooth connectivity, Barcode readers, Touchscreen sensors, Heart rate monitor, ECG, Haptic feedback sensors

The IoTs contain computing hardware, including processors with embedded programming telling them what to do, sensors that gather various sorts of readings (such as temperature, motion, chemical levels, heart rate and body movement) and communication hardware that can send and receive signals.

# Exhibit C

Both Google and Judge Rita F. Lin knew the CBRNE devices allegedly infringes Golden's patents when combined with the Google smartphones:

"Plaintiff's complaint alleges that ATAK is not made by Google, and he does not allege that ATAK comes pre-loaded on Google phones: "Through collaboration and innovation, the DTRA has integrated its powerful, hazard-awareness-and-response tools into the Android Tactical Assault Kit (ATAK). ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes (CBRN) plug-ins." *Golden v. Google* Case 3:22-cv-05246-RFL Document 41 Filed 08/10/23

"The FAC alleges five theories of direct infringement [] all of which suffer from the same defect for which the original complaint was dismissed: the theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit. … "Mr. Golden's allegations, even if true, at best establish that [defendant's] smartphones might be modified post-sale to perform the accused detector/sensor functionality, []." *Golden v. Google* Case 3:22-cv-05246-RFL Dkt. 68 Filed 04/03/24

*ATAK application*: "finding that the defendants' products "do not infringe without modification—the modification of installing the required software". [gateway to the alleged infringing Draper CBRNE Plug-in sensors]

*NFC tags*: "Golden' second theory [] requires combining "Google's NFC sensor," which are allegedly embedded in the accused products, with external NFC tags that have been converted to detect certain chemicals in order for there to be alleged infringement."

*Camera sensors*: "The FAC also alleges that "[s]martphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing," further confirming that the sensors are separate devices that may be "incorporated" into the smartphone. (Id.) Therefore, this theory of infringement also fails because the accused products do not infringe without modification."

*Smartphone biosensors*: "The diagram shows an "add on device" with the alleged biosensors (i.e., "capillary inlet," "microfluidic cassette," VIS-NIR spectrometer, and "NNAP electrodes") attached to a nondescript smartphone. (Id.) As such, this theory also requires modification to the accused smartphones to state an infringement claim."

*Google Beacon*: Golden's fifth theory (see Ex. G at 34–41) fails for the same reason, as it requires "Google Beacon," which the FAC's own illustrations show is a separate device from the accused smartphones." *Golden v. Google* Case 3:22-cv-05246-RFL Document 68 Filed 04/03/24

| CBRNE — Multi-Sensor Detection Systems |
|---|

Draper designed a chemical, biological, radiological and nuclear (CBRN) Plugin to enable users to integrate CBRN sensors into TAK, collect CBRN sensor data, display it on a map and livestream it across the TAK network to other users. CBRN plugins for ATAK, WinTAK and WebTAK are operational in the field. https://www.draper.com/explore-solutions/tak

**ATAK-CIV (CBRN):** "The Tactical Assault Kit is DoD nomenclature for the Team Awareness Kit (TAK) application: a mission planning, geospatial, Full Motion Video (FMV), and system administrator tool that reduces the operational footprint from a tactical laptop, to a commercial mobile device. Data can be pre-loaded into ATAK or downloaded from the network when available." https://play.google.com/store/apps/details?id=com.atakmap.app.civ&hl=en_US&gl=US



**Near-Field Communication (NFC) Smartphone Sensor:** Nascent technology embedded in modern smartphones—near-field communication (NFC)—for wireless electronic, portable, non-line-of-sight selective detection of gas-phase chemicals *(Fig. 1)*

National Institutes of Health (NIH). *"Wireless gas detection with a smartphone via rf nfc communication"* Published online 2014 Dec 8. doi: 10.1073/pnas.1415403111 Retrieved from: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4280584/



*Figure 1*

Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation.

**Camera Sensor**: Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https:// www .understanding nano.com/cell-phone-sensors-toxins.html

Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-



Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/article/10. 1007/s11468-022-01672-1

**Smartphone Biosensors**:

1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens
2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols
3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers
4. Microfluidic cassette: Interchangeable cassettes with varying assays
5. VIS-NIR spectrometer: Food freshness; Melanoma
6. NNAP Electrodes: Toxic metals and Organic pollutants in water
7. Optical Waveguide: Pathogens in water and food
8. Back and front camera: Colorimetric analysis; Image analysis
9. Microphone: Voice recording stress levels



**Google Beacon: Bluetooth; GPS; Wi-Fi**
Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems).



Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks.

## GOLDEN'S INFRINGEMENT THEORIES FOR CBRNE DETECTION: THE PERFORMING PRODUCTS ARE EITHER PLACED IN, ON, UPON, OR ADJACENT THE GOOGLE SMARTPHONE

| Multi-Sensor Detection Systems | Patent #: 9,589,439; Independent Claim 19 | Patent #: 9,096,189; Independent Claim 7 |
|---|---|---|
| CBRNE Smartwatch, CBR Smartphone Camera, CBR—NFC Smartphone Sensors, CBR Smartphone Beacon (Bluetooth), Smartphone Biosensors, CBRNE Plug-in Sensors | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: |

| | | |
|---|---|---|
| CBRNE Smartwatch,<br><br>CBR Smartphone Camera,<br><br>CBR—NFC Smartphone Sensors<br><br>CBR Smartphone Beacon (Bluetooth)<br><br>Smartphone Biosensors<br><br>CBRNE Plug-in Sensors<br><br>Built on the Android, iOS, and Windows operating system for connecting the software (i.e., ATAK) and the hardware — CBRN sensors and detectors | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device; |
| The Smartphones and Smartwatches of Google, Qualcomm, LG, Apple, and Samsung; and, the Laptops, Tablets, and Desktop PCs of Intel and Samsung | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; | monitoring equipment comprising at least one of plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween; |
| The Smartphone(s) [Google Pixel 8] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |

| | | |
|---|---|---|
| The Smartphone(s) [Google Pixel 8] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; | at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment; |
| The internet connection is shared by many smartphone functions on the Google Pixel 8 smartphone such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 8 smartphone to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; | at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; |
| Sit(x) is a commercial Server-as-a-Service solution based developed by PAR Government for the U.S. Defense & Intelligence Community. Sit(x) has real-time communication and information sharing. With Sit(x), individuals and teams can communicate via personal computers and handheld mobile [Google Pixel 8 smartphone] devices by voice or text. They can share real-time full-motion video (FMV), airborne/drone imagery, GPS locations, photos, and satellite imagery. | whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; | whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or to a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data; |

| | | |
|---|---|---|
| The '287, '439 & '189 patent specs: Product grouping (PG) 1 (storage & transportation); PG 2 (sensors); PG 3 (detector case; modified and adapted); PG 4 (monitoring & communication devices); PG 5 (communication methods); PG 6 (biometrics); and, PG 7 (authorized person) | wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; | wherein the monitoring equipment or multi sensor detection device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| The Android-based [Google] smartphone[s] now contained integrated satellite …<br><br>Wi-Fi is a method for Google Pixel 8 smartphone to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many functions on the Google Pixel 8 smartphone such as internet browsing, email messaging; installing apps…<br><br>The Google Pixel 8 phone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data… | wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the monitoring equipment or multi sensor detection device and transceivers of the products; |
| BIOMETRICS: Biometric factors allow secure authentication on the Google Android platform. The Google Android framework includes face and fingerprint biometric authentication.<br><br>The Smartphones and Smartwatches of Google, Qualcomm, LG, Apple, and Samsung; and, the Laptops, Tablets, and Desktop PCs of Intel and Samsung | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; |

| | | |
|---|---|---|
| The Android-based [Google] smartphone[s] now contained integrated satellite …<br><br>Wi-Fi is a method for devices such as the Google Pixel 8 smartphone to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many ATAK functions on the Google Pixel 8 smartphone such as internet browsing, receiving email messages; installing apps…<br><br>The Google Pixel 8 phone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, and long and short-range radio frequency (RF). |

"Whoever [Google LLC] offers to sell or sells within the United States [] a component [smartphone] of a [] combination [] or apparatus for use in practicing a patented process, constituting a **_material part_** of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer." *35 U.S.C. § 271(c)*.

As this is a "contributory" liability doctrine, there must be a direct infringement for there to be Sec. 271(c) liability. Golden alleged the multi-sensor detection systems of a CBRNE Smartwatch, a CBR Smartphone Camera, a CBR—NFC Smartphone Sensor, a CBR Smartphone Beacon, Smartphone Biosensors, and CBRNE Plug-in Sensors infringes Golden's patents.

# Exhibit D

## DUPLICATE OF THE CLAIM CHART SUBMITTED IN GOLDEN v. GOOGLE, LLC WITH THE GOOGLE NEST PRODUCTS INCLUDED

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner" … and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart.…"

## Claim Chart for Google Nest Products

The following Claim Chart. At least one of the alleged infringing products of Google is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

The Claim Chart illustrates how the Google Nest products allegedly contribute to the infringement of Golden's patented invention of a CMDC (smartphone) device.

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
| | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| **Google Nest Thermostat – Device for Regulating Temperature** | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| **Google Nest Security Cameras** | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | | |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection, cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| **Google Nest × Yale Lock** | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

| | | | |
|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)** | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| Google Nest Protect Smoke and CO Alarm (Chemical Detector) | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS, (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU... | X | X |
| Google Nest × Yale Lock | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological... agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| **Google Nest × Yale Lock** | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| Google Nest Protect Smoke and CO Alarm (Chemical Detector) | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |
|---|---|---|---|

## GOOGLE ADMITS THAT IT OFFERS FOR SALE AND SELLS [GOOGLE] NEST PRODUCTS

Golden alleges direct infringement, and infringement under the "doctrine of equivalents" for the following Google Nest products: the Google Nest Thermostat – Device for Regulating Temperature; the Google Nest Security Cameras; the Google Nest Smoke and CO Alarm (Chemical Detector); and, the Google Nest x Yale Lock, that are all interconnected to Golden's patented CMDC devices of a personal computer, a cell phone, a smart phone, a PDA, or a laptop.

Golden alleges that under the "doctrine of equivalents" the above listed Google Nest products; in combination with Golden's patented CMDC devices, performs substantially the same function, in substantially the same way, and achieves substantially the same results.

**Google Nest Thermostat – Device for Regulating Temperature**

**U.S. Patent No: 9,096,189**

6.    A built-in multi sensor detection system for detecting at least two items selected from the group consisting of [] motion, perimeter, temperature, tampering, theft, and breach, comprising:

monitoring equipment of at least one of the products grouped together by common

features in the product groupings category of design similarity (i.e. computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween …

wherein the built-in, [] device is built in [connected to] any of one or more products listed in any of the plurality of product grouping categories to include but not limited to [] monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop) …

… the built-in [] system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. [] product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop) for the receipt and transmission of signals therebetween …

… the monitoring equipment that is capable of wireless [] communication to achieve detection of at least one of [] the motion, the perimeter, the temperature, the tampering, the theft, and the breach which allows radio frequency (RF) data to be received and transferred …

**Google Nest Security Cameras**

**U.S. Patent No: 9,589,439**

1.    A multi sensor detection system capable of identifying, monitoring, detecting, and securing those critical areas [] sites, locations and facilities [] comprising:

… a remote video surveillance camera that provides at least one night vision means of surveillance or an infrared human detection means of surveillance capability and is integrated into a [] remotely controlled system that can monitor, [] and identify humans …

a communication device of at least one of a mobile communication device, … [] a laptop, [] a smart phone, a cell phone, [], a personal digital assistant (PDA), [] or a handheld, …

a communication method of at least one of a Bluetooth, Wi-Fi, [] Internet, [] Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, [] Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), [] Global Positioning System (GPS), or central processing unit (CPU) …

a plurality of sensors for detecting or sensing humans that is at least one of a chemical human sensor, biological human sensor, radiological human sensor, infrared human detector,

36

motion human detector, or image human detector, interconnected to or disposed within the multi-sensor detection system for sending signals thereto and receiving signals therefrom;

... at least one of [] a surveillance camera, or a stand-alone surveillance scanner, that is mounted in, on, or upon [] monitoring equipment for sending signals thereto and receiving signals therefrom ...

## Google Nest Smoke and CO Alarm (Chemical Detector)
### U.S. Patent No: 9,589,439

19.    A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising:

a plurality of sensors for detecting at least one chemical, [] agent or compound, capable of being disposed within, on, upon or adjacent ...

monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween ...

wherein at least one of a [] Bluetooth connection, [] radio frequency (RF) connection, cellular connection, [] long range [], or short-range radio frequency (RF) connection is capable of signal communication ...

wherein the monitoring equipment is equipped with a biometric ... fingerprint recognition, voice recognition, face recognition, [] such that the monitoring device [] is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone ...

## Google Nest x Yale Lock
### U.S. Patent No: 10,163,287

1.    Monitoring equipment that is [] a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to a lock for communication therebetween; the monitoring equipment comprising:

at least one of a central processing unit (CPU), a network processor, or a front-end processor for communication between the monitoring equipment and the lock ...

a transmitter for transmitting signals and messages to at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock …

a receiver for receiving signals from at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock …

at least one of [], Bluetooth connection, [] radio frequency (RF) connection, cellular connection, [] long range [], short range radio frequency (RF) connection, or GPS connection …

at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and,

the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), … at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock, whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the remote lock, electrical lock, mechanical lock, or automatic lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment …

---

As noted above in claim 1 of *Golden's* '287 patent, the limitation calls for "at least one of a central processing unit (CPU), a network processor, or a front-end processor for communication between the monitoring equipment and the lock …". *Ecofactor Inc.*: "[T]he computers include *processors* [CPUs, Chipsets, SoCs] such as those sold by Intel and AMD. Other processors may also be used, including general-purpose processors, multi-chip processors, embedded processors and the like. In one embodiment, computers 104 and servers 106 are conventional computers that are equipped with communications hardware such as modem or a network interface card."
*Google LLC*: Google Nest Wifi Pro, Nest Wifi, and Google Wifi are mesh network Wi-Fi systems that deliver Wi-Fi and Matter radio coverage across your home. A mesh network is a group of connectivity devices, such as Wi-Fi routers that act as a single network, so there are multiple sources of connectivity around your house instead of just a single router. The Nest Wifi Pro devices use Qualcomm's Wi-Fi chip to create a mesh network. It has a 1GHz dual-core processor along with 1GB of RAM and 8GB of flash storage for its firmware.

# Exhibit E

Claim Chart(s) for the Alleged "Joint Infringement" of Plaintiff's '287 Patent; '619 Patent; and '898 Patent

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 4 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/articles/PMC4705357/ Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). <br><br> Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

… a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., *heart rate*) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory*

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 5 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring device, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | "[W]e will describe 10 Temperature Apps for Android devices that measure room (indoors and outdoors) temperature, and apps that work as body temperature records (i.e. to store your body temperature values in order to monitor the fluctuations of your body temperature)." https://www.tech21century.com/ android-temperature-mobile-apps/ |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time and transmit this data wirelessly, which has the potential to monitor patient recovery … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/<br><br>Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/ details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1st Theory*<br><br>ATAK has various end-user versions: ATAK - Civilian (ATAK-CIV); ATAK - Government (ATAK-GOV); and, ATAK - Military (ATAK-MIL). |

| | | |
|---|---|---|
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., *heart rate*) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 6 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring equipment, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units  The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units  The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/  Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one light indicator in communication with the at least one CPU; | Turn on Flash notifications<br>• On your device, go to Settings Flash Notifications.<br>• Turn on Camera or Screen flash.<br>• To change the screen flash color, tap Screen flash.<br>• To choose your desired color, tap the color.<br>• To view the color changes, tap Preview.<br>• Flash notifications still follow your "Do not disturb" settings.<br>• If you set your alarm to still work in "Do not disturb" mode, your device still flashes for alarms.<br>• Flash notifications still work in silent mode. Turn on silent mode, and turn off vibration, device will flash when receive notification. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare.<br>https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems).<br>**5th Theory** |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU…

Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets.



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

… a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *I$^{st}$ Theory*

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 1 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |

| | | |
|---|---|---|
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 1 of the '619 Patent: Dependent Claims 2 thru 10**

2. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of processing operational instructions for at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

3. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal to lock, unlock, or disable the lock of the communication device.

4. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

5. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least short-range wireless radio frequency near-field communication (NFC).

6. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

7. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least one of chemical, biological, radiological, nuclear, or explosives detection.

8. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

9. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

10. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the operational and functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 11 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: | Est. Google Pixel phone sales that include the Google Tensor:  2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units  The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.  Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f = 13.56$ MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 11 of the '619 Patent: Dependent Claims 12 thru 20**

12. The central processing unit (CPU) of claim 11, capable of processing operational instructions for at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

13. The central processing unit (CPU) of claim 11, capable of processing operational instructions to lock, unlock, or disable the lock of the communication device.

14. The central processing unit (CPU) of claim 11, capable of processing operational instructions of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

15. The central processing unit (CPU) of claim 11, capable of processing operational instructions from short-range wireless radio frequency near-field communication (NFC).

16. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

17. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical, biological, radiological, nuclear, or explosives detection.

18. The central processing unit (CPU) of claim 11, capable of processing operational instructions through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

19. The central processing unit (CPU) of claim 11, capable of processing operational instructions of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

20. The central processing unit (CPU) of claim 11, capable of processing operational instructions of functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

# Exhibit F

## GOLDEN'S "TRANSCEIVER" IS EQUIVALENT TO GOOGLE'S OPERATING SYSTEM

Plaintiff's software/programming interface is described in his patent specifications as "the cpu or transceiver":

"FIG. 19 ... a GPS satellite in conjunction with the monitoring site and monitoring equipment to relay commands and signals to *the cpu or transceiver* of the vehicle ... in response to a signal that a certain type of event ... detection of a bomb..."

"The system 10 ... can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such *as cpu 40, or a transceiver* and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."

"*[a] CPU or a transceiver* 202 is programmed to receive signals from the cell phone tower 190 and/or to a GPS satellite 204 ... the monitoring equipment 138 ... which can include but is not limited to ... cell phones, laptops, desktop PC's, notebook PC's, and LCD monitors."

"[t]he GPS satellite 204 that an original or activation signal has been received and then the GPS satellite 204 locates and communicates by multiplex signal 212 with *the CPU or transceiver* 202 on the vehicle 192 and exchanges information on the type of problem, situation, location ... The monitoring equipment 138 then transmits a signal 214 to the cell phone tower 190 that communicates with *the transceiver 202 and/or CPU* ..."

"Independent claims 4, 5, & 6 of Plaintiff's Patent No. 10163287 ('287 patent): at least one of ... *a transceiver in communication with the at least one CPU* configured to send signals to ... detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling."

Plaintiff has clearly defined Plaintiff's "transceiver" in the patents' specifications as an "operating system" interconnected to Plaintiff's patented central processing units (CPUs).

Independent Claim 5 of the '287 patent, and Independent Claim 11 of the '619 patent, asserted in this complaint as two of Plaintiff's patent claims that are allegedly being infringed by certain Google smartphone products, illustrates the combined integration:

*Claim 5 ('287 patent).* A monitoring device, comprising:

at least one central processing unit (CPU);

at least one temperature sensor in communication with the at least one CPU for monitoring temperature;

at least one motion sensor in communication with the at least one CPU;

at least one viewing screen for monitoring in communication with the at least one CPU;

at least one global positioning system (GPS) connection in communication with the at least one CPU;

at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;

at least one sensor for chemical, biological, or human detection in communication with the at least one CPU;

one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

***Claim 11 ('619 patent).*** A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of:

processing instructions to lock, unlock, or disable the lock of the communication device;

processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob;

processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;

processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle;

processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;

processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC);

processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;

69

processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs);

processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission;

processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and,

whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory.

**Transceiver Connectivity:** A transceiver or transmitter/receiver is a device which combines transmission and reception capability on shared circuitry. There are a number of different types of transceivers designed for an assortment of uses, and the transceiver is the cornerstone of wireless communication. One common example of a transceiver is a cellular phone, which is capable of sending and receiving data, unlike a basic radio, which can only receive signals.

The Mobile phone transceiver connects the Visit system to your mobile phone, tablet, or smartwatch via Bluetooth. Once you have installed the Visit app, you will start to receive Visit notifications on your mobile device. In addition, your Visit receiver will alert you to incoming calls and messages.

**Mobile Operating System Connectivity:** It provides a variety of connections such as cellular, Wi-Fi, Bluetooth, NFC (Near Field Communication) and others to facilitate the communication of the device with other devices and networks. An operating system (OS) for mobile devices manages the basic functions. It runs apps, controls, and connects to networks.

---

[1] Golden's transceiver performs substantially the same function; in substantially the same way; to achieve substantially the same results as Google's android open-source operating system.

| Elements | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System "Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Draper Laboratory, Inc. ATAK-CIV CBRN Plugins**<br><br>MOVE, SHOOT & COMMUNICATE WITH A.T.A.K. [AND ALTERNATIVES]<br><br>Sold at Google Play | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

| Elements | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System** **"Transceiver" is Equivalent to Operating System** | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Google Megapixel Camera for CBR Detection** Native to Phone | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

| Elements | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| **Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones** | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| **Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset** | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| **Google Android Open-Source Operating System** "Transceiver" is Equivalent to Operating System | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| **Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols** Native Sensors | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |

73

| Elements | Patent # 10,163,287; Indep. Claim 5 | Patent # 9,589,439; Indep. Claim 23 | Patent # 9,096,189; Indep. Claim 1 | Patent # 9,589,439; Indep. Claim 19 | Patent# 10,984,619; Indep. Claim 11 |
|---|---|---|---|---|---|
| Google Pixels 6a, 7, 7a, 7pro, & fold Smartphones | A monitoring device, comprising: | A cell phone comprising | A communication device of at least one of a cell phone, a smart phone… | A multi-sensor detection system | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone… |
| Google Tensor G1 & G2 i.e., Central Processing Unit (CPU) Processor, SoC, Chipset | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … | X | the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution |
| Google Android Open-Source Operating System "Transceiver" is Equivalent to Operating System | a transceiver in communication with the at least one CPU configured to send signals… | X | the transmitter and the receiver of the communication device and transceivers of the products | communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products | X |
| Google Beacon: Bluetooth; GPS; Wi-Fi  Native to Phone | to detect at least one of a chemical biological, radiological, or explosive agent | a chemical sensor, a biological sensor, an explosive sensor … or a radiological sensor… being disposed within, on, upon or adjacent the cell phone; | interconnected to a product… receive signals … send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | sensors detecting … chemical, biological, radiological, explosive, nuclear… disposed within, on, upon or adjacent a … device; | processing instructions to … detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent |