IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS –
WACO DIVISION

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>        V.<br><br>GOOGLE LLC<br><br>        Defendants. | CIVIL CASE NO: <u>6:25-cv-00434-LS</u><br><br>**JURY TRIAL DEMANDED**<br><br>**(Joint Patent Infringement)**<br>**(Direct Patent Infringement),**<br>**(Willful Patent Infringement),**<br><br>October 10, 2025 |

# PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter is brought under the original and exclusive jurisdiction of this U.S. Court for the Western District of Texas as authorized by the Constitution of the United States, Article III, Section.

This affidavit is filed in good faith and in support of Plaintiff's Motion for Partial Summary Judgement filed on October 10, 2025, in case no. 6:25-cv-00434-LS. I hereby incorporate by reference the full motion for partial summary judgement under Rule 56(a): Motion for Summary Judgment or Partial Summary Judgment.

Golden's joint infringement allegations are distinct and separable because the question is, "has Google unlawfully taken a compulsory non-exclusive license to "manufacture or use" Plaintiff's patented invention(s) for a mobile, consumer, or cellular device, that is integrated with, or interconnected to, a CBRNE-H detection capability without paying a 'reasonable or entire compensation'?"

Under 35 U.S.C. § 271, a patent owner who successfully proves joint infringement is entitled to "reasonable and entire" compensation.

This affidavit is verified under penalty of perjury pursuant to 28 U.S.C. § 1746, which satisfies the affidavit requirement under Rule 56(c)(4): Affidavits or Declarations. *See Schroeder v. McDonald*, 55 F.3d 454, 460 n.10 (9th Cir. 1995); *Carter v. Comm'r*, 784 F.2d 1006, 1009 (9th Cir. 1986).

Golden demands immediate partial summary judgement on Golden's joint infringement allegations for "reasonable or entire compensation".

Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(P) 8649927104

Email: atpg-tech@charter.net

## **VERIFICATION**

## **Pursuant to 28 U.S.C. § 1746**

I, Larry Golden, over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, affirm, and state under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my understanding, knowledge, and belief, and made in good faith.

Executed and signed this 10th day of October, 2025, with all rights reserved and without recourse and without prejudice; is this "verification" for "Plaintiff's Affidavit in Support of Plaintiff's Motion for Partial Summary Judgement".

s/ *Larry Golden*

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-992-7104

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of October, 2025, a true and correct copy of the foregoing "Plaintiff's Affidavit in Support of Plaintiff's Motion for Partial Summary Judgement", was served upon the following Defendant via e-mail:

>Brian C. Banner (State Bar No. 24059416)
>Valerie Barker (State Bar No. 24087141)
>SLAYDEN GRUBERT BEARD PLLC
>401 Congress Avenue, Suite 1650
>Austin, Texas, 78701
>+1 (512) 402-3569
>+1 (512) 402-6865
>facsimile bbanner@sgbfirm.com
>vbarker@sgbfirm.com

>*s/ Larry Golden*
>Larry Golden, Pro Se
>740 Woodruff Rd., #1102
>Greenville, South Carolina 29607
>atpg-tech@charter.net
>864-992-7104