IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN, § § Plaintiff, § § vs. § § GOOGLE LLC, § § Defendant. § § § | § Civil Action No. 6:25-cv-00434-LS § § JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court that Valerie K. Barker of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.5219, Facsimile: 512.402.6865, E-mail: vbarker@sgbfirm.com) has entered this action as counsel for Defendant. Ms. Barker requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: October 15, 2025          Respectfully submitted,

*/s/ Valerie K. Barker*
Valerie K. Barker (TX Bar No. 24087141)
vbarker@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

***Attorney for Defendant Google LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2015, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. On the same day, I served a copy of the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of this document by electronic mail to:

> Mr. Golden at atpg-tech@charter.net

                                      */s/ Brian C. Banner*
                                      Brian C. Banner
                                      *Attorney for Defendant Google LLC*