# Exhibit F

# TECHNICAL

# PRONG

# FROM THE BEGINNING

Inventions are described in the patent claims; claim charts; and, is supported in the patent specifications. Golden alleges he invented a communicating, monitoring, detecting, and controlling (CMDC) device to mitigate or prevent acts of terrorism. [Disclosure document filed with the USPTO in November, 2004, and first patent application filed with the USPTO in April, 2006]

Between the years 2003 and 2007 Golden alleges he shared three economic stimulus and terrorism prevention packages ["SafeRack", "ATPG", "V-Tection"]; each included the technical rational for Golden's patented inventions; needed for implementation of the stimulus packages.

The technical rational for implementing Golden's "product grouping" strategies of the "ATPG" package are Golden's patented communicating, monitoring, detecting, and controlling (CMDC) devices.

Golden submitted the stimulus packages to the President of the United States (Bush); Vice-President of the United States (Cheney); and three United States Senators from South Carolina (Hollings, DeMint, and Graham). All stated in their response letters to Golden that they each forwarded the stimulus packages on to the Department of Homeland Security (DHS) for implementation.

In 2007, the DHS awarded Apple, Samsung, LG, Qualcomm, Synkera, SeaCoast, NASA, and Rhevision contracts, under the DHS S&T BAA07-10 *Cell-All Ubiquitous Biological and Sensing* initiative; to develop and commercialize Golden's CMDC devices (i.e., the first smartphone). If none of the links below works, then google: "Nancy Pelosi says federal research invented the smartphone, not Steve Jobs."

https://www.cnet.com/culture/steve-jobs-didnt-create-the-iphone-govt-did-says-nancy-pelosi/

https://www.cbsnews.com/sanfrancisco/news/nancy-pelosi-apple-iphone-steve-jobs-federal-research/

https://www.techworm.net/2016/06/u-s-government-invented-iphone-not-steve-jobs-says-nancy-pelosi.html

Judge Braden, in the United States Court of Federal Claims, *Golden v. United States*, Case No. 13-307C "Memorandum Opinion and Order Denying the Government's Motion to Dismiss, Dkt. 94, filed 11/30/16, fully described when a product is considered "manufactured" and is "suitable for use". In *FastShip, LLC v. United States*, the U.S. Court of Appeals for the Federal Circuit held that to be "manufactured" under 28 U.S.C. Section 1498, an accused product must include each claim limitation so it is "suitable for use".

"The February 12, 2016 Amended complaint identifies over thirty devices that were developed or procured, as a result of Government solicitations, Government contracts, or National Science Foundation ("NSF") grants. 2/12/16 Am. Compl. at ¶¶ 68-127. The relevant devices are: M-Lock; High-Power Electromagnetic System ("HPEMS"); Smartphone Microscope; Biophone; Smartphone Biosensor Cradle; iPhone Biodetector Smartphone; Pathtracker; the Center of Integrated Nanomechanical Systems ("COINS") Nano-Embedded Sensors; Smartphone-Based Rapid Diagnostic Tests; Lockheed Martin K-Max Unmanned Self-flying Helicopter; Boeing MH-6 Little Bird Helicopter; SIN-VAPOR I Smartphone System; Samsung Galaxy s6 Microscope Smartphone; VOCket System; Nett Warrior Smartphone System; Northrop Grumman X-47B UCAS I X-478 Control Display Unit; GammaPix; NFC Samsung Galaxy s6 Smartphone Sensor; Cell-All Synkera MikroKera Ultra; Biotouch

System; iPhone Biodetector Smartphone; Navy Marine Corps Intranet; FLIR identiFINDER R300; AOptix Stratus MX Peripheral; MultiRae Pro Wireless Portable Multi Threat Radiation and Chemical Detector; PositiveID's M-BAND; PositiveID's Firefly DX; 1"x2" Detection Device Samsung Galaxy s6 Smartphone; 2"x2" Detection Device Samsung Galaxy s6 Smartphone; NetS2 SmartShield G300 Radiation Detector Samsung Galaxy s6 Smartphone; NetS2 SmartShield G500 Radiation Detector Samsung Galaxy s6 Smartphone; and the Passport Systems Base Control Unit; Oshkosh Defense Autonomous Unmanned Ground Vehicle TerraMax; and the Variable NODE+Oxa. 2/72/76 Am. Compl. at, ¶¶ 68-127."

"The February 12, 2016 Amended Complaint's NFC claims also allege sufficient facts to plausibly establish that the use of the accused devices was "with the authorization or consent of the Government." Authorization or consent can be implied from the circumstances, "e.g., by contracting officer instructions, [or] specifications or drawings which impliedly sanction and necessitate infringement." *Hughes Aircraft Co.*, 534 F.2d at 901. For example, in *TVI Energy Corp.*, the [] Federal Circuit held that the Government impliedly sanctioned the use of a patented invention when it issued a solicitation that required bidders to submit for inspection, and perform live demonstrations of, the accused device. *See TVI Energy Corp.,806 F.2d at 1060*."

"Government funding of research that will lead to the development and testing of an accused device supports a reasonable inference that the Government impliedly sanctioned infringing activity."

"The relevant [awards] are being used to develop: "a portable smartphone attachment that can be used to perform sophisticated field testing to detect viruses and bacteria," 2/12/16 Am. Compl. ¶78; "[a device] that derives biological signals from your smartphone's accelerometer … [and] [t]his information is useful to base medical diagnoses in real-life conditions and to help track chronic health condition and effects of therapeutic interventions," 2/12/16 Am. Compl. ¶80; "a cradle and app for the iPhone to make a handheld biosensor that uses the phone's own camera and processing power to detect any kind of biological molecules or cells," 2/12116 Am. Compl. ¶92; a handheld instrument to help contain the spread of Ebola, HIV, Tuberculosis, and Malaia, 2/12/16 Am. Compl. ¶102; "[a portable device for] real-time detection of explosives, toxicants, and radiation," 2/12/16 Am. Compl. ¶122; "highly sensitive rapid medical diagnostic tests," 2/12/16 Am. Compl. ¶126."

"Viewed in the light most favorable to Plaintiff, the February 12, 2016 Amended complaint alleges sufficient facts to raise a plausible right of relief under section 1498(a). See *Iqbal*, 556 U.S. at 677. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." "For the reasons discussed herein, the Government's June 24, 2016 Motion to Dismiss Certain Devices, pursuant to RCFC 12(b)(1) and 12(b)(6), is denied."

# GOOGLE, LLC

The Federal Circuit in *Golden v. Google LLC* CAFC Case No. 2022cvpri01267; filed on 12/16/2021 and decided on 09/08/2022: "inferred"; which means the Circuit have derived by reasoning; concluded or judged from the evidence, that Google smartphone devices, more likely than not, ***directly infringes*** Golden's communicating, monitoring, detecting, and controlling (CMDC) device

The Federal Circuit in *Golden v. Google LLC* CAFC Case No. 2024cvpri02024; filed on 07/01/2024 and decided on 06/25/2025: "inferred"; which means the Circuit have derived by reasoning; concluded or judged from the evidence, that Google smartphone devices, more likely than not, ***jointly infringes*** Golden's communicating, monitoring, detecting, and controlling (CMDC) device.

# *DIRECT INFRINGEMENT*

## DUPLICATE OF THE CLAIM CHART SUBMITTED IN
## GOLDEN v. GOOGLE, LLC

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner" … and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal,* 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id*. at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart.…'"

## CLAIM CHART PRESENTED TO THE FEDERAL CIRCUIT

The following Claim Chart is a duplicate of the Claim Chart submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates Google's literal infringement and/or infringement under the doctrine of equivalents. An exclusion is anticipated for the Google Pixel 9 Series provided Google fail to show a significant difference between the Google Pixel 5, 6, 7, 8, 9, & 10 smartphone series. At least one of the alleged infringing products of Google (Google Pixel 5) is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

10

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;

a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

14

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# CLAIM CHART OF GOOGLE PIXEL 6 SMARTPHONES

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates how Google's literal infringement and/or infringement under the doctrine of equivalents continues through at least three models of the Google Pixel 6 smartphone series. The Google Pixel 6 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 6 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 6 smartphones also literally infringe and/or infringe under the doctrine of equivalents at least the same independent claims of each of the '287, '439, and '189 patents. There are no significant differences. The basis of *every* smartphone is the same.

| Google Pixel 5 Smartphone | Google Pixel 6 Smartphone | Google Pixel 6a Smartphone | Google Pixel 6 pro Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core (2x2.80 GHz Cortex-X1 & 2x2.25 GHz Cortex-A76 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor (5 nm) OS: Android 12, upgradable to Android 14 | CPU: Octa-core (2x2.80 GHz Cortex-X1 & 2x2.25 GHz Cortex-A76 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor (5 nm). OS: Android 12, upgradable to Android 14 | CPU: Octa-core (2x2.80 GHz Cortex-X1 & 2x2.25 GHz Cortex-A76 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor (5 nm). OS: Android 12, upgradable to Android 14 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. 6.4 inches, 98.9 cm2 (~83.4% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. 6.1 inches, 90.7 cm2 (~83.0% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. 6.7 inches, 110.6 cm2 (~88.9% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth: 5.2, A2DP, LE. NFC, GPS GLONASS, GALILEO, QZSS | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth: 5.2, A2DP, LE. NFC, GPS GLONASS, GALILEO, QZSS | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth: 5.2, A2DP, LE. NFC, GPS GLONASS, GALILEO, QZSS | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | Google USB PD 3.0 PPS option to charge the Pixel 6 at full speed. USB PD PPS and 30W specs to fast charge the Pixel 6 and Pixel 6 Pro. | USB Type-C 3.1 Google USB PD 3.0 PPS option to charge the Pixel 6a at full speed. USB PD PPS and 30W specs to fast charge the Pixel 6a | USB Type-C 3.1 Google USB PD 3.0 PPS option to charge the Pixel 6 pro at full speed. USB PD PPS and 30W specs to fast charge the Pixel 6 Pro. |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct Bluetooth: 5.2, A2DP, LE. NFC, GPS GLONASS, GALILEO, QZSS | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Direct. Bluetooth: 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

21

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

# CLAIM CHART OF GOOGLE PIXEL 7 SMARTPHONES

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates how Google's literal infringement and/or infringement under the doctrine of equivalents continues through at least three models of the Google Pixel 7 smartphone series. The Google Pixel 7 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 7 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 7 smartphones also literally infringe and/or infringe under the doctrine of equivalents at least the same independent claims of each of the '287, '439, and '189 patents. There are no significant differences. The basis of *every* smartphone is the same.

| Google Pixel 5 Smartphone | Google Pixel 7 Smartphone | Google Pixel 7a Smartphone | Google Pixel 7 pro Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor G2 (5 nm). OS: Android 13, upgradable to Android 14 | CPU: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) Chipset: Google Tensor G2 (5 nm) OS: Android 13, upgradable to Android 14 | CPU: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor G2 (5 nm). OS: Android 13, upgradable to Android 14 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 96.7 cm2 (~84.9% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.1 inches, 90.7 cm2 (~81.8% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.7 inches, 110.6 cm2 (~88.7% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band. Bluetooth 5.3, A2DP, LE. NFC, GPS GLONASS, GALILEO, BDS, QZSS, NavIC | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |

24

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE, aptX HD NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band. Bluetooth 5.3, A2DP, LE. NFC, GPS GLONASS, GALILEO, BDS, QZSS, NavIC | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE, aptX HD NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band. Bluetooth 5.3, A2DP, LE. NFC, GPS GLONASS, GALILEO, BDS, QZSS, NavIC | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB Type-C 3.2. is the type of USB used with the Google Pixel 7. Used for charging the battery of the Google Pixel 7 | USB Type-C 3.2. is the type of USB used with the Google Pixel 7a. Used for charging the battery of the Google Pixel 7a | USB Type-C 3.2. is the type of USB used with the Google Pixel 7 pro. Used for charging the battery of the Google Pixel 7 pro |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct Bluetooth 5.2, A2DP, LE, aptX HD NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band. Bluetooth 5.3, A2DP, LE. NFC, GPS GLONASS, GALILEO, BDS, QZSS, NavIC | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), BDS (B1I+B1c+B2a), GALILEO (E1+E5a), QZSS (L1+L5) |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

28

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

# CLAIM CHART OF GOOGLE PIXEL 8 SMARTPHONES

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates how Google's literal infringement and/or infringement under the doctrine of equivalents continues through at least three models of the Google Pixel 8 smartphone series. The Google Pixel 8 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 8 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 8 smartphones also literally infringe and/or infringe under the doctrine of equivalents at least the same independent claims of each of the '287, '439, and '189 patents. There are no significant differences. The basis of *every* smartphone is the same.

| Google Pixel 5 Smartphone | Google Pixel 8 Smartphone | Google Pixel 8 pro Smartphone | Google Pixel Fold Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Nona-core (1x3.0 GHz Cortex-X3 & 4x2.45 GHz Cortex-A715 & 4x2.15 GHz Cortex-A510). Chipset: Google Tensor G3 (4 nm). OS: Android 14 | CPU: Nona-core (1x3.0 GHz Cortex-X3 & 4x2.45 GHz Cortex-A715 & 4x2.15 GHz Cortex-A510). Chipset: Google Tensor G3 (4 nm). OS: Android 14 | CPU: Octa-core (2x2.85 GHz Cortex-X1 & 2x2.35 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). Chipset: Google Tensor G2 (5 nm). OS: Android 13, upgradable to Android 14 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches, 91.1 cm2 (~85.5% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 7.6 inches, 183.3 cm2 (~82.7% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS GLONASS, GALILEO, BDS |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS GLONASS, GALILEO, BDS |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS GLONASS, GALILEO, BDS |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB Type-C 3.2. is the type of USB used with the Google Pixel 8 Used for charging the battery of the Google Pixel 8 | USB Type-C 3.2. is the type of USB used with the Google Pixel 8 pro Used for charging the battery of the Google Pixel 8 pro | USB Type-C 3.2. OTG is the type of USB used with the Google Pixel Fold Used for charging the battery of the Google Pixel Fold |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS (L1+L5), GLONASS (G1), GALILEO (E1+E5a), QZSS (L1+L5) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, tri-band, Wi-Fi Direct. Bluetooth 5.2, A2DP, LE, aptX HD. NFC, GPS GLONASS, GALILEO, BDS |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

## CLAIM CHART OF GOOGLE PIXEL 9 SMARTPHONES

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates how Google's literal infringement and/or infringement under the doctrine of equivalents continues through at least three models of the Google Pixel 9 smartphone series. The Google Pixel 9 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 9 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 9 smartphones also literally infringe and/or infringe under the doctrine of equivalents at least the same independent claims of each of the '287, '439, and '189 patents. There are no significant differences. The basis of *every* smartphone is the same.

| Google Pixel 5 Smartphone | Google Pixel 9 Smartphone | Google Pixel 9 pro Smartphone | Google Pixel 9 pro Fold Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core, 3 processors: 1x 3.1GHz ARM Cortex-X4; 3x 2.6GHz ARM Cortex-A720; 4x 1.92GHz ARM Cortex-A520 Chipset: 64bit: Google Tensor G4 (4nm). OS: Android 14 | CPU: Octa-core, 3 processors: 1x 3.1GHz ARM Cortex-X4; 3x 2.6GHz ARM Cortex-A720; 4x 1.92GHz ARM Cortex-A520 Chipset: 64bit: Google Tensor G4 (4nm). OS: Android 14 | CPU: Octa-core, 3 processors: 1x 3.1GHz ARM Cortex-X4; 3x 2.6GHz ARM Cortex-A720; 4x 1.92GHz ARM Cortex-A520 Chipset: 64bit: Google Tensor G4 (4nm). OS: Android 14 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, (~86.5% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, (~86.9% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 8 inches, (~88.5% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, aptX HD NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, aptX HD NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, aptX HD NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB 3.2 Type-C, USB OTG On-The-Go is the type of USB used with the Google Pixel 9 Used for charging the battery of the Google Pixel 9 | USB 3.2 Type-C, USB OTG On-The-Go is the type of USB used with the Google Pixel 9 Pro Used for charging the battery of the Google Pixel 9 Pro | USB 3.2 Type-C, USB OTG On-The-Go is the type of USB used with the Google Pixel 9 Pro Fold Used for charging the battery of the Google Pixel 9 Pro Fold |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, aptX HD NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] | Connectivity: 5G; Bluetooth 5.3, A2DP, LE, NFC. A-GPS, GeoTagging, GLONASS, GALILEO, BeiDou, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/ax/be [wifi7/6E/6] |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

41

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

## CLAIM CHART OF GOOGLE PIXEL 10 SMARTPHONES

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The chart illustrates how Google's literal infringement and/or infringement under the doctrine of equivalents continues through at least three models of the Google Pixel 10 smartphone series. The Google Pixel 10 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 10 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 10 smartphones also literally infringe and/or infringe under the doctrine of equivalents at least the same independent claims of each of the '287, '439, and '189 patents. There are no significant differences. The basis of *every* smartphone is the same.

| Google Pixel 5 Smartphone | Google Pixel 10 Smartphone | Google Pixel 10 pro Smartphone | Google Pixel 10 pro Fold Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core, 1x 3.1GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz Cortex- A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 | CPU: Octa-core, 1x 3.78GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz ARM Cortex-A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 | CPU: Octa-core, 1x 3.78GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz ARM Cortex-A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 94.7 cm² (~86.1% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 96.3 cm² (~87.6% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 8.0 inches, 206.3 cm² (~88.4% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |

45

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB Type-C 3.2. is the type of USB used with the Google Pixel 10 Used for charging the battery of the Google Pixel 10 | USB Type-C 3.2. is the type of USB used with the Google Pixel 10 Pro Used for charging the battery of the Google Pixel 10 Pro | USB Type-C 3.2. OTG is the type of USB used with the Google Pixel 10 Pro Fold Used for charging the battery of the Google Pixel 10 Pro Fold |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

47

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

## DUPLICATE OF THE CLAIM CHART SUBMITTED IN GOLDEN v. GOOGLE, LLC WITH THE GOOGLE NEST PRODUCTS INCLUDED

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner" … and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart.…"

## Claim Chart for Google Nest Products

The following Claim Chart. At least one of the alleged infringing products of Google is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

The Claim Chart illustrates how the Google Nest products allegedly contribute to the infringement of Golden's patented invention of a CMDC (smartphone) device.

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| **Google Nest Thermostat – Device for Regulating Temperature**  | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| **Google Nest Security Cameras**  | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| **Google Nest × Yale Lock**<br> | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

| | | | |
|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**<br> | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| Google Nest Protect Smoke and CO Alarm (Chemical Detector)  | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS, (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock  | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| **Google Nest × Yale Lock**<br> | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable<br>System-on-a-chip: Qualcomm Snapdragon 765G | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | |
|---|---|---|---|
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**  | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

### GOOGLE ADMITS THAT IT OFFERS FOR SALE AND SELLS [GOOGLE] NEST PRODUCTS

Golden alleges direct infringement, and infringement under the "doctrine of equivalents" for the following Google Nest products: the Google Nest Thermostat – Device for Regulating Temperature; the Google Nest Security Cameras; the Google Nest Smoke and CO Alarm (Chemical Detector); and, the Google Nest x Yale Lock, that are all interconnected to Golden's patented CMDC devices of a personal computer, a cell phone, a smart phone, a PDA, or a laptop.

Golden alleges that under the "doctrine of equivalents" the above listed Google Nest products; in combination with Golden's patented CMDC devices, performs substantially the same function, in substantially the same way, and achieves substantially the same results.

**GOOGLE'S HAND-HELD SCANNER, THAT INCLUDES THE GOOGLE CAMERA ALLEGEDLY INFRINGES GOLDEN'S PATENTED CMDC HAND-HELD SCANNER**

In Golden's patent specifications: "[p]roduct grouping 2 (sensors) include, but are not limited to, chemical, biological, [] motion sensors, [] biometric sensors, [] human…" Golden, during patent prosecution was able to get the "heart-rate sensor" allowed as the species of the sensors listed above, to include the signature sensor (i.e., unique cardiac signature) as genesis.

Therefore, one way to satisfy the asserted patent claims requirement for detection of at least the sensors listed in the above paragraph is with the Google smartphone camera "heart-rate" sensor (i.e., chemical, biological, motion, biometric, human, or signature "heart-rate" sensor).

The Google Fit app., that is preinstalled on the Google Pixel handset (smartphone), is used to measure a heart rate on the Google Pixel smartphone. Google Pixel smartphones are capable of monitoring a heart rate even though there isn't any dedicated hardware in the handset to track these metrics. It instead uses a smart approach that leverages the phone's rear camera.

Within the Google Fit app, the user will be able to track their heart rate and their respiratory rate. The user will need a compatible smartphone to be able to do this though, which includes every Google Pixel smartphones since the Google Pixel 3 and Google Pixel 3 XL.

Another way is to identify exactly where in the alleged infringing Google smartphone device, that include identifying where the CPU, transmitter, receiver, transceiver, GPS receiver, and the antennas for Bluetooth, cellular and Wi-Fi can be located that are at least interconnected to the components, devices, or apparatuses capable of CBRNE detection.

Although Golden is not required to plead infringement on an element-by-element basis at the pleading stage, Golden not only pled infringement on an element-by-element basis at the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 with a reverse engineered claim chart, Golden also pled infringement on an element-by-element basis that can be read two

ways with the standard claim chart in case *Golden v. Google LLC*; NDC Case 3:22-cv-05246-RFL. Why would Judge Rita F. Lin not consider Golden's evidence?

Lastly, the following claim chart of patent claims that was reviewed by the Federal Circuit in *Golden v. Google*; Case No. 22-1267, and presented to Judge Rita F. Lin for an element-by-element analysis between claim 1 of '189 patent; claim 23 of '439 patent; and claim 5 of '287 patent, and the alleged infringing Google smartphone product, is illustrated below. The Google smartphone camera designed for CBR detection is ***internal*** the Google smartphone.

**Camera [12] Used for Detecting Chem/Bio Agents.**



**1**    The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https:// www.understanding nano.com/cell-phone-sensors-toxins.html

**2**    Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of

| The Google "megapixel" Camera is "Native" to the Manufacture of the Google Pixel Smartphone | |
| --- | --- |
| **Patent No. 9,096,189 (Patent Claim 1 of Golden's '189 Patent)** | **Google "megapixel Camera; embedded in the Google Pixel Smartphone, and interconnected for communication, therebetween** |
| *A communication device* of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | [Golden has identified the Google smartphone(s) as "a communication device" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device] |
| at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … or a front-end processor for communication between a host computer and other devices; | [Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Google "Tensor" CPU/Chipset for executing and carrying out instructions for the Google "megapixel" Camera] |
| a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device …; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device …; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| the communication device is at least a … mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; | [Golden has identified the Google smartphone(s) as "a communication device" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device for wireless communication therebetween] |
| at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |

| | |
|---|---|
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |

| The Google "megapixel" Camera is "Native" to the Manufacture of the Google Pixel Smartphone | |
|---|---|
| **Patent No. 9,589,439 (Patent Claim 23 of Golden's '439 patent)** | **Google "megapixel Camera; embedded in the Google Pixel Smartphone, and interconnected for communication, therebetween** |
| ***A cell phone comprising*** | [Golden has identified the Google smartphone(s) as "a new, useful, and improved upon cell phone" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device] |
| a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | [Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Google "Tensor" CPU/Chipset for executing and carrying out instructions for the Google "megapixel" Camera] |
| a transmitter for transmitting signals and messages to a cell phone detection device; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |

| | |
|---|---|
| a receiver for receiving signals from the cell phone detection device; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; | [Golden has identified the Google smartphone(s) as "a new, useful, and improved upon cell phone" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device for wireless communication therebetween], |
| at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone | [Golden is identifying the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device for CBRNE detection, that is embedded in the Google Pixel smartphone(s) as "a new, improved upon, and useful cell phone" or "communication device"] |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| wherein at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection is capable of signal communication with the transmitter or the receiver; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; | [Golden has identified the Google smartphone(s) fingerprint recognition and the Google "megapixel" Camera as having facial recognition. |

| The Google "megapixel" Camera is "Native" to the Manufacture of the Google Pixel Smartphone | |
|---|---|
| **Patent No. 10,163,287 (Patent Claim 5 of Golden's '287 patent)** | **Google "megapixel Camera; embedded in the Google Pixel Smartphone, and interconnected for communication, therebetween** |
| *A monitoring device, comprising*: | [Golden has identified the Google smartphone(s) as "a monitoring device" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device] |
| at least one central processing unit (CPU); | [Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Google "Tensor" CPU/Chipset for executing and carrying out instructions for the Google "megapixel" Camera] |
| at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | [Golden has identified the Wi-Fi 7 (802.11be) with 2.4GHz+5GHz+6GHz,2x2+ 2x2 MIMO of the Google Pixel smartphone and the Google "megapixel" Camera that is in communication with the Google "Tensor" CPU/Chipset] |
| at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | [Golden has identified the Bluetooth® v5.3 with dual antennas for enhanced quality of the Google Pixel smartphone and the Google "megapixel" Camera that is in communication with the Google "Tensor" CPU/Chipset] |
| at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; | [Golden has identified the Google Pixel smartphone as an NFC-enabled device that communicates in one or both directions uses a frequency of 13.56 MHz in the globally available unlicensed radio frequency ISM band that is in communication with the Google "Tensor" CPU/Chipset] |

| | |
|---|---|
| at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | The Google Pixel smartphone is equipped with the ability to check a "human" heart rate i.e. the number of beats per minute with the smartphone camera, and the working camera flash unit that is in communication with the Google "Tensor" CPU/Chipset] |
| one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents | [Golden is identifying the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device for CBRNE detection, that is in communication with the Google Pixel smartphone "Tensor" CPU/Chipset] |
| at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor … or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | [Golden is identifying the Google Pixel smartphone(s), that is in communication with the Google "Tensor" CPU/Chipset, as "a monitoring device" or "communication device", interconnected to the Google "megapixel" Camera as the cell phone detection device capable of receiving signals or sending signals] |

## GOOGLE SMARTPHONE "MEGAPIXEL" CAMERA

| Google "megapixel" Camera | Patent #: 9,589,439; Independent Claim 19 |
|---|---|
|  | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: |
| The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html<br><br>Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of<br><br>Mobile apps can combine sensor feeds from many handsets to create vast "synthetic apertures" to detect earthquakes (from accelerometer data), explosions (from microphones) and even *gamma radiation* (from activation of cell *cameras*). Sensor activity from *cameras*, microphones, accelerometers in mobile devices, laptops, computers and IOT devices (home security/automation, municipal, industrial) can detect, localize and sometimes identify CBRN events, including those producing *ionizing radiation*. *Retrieved from*: Homeland Security Science and Technology Advisory Committee, with contributions from the Department of Homeland Security, Under Secretary for Science and Technology, Robert Griffin | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; |

| | |
|---|---|
| The Google Pixel Smartphone Series [Google Pixel 6, 7, 8, 9, & 10] | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; |
| The internet connection is shared by many smartphone functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; |

**DIRECT INFRINGEMENT – WHEN FUNCTIONING AS A HANDHELD SCANNER**



**Google's Smartphone Camera for Scanning QR Codes**

Digital devices connected to the global network are rapidly finding their way into almost every facet of life. In addition to computers, smart phones, tablets, game consoles, new categories of connected devices such as fitness wearables, digital fashion accessories, Internet of Things (IOT) appliances, security systems, self-driving cars, robotics, smart toys, industrial control and home automation systems are coming on the market at an accelerating pace.

All of these connected devices have sensors of one kind or another (e.g. accelerometers, GPS, RF sensors, NFC sensors, *cameras* & microphones) so that it will be theoretically possible to "instrument" virtually the entire population of the U.S. in one form or another, and to use this synoptic instrumentation to swiftly detect and respond to CBRN events.

> Mobile apps can combine sensor feeds from many handsets to create vast "synthetic apertures" to detect earthquakes (from accelerometer data), explosions (from microphones) and even ***gamma radiation*** (from activation of cell ***cameras***).
>
> Sensor activity from ***cameras***, microphones, accelerometers in mobile devices, laptops, computers and IOT devices (home security/automation, municipal, industrial) can detect, localize and sometimes identify CBRN events, including those producing ***ionizing radiation***.

*Retrieved from*: Homeland Security Science and Technology Advisory Committee, Quadrennial

Homeland Security Review Subcommittee, Chemical, Biological, Radiological, and
Nuclear Detection, chaired by Eric Haseltine with contributions from Dr. Gerald Parker,
Dr. Yacov Haimes, Mr. Daniel Dubno as part of recommendations to the Department of
Homeland Security, Under Secretary for Science and Technology, Robert Griffin

**Golden's Stand-alone hand-held scanner—Specifications**

Each [] includes [] a sensor, [] and is electrically interconnected [] to
the cpu []so that information regarding the detection of the particular agent
or compound can be conveyed from the detectors to the [] cpu. Each [] can
[] be used as a [], stand-alone hand-held scanner.

FIG. 12 is a representative schematic view [] of the present
invention illustrating the sequence of steps undertaken [] when functioning
as a stand-alone scanner for detecting an agent or compound

As shown in FIGS. 1, 2 and 9-13, the multi sensor detection []
system 10 includes a plurality of detectors 46 with each [] sample for a
specific agent or compound (biological, chemical, or radiological); [] The
detectors 46 can also be used as stand-alone scanners.

As shown in FIG. 2, [] a sensor 52 for detecting the specific agent,
element or compound, and [] for each specific agent [] which is [] visible
when [] used as a stand-alone scanner. Each [] includes a conventional
microprocessor for controlling the various functions and generating the
appropriate signals for transmission to the cpu 40 … functions as a stand-
alone scanner and can be wirelessly interconnected to offsite monitoring
equipment.

FIG. 12 illustrates a representative schematic [] when used as stand-
alone scanner. The detector 46 undergoes the same essential steps as
illustrated in FIG. 11, with the exception of the signal transmission to the
cpu 40.

**Five (5) ways to scan a QR code on Google Android**

Most modern Android devices, including Google smartphones, have built-in QR scanners
in the camera app, so you don't need a separate app. Simply point your camera at the code, and it
should work instantly.

1.  Use the built-in Camera app to scan a QR code on Google Android. Google
Android devices have QR code scanning functionality integrated into the default camera
app. To use this feature, open the Camera app by locating its button on your Home
Screen or app drawer and tapping it.

2.  Use Google Android's built-in scanner to read QR codes, including in
pictures or screenshots. Google Android devices, offer a quick action button to scan QR

codes directly from the Quick Settings panel. Swipe down from the top of the screen to reveal the Quick Settings menu.

3. Use Google Lens to scan QR codes on Google Android. Google Lens is integrated into Google Android devices and can scan QR codes with added functionality, such as text translation and product searches. To use Google Lens, first open the Google app.

4. Scan QR codes on Google Android with Gemini. Assistants such as Google's Gemini can help scan QR codes quickly using voice commands. [voice authentication for Google devices is claimed in Golden's patents] Activate Gemini by saying "Hey Google!" Alternatively, you can press and hold the power button to wake your assistant. Then, ask it to "Scan QR code."

5. Scan QR codes on Google Android using Circle to Search. The Circle to Search feature from Google Android can also help you scan QR codes from your Google smartphone. Start by making sure that the QR code is visible on your smartphone's screen. It can be anywhere, whether that's a webpage, an app, a document, or a simple image. Then, once you have the QR code in view, enable the Circle to Search feature by touching and holding the navigation handle if you're using gesture navigation, or the Home button if you're using 3-button navigation mode.

**Google's smartphone camera scans QR codes**

Google's smartphone camera QR codes can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) detectors and/or sensors to enhance data sharing and operational efficiency.

- One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors, providing immediate access to critical information.

- Scanning a QR code can simplify the process of retrieving sensor data, making it accessible to personnel without specialized training.

- QR codes can be printed on CBRNE equipment, allowing quick access to emergency protocols.

# *DIRECT & JOINT INFRINGEMENT*

# Claim Chart(s) for the Alleged "Direct & Joint Infringement" of Plaintiff's '287 Patent; '619 Patent; and '898 Patent

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 4 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device, comprising: | Est. Google Pixel phone sales that include the Google Tensor:<br><br>2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units<br><br>The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor:<br><br>2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units<br><br>The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/<br><br>Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| Google Tensor<br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

… a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory*

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 5 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring device, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | "[W]e will describe 10 Temperature Apps for Android devices that measure room (indoors and outdoors) temperature, and apps that work as body temperature records (i.e. to store your body temperature values in order to monitor the fluctuations of your body temperature)." https://www.tech21century.com/ android-temperature-mobile-apps/ |

| | | |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time and transmit this data wirelessly, which has the potential to monitor patient recovery … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/<br><br>Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/ details?id=dicom.feng.gao&hl=en-US&pli=1 |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1st Theory*<br><br>ATAK has various end-user versions: ATAK - Civilian (ATAK-CIV); ATAK - Government (ATAK-GOV); and, ATAK - Military (ATAK-MIL). |

| | | |
|---|---|---|
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., *heart rate*) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 6 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A monitoring equipment, comprising: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a monitoring equipment. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/articles/PMC4705357/ Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one light indicator in communication with the at least one CPU; | Turn on Flash notifications<br>• On your device, go to Settings Flash Notifications.<br>• Turn on Camera or Screen flash.<br>• To change the screen flash color, tap Screen flash.<br>• To choose your desired color, tap the color.<br>• To view the color changes, tap Preview.<br>• Flash notifications still follow your "Do not disturb" settings.<br>• If you set your alarm to still work in "Do not disturb" mode, your device still flashes for alarms.<br>• Flash notifications still work in silent mode. Turn on silent mode, and turn off vibration, device will flash when receive notification. |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| Google Tensor Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.

Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | |
|---|---|---|
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |

| | | |
|---|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 1 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: | Est. Google Pixel phone sales that include the Google Tensor: 2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. *1ˢᵗ Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 1 of the '619 Patent: Dependent Claims 2 thru 10**

     2. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of processing operational instructions for at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

     3. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal to lock, unlock, or disable the lock of the communication device.

     4. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

     5. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least short-range wireless radio frequency near-field communication (NFC).

     6. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

     7. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least one of chemical, biological, radiological, nuclear, or explosives detection.

     8. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

     9. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

     10. The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the operational and functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,984,619; Independent Claim 11 | Google directs and controls the manner or timing of the actors, because Google controls the release of its Tensor CPUs and Android Operating Systems' Source Code for modifications |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: | Est. Google Pixel phone sales that include the Google Tensor:<br><br>2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units<br><br>The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to lock, unlock, or disable the lock of the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; | Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

| | |
|---|---|
| processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; | Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

| | |
|---|---|
| processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; | Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. |



Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device

| | |
|---|---|
| processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). <br><br> Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f =$ 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; | Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., *heart rate*) or a device mounted on a drone to detect chemical warfare agents. *1st Theory* |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf |

| | | |
|---|---|---|
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, | Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. |
|   Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. | Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. |

**Independent Claim 11 of the '619 Patent: Dependent Claims 12 thru 20**

12. The central processing unit (CPU) of claim 11, capable of processing operational instructions for at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

13. The central processing unit (CPU) of claim 11, capable of processing operational instructions to lock, unlock, or disable the lock of the communication device.

14. The central processing unit (CPU) of claim 11, capable of processing operational instructions of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

15. The central processing unit (CPU) of claim 11, capable of processing operational instructions from short-range wireless radio frequency near-field communication (NFC).

16. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

17. The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical, biological, radiological, nuclear, or explosives detection.

18. The central processing unit (CPU) of claim 11, capable of processing operational instructions through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

19. The central processing unit (CPU) of claim 11, capable of processing operational instructions of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

20. The central processing unit (CPU) of claim 11, capable of processing operational instructions of functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

# *JOINT INFRINGEMENT*

### TWELVE FEDERAL JUDGES CONFIRM INFRINGEMENT OCCURS WHEN THERE'S A MOBILE DEVICE INTERCONNECTED TO A CBRNE-H DETECTION CAPABILITY

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Google, LLC*, Case No. 22-1267; determined Direct Infringement by or for the Government, arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

The Federal Circuit in *Golden v. Google LLC* Case No. 22-1267 goes on to say: "In the Google case, the district court *again* concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google [Pixel 5] Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to" … "[i]t attempts—whether successfully or not—to map claim limitations to infringing product features … Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart."

The Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 examined and determined Golden has described how the Google "smartphone", that include the ATAK software and CBRN plugin sensors allegedly infringes at least claim 5 of Golden's '287 Patent; claim 23 of Golden's '439 Patent; and claim 1 of Golden's '189 Patent.

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Samsung* Case No. 23-2120; agreed with the Northern District of California Court Judge in *Golden v. Samsung* that Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

"Mr. Golden's complaint alleged, in part, that Samsung's smartphones possess that claimed detector/sensor functionality on three alternative bases: …

"Samsung argued that Mr. Golden's complaint stated no alleged facts that went beyond allegations that Samsung was making and selling smartphones that could be modified post-sale by others to perform the accused detector/sensor functionality. On that basis, Samsung said, there are no plausible allegations Samsung was engaged in directly infringing activities.

**The Northern District of California Court Judge Haywood S. Gilliam, Jr. in Case No. 22-5246; determined Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

In *Larry Golden v. Google, LLC* NDC Case 3:22-cv-05246-RFL "Order Granting Motion to Dismiss with Leave to Amend" Document 41 Filed 08/10/23; the then presiding Judge Haywood S. Gilliam, Jr. agreed with the Defendant that the Google Pixel devices only infringe Golden's asserted patents if a user were to add the additional ATAK application and CBRN plugins.

**The Northern District of California Court Judge Rita F. Lin in Case No. 22-5246; determined Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU, and Smartphone**

In *Larry Golden v. Google, LLC* NDC Case 3:22-cv-05246-RFL "Order Granting Motion to Dismiss and Denying leave to File a Surreply" Document 68 Filed 04/03/24; the current presiding Judge Rita F. Lin agreed with the Defendant [Google] that the Google Pixel devices could only infringe Golden's asserted patents if a user were to add the additional ATAK application and CBRN plugins.

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Google, LLC*, Case No. 24-2024; determined Infringement occurs when there's a Mobile, Consumer, or Cellular device Integrated with, or Interconnected to a CBRNE Detection Capability.**

In *Golden v. Google LLC.*, Case No. 24-2024, Dkt. 41; filed 06/25/2025, three Federal Circuit judges again confirm, infringement of Plaintiff's patented CMDC device occurs when a mobile, consumer, or cellular device, is integrated with, or interconnected to a CBRNE detection capability. The Circuit's opinion includes the following:

> "We conclude that the district court did not err in finding that Mr. Golden's five infringement "theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit." Decision at *1;

> "Mr. Golden's five infringement "theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit." Decision at *1; see also *Nazomi Commc'ns, Inc. v. Nokia Corp.*, 739 F.3d 1339, 1346 (Fed. Cir. 2014) (finding no infringement when the accused products "do not infringe without modification—the modification of installing the required software."). Mr. Golden's first theory of infringement requires the ***use of the third-party app*** "ATAK-CIV" for at least two limitations of each asserted claim. App'x 300–302 ¶¶ 56 63; see also App'x 400–407. Mr. Golden's second theory of infringement requires the use of "***NFC tags***," which are external to Google products. App'x 307 ("NFC-enabled smartphones communicate with NFC tags."); see also App'x 408–415. Mr. Golden's third theory of infringement requires using "Google's camera lens with [a] microfluidic lens" that "***uses [a] microscope*** to focus on a chemical sensor." App'x 420–422 (emphasis added); see also App'x 416 423. Mr. Golden's fourth theory of infringement requires ***external sensors***

that the complaint alleges must be added on to Google's device. App'x 308; see also App'x 424–431. Mr. Golden's fifth theory of infringement requires "Google Beacon," *a separate device*. App'x 308; see also App'x 432 439. Therefore, each of Mr. Golden's direct infringement theories solely against Google fails because Mr. Golden's infringement allegations require modification of the accused products to show infringement."

Google's theory of "no direct infringement" because each communication means for connectivity [i.e., Bluetooth, internet, wi-fi, cellular, NFC, GPS, RF, software apps. —any wireless protocol for connectivity] requires modification to infringe; Google have paved the way for a massive number of infringement claims under the doctrine of joint infringement.

Both Google and Judge Rita F. Lin knew the CBRNE devices allegedly infringes Golden's patents when combined with the Google smartphones:

"Plaintiff's complaint alleges that ATAK is not made by Google, and he does not allege that ATAK comes pre-loaded on Google phones: "Through collaboration and innovation, the DTRA has integrated its powerful, hazard-awareness-and-response tools into the Android Tactical Assault Kit (ATAK). ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes (CBRN) plug-ins." *Golden v. Google* Case 3:22-cv-05246-RFL Document 41 Filed 08/10/23

"The FAC alleges five theories of direct infringement [] all of which suffer from the same defect for which the original complaint was dismissed: the theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit. ... "Mr. Golden's allegations, even if true, at best establish that [defendant's] smartphones might be modified post-sale to perform the accused detector/sensor functionality, []." *Golden v. Google* Case 3:22-cv-05246-RFL Dkt. 68 Filed 04/03/24

*ATAK application*: "finding that the defendants' products "do not infringe without modification—the modification of installing the required software". [gateway to the alleged infringing Draper CBRNE Plug-in sensors]

*NFC tags*: "Golden' second theory [] requires combining "Google's NFC sensor," which are allegedly embedded in the accused products, with external NFC tags that have been converted to detect certain chemicals in order for there to be alleged infringement."

*Camera sensors*: "The FAC also alleges that "[s]martphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing," further confirming that the sensors are

separate devices that may be "incorporated" into the smartphone. (Id.) Therefore, this theory of infringement also fails because the accused products do not infringe without modification."

Smartphone biosensors: "The diagram shows an "add on device" with the alleged biosensors (i.e., "capillary inlet," "microfluidic cassette," VIS-NIR spectrometer, and "NNAP electrodes") attached to a nondescript smartphone. (Id.) As such, this theory also requires modification to the accused smartphones to state an infringement claim."

Google Beacon: Golden's fifth theory (see Ex. G at 34–41) fails for the same reason, as it requires "Google Beacon," which the FAC's own illustrations show is a separate device from the accused smartphones." *Golden v. Google* Case 3:22-cv-05246-RFL Document 68 Filed 04/03/24

The Doctrine of Joint Infringement is an exception to the general rule that direct infringement only occurs if one actor performs all the steps of a method claim. The doctrine permits a patentee to attribute the actions of others to the alleged direct infringer so long as those other actors are working under the "direction or control" of the alleged infringer – The doctrine is designed to prevent an accused infringer from escaping liability by having someone else perform one or more of the required steps – Where parties are merely cooperating at arm's length

As the Federal Circuit noted in *Muniauction*: – "…where the actions of multiple parties combine to perform every step of a claimed method, the claim is directly infringed only if one party exercises 'control or direction' over the entire process such that every step is attributable to the controlling party, i.e., the ***mastermind***.'" *Muniauction, Inc. v. Thomson Corp.* 532 F.3d 1318, 1329 (Fed. Cir. 2008) (emphasis added)

Golden alleges Google is the "mastermind" exercising 'control or direction' over the entire process of allegedly, jointly infringing Golden's patented CMDCs and CPUs.

Under Google's theory of "no direct infringement" because each communication means for connectivity [i.e., Bluetooth, internet, wi-fi, cellular, NFC, GPS, RF, software apps. etc.], require modifying the Google device; Google is allegedly liable for infringing several of Golden's patented inventions combinations, under the doctrine of joint infringement, because other actors are working under the "direction or control" of the alleged infringer Google. Under Google's theory of "no direct infringement", Google opens the door to joint infringement claims because it is the Google android open-source operating system that enables the actors to perform one or more of the required steps of infringement. See the following charts:

## CBRNE — Multi-Sensor Detection Systems

Draper designed a chemical, biological, radiological and nuclear (CBRN) Plugin to enable users to integrate CBRN sensors into TAK, collect CBRN sensor data, display it on a map and livestream it across the TAK network to other users. CBRN plugins for ATAK, WinTAK and WebTAK are operational in the field. https://www.draper.com/explore-solutions/tak

**ATAK-CIV (CBRN)**: "The Tactical Assault Kit is DoD nomenclature for the Team Awareness Kit (TAK) application: a mission planning, geospatial, Full Motion Video (FMV), and system administrator tool that reduces the operational footprint from a tactical laptop, to a commercial mobile device. Data can be pre-loaded into ATAK or downloaded from the network when available." https://play.google.com/store/apps/details?id=com.atakmap.app.civ&hl=en_US&gl=US



**Near-Field Communication (NFC) Smartphone Sensor:** Nascent technology embedded in modern smartphones—near-field communication (NFC)—for wireless electronic, portable, non-line-of-sight selective detection of gas-phase chemicals *(Fig. 1)*

National Institutes of Health (NIH). *"Wireless gas detection with a smartphone via rf nfc communication"* Published online 2014 Dec 8. doi: 10.1073/pnas.1415403111 Retrieved from: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4280584/



*Figure 1*

Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation.

**Camera Sensor**: Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A ***megapixel*** camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the ***pixel*** resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https:// www .understanding nano.com/cell-phone-sensors-toxins.html

Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-



Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/article/10. 1007/s11468-022-01672-1

**Smartphone Biosensors**:
1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens
2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols
3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers
4. Microfluidic cassette: Interchangeable cassettes with varying assays
5. VIS-NIR spectrometer: Food freshness; Melanoma
6. NNAP Electrodes: Toxic metals and Organic pollutants in water
7. Optical Waveguide: Pathogens in water and food
8. Back and front camera: Colorimetric analysis; Image analysis
9. Microphone: Voice recording stress levels



**Google Beacon: Bluetooth; GPS; Wi-Fi**
Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems).



Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks.

In United States patent law, [joint] infringement is a form of patent infringement liability that occurs when multiple actors are involved in carrying out the claimed infringement of a system or method patent. In the case of a method patent, no single accused infringer can perform all of the steps of the method. In a 2015 decision of the United States Court of Appeals for the Federal Circuit, *Akamai Techs., Inc. v. Limelight Networks, Inc.* the court expanded the doctrine and explained the current meaning of the term.

The court said that the problem in [joint] infringement is determining, when "more than one actor is involved in practicing the steps" of a method claim of a patent, whether the acts of one actor are attributable to the other actor such that second one is to be held "responsible for the infringement." The court said that it would hold one entity responsible for another's performance of method steps in two sets of circumstances:

- "where that entity directs or controls others' performance", and
  - *Akamai V* held that direction or control does not require that a single mastermind direct all the entities' action; instead, direction and control can include establishing the time or manner of performance or conditioning participation of an activity or receipt of a benefit on performing the patented method.

**THE GOOGLE ANDROID OPEN-SOURCE OPERATING SYSTEM (OS) SENDS OPERATIONAL AND FUNCTIONAL INSTRUCTIONS TO BE CARRIED OUT BY THE CENTRAL PROCESSING UNIT (CPU) [TRIGGERING JOINT INFRINGEMENT]**

**Google Controls the Process of Integrating Software and Hardware**

According to Google's theories, tens of thousands of issued patents are considered indefinite or unenforceable because hardware is being modified with the use of Bluetooth software, radio frequency (RF) software, Wi-Fi software, wireless cellular modem software, GPS software, software for the internet-of-things, software for controlling vehicle components, software for locking and unlocking locks, software for controlling drones, etc.; the list goes on.

Google's open-source architecture allow scientist, engineers, developers, manufacturers, etc. to designed products, devices, and apparatuses to be integrated with and configured to operate and function with the host device.

The following chart illustrates how Google enables joint infringement with its open-source operating system (OS); and how Google induces infringement with the timing and control of source codes Google releases for developers and programmers to build upon.

I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent

    II. Central Processing Units for CMDC Device – Claim 5 of the '287 Patent

    III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent

    IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent

    V. Embedded CBRN Sensors for CMDC Device – Claim 16 of the '439 Patent

    VI. Interchangeable Sensors for CMDC Device – Claim 20 of the '439 Patent

    VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent

    VIII. Remote/Electrical Lock for CMDC Device – Claim 125 of the '990 Patent

    IX. Pre-Programmed Lock for CMDC Device – Claim 1 of the '287 Patent

    X. Fingerprint / Face Recognition for CMDC Device – Claim 1 of the '619 Patent

    XI. Stall, Stop, Slowdown for CMDC Device – Claim 11 of the '891 Patent

    XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent

    XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent

    XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent

## I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent



**Claim 14 of the '439 Patent** "Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween …

**Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone)**

**Claim 23 of the '439 Patent**: "A cell phone comprising: a central processing unit (CPU) for executing and carrying out the instructions; … whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems … multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

"In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, …, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, satellite phones, cell phones, … handhelds;

## II. Central Processing Units (CPUs) for CMDC Device – Claim 5 of the '287 Patent



Example: Google Tensor G2 uses the same 2+2+4 configuration that the Tensor G1 came with, but with a different set of mid-range cores. Thus, the Tensor G2 now comes with dual high-performance ARM Cortex-X1 cores, two mid-range Cortex-A78 cores, and finally, quad Cortex-A55 efficiency cores

**Central Processing Units (CPUs) for Smartphone**

**Claim 5 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to control components of a vehicle, … or send signals to detect … chemical, biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. **[See also claims 4 & 6 of the '287 patent; and, claims 1 & 11 of the '619 patent]**.

The "smartphone processor (CPU), also known as chipset, is a component that controls everything going on in your smartphone and ensures it functions correctly. You can compare it to the brain of the human body. Every action you perform on your smartphone goes straight to the processor." https://www.coolblue.nl/en/advice/smartphone-processors. html. "[T]oday's smartphones all have processors or CPUs. A smartphone CPU (central processing unit) is the brains of the entire device. Without one, no smartphone would be able to function" (smartphonedomain.com., 2021).

## III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent







### Camera CBR Sensor(s) for Smartphone

Camera Sensor for Radiological Detection: How can a cell phone detect radioactivity? Cell phones have cameras and camera sensors react to radioactivity. High energy particles strike a sensor array and register as small bright pinpoints or thin streaks of light. An app … works well enough to alert users to dangerous levels of radiation.

Camera Sensor for Biological Detection: "In the diagnostic test, a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. Coronavirus RNA present, CRISPR proteins snip the molecular probes, whole sample to emit light. Fluorescence detected with a cell phone camera." (Image: Science at Cal).

Camera Sensor for Chemical Detection: The sensor ***Rhevision*** and UC San Diego responds to different chemicals by changing color; a single chip with many tiny pores, each respond to a different chemical; a standard cell-phone camera can detect them; the phone's camera watches the chip for color changes.

**Claim 4 of the '189 Patent**: A built-in, embedded multi sensor detection system … sensor array or fixed detection device into the product that detects agents …

## IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent



Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/

### Smartwatch CBR Detector for Smartphone

**Claim 19 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: a plurality of sensors … capable of being disposed within, on, upon or adjacent a multi-sensor detection device.

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

## V. Embedded CBRN Nanosensors for CMDC Device – Claim 16 of the '439 Patent



**Embedded CBRN Sensors for Smartphone (NASA)**

**Claim 16 of the '439 Patent**: A built-in, embedded multi sensor detection system … a cell phone, a smart phone

A silicon-based sensing chip, which consists of 64 nanosensors can turn a cell phone into a *portable poison detector*. (NASA). "can turn your cellphone into a *portable "silent killer" detector* https://www. foxnews.com/tech/smartphones-take-on-silent-killers-as-portable-danger-detectors & Nuclear Radiation Nanosensors and Nanosensory Systems https://link.springer.com/book/10.1007/978-94-017-7468-0

## VI. Interchangeable Sensor Device for CMDC Device – Claim 20 of the '439 Patent



**Plurality of Interchangeable Sensor Device for Smartphone: (NASA & Subtractor George Yu)**

**Claim 20 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agents…

The system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform. A cylinder that transmits data from sensors to smartphone. The NODE+ is compatible with Google Android smart devices.

## VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent



MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone… detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases… Sensors. Retrieved from: https://phys.org/news/ 2014-12-cheap-sensor-transmit-hazardous-chemicals.html

**Near-Field Communication (NFC) CBR Tag for Smartphone (Safer than RFID tag)**

**Claim 21 of the '439 Patent**: A multi-sensor detection system … at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication

In November 2007, two Defense Department contractors, and a U.S. city's bomb squad demonstrated how an RFID tag could send a signal to … detonated a small amount of explosives in a container a simple emission of a radio signal traveling on the approved RFID 433 MHz frequency. Officials from the Defense Department and DHS observed the demonstration. https://www.nationaldefense-magazine.org/articles/2011 /2/1/2011february-military-supply-chain-tracking-system-both-inefficient-and-dangerous

## VIII. Remote/Electrical Lock Disabler for CMDC Device – Claim 125 of the '990 Patent



**Remote/Electrical Lock Disabler for Smartphone (Gov. Contractor iControl's MATTs & mLOCK)**

**Claim 125 of the '990 Patent**: A multi-sensor detection system … whereupon detection causes a signal to be sent to the at least one communication device followed by communicating with the internal or external remote/electrical lock disabler.

Marine Asset Tag Tracking System (MATTS) is a DHS initiative for "Smart Container". MATTS "gateway": a wireless electronic device that communicates with a sensor array; the communication device; and locking mechanism for locking status and GPS location. Internal /external sensors are interconnected to operate with the MATTS device and can detect gas concentrations, radiation, humidity and moisture, atmospheric pressure, etc. The mLOCK communicates bi-directionally using encrypted messages between the lock and the MATTs readers or mobile devices (i.e., smartphone)

## IX. Pre-Programmed Lock Disabler for CMDC Device – Claim 1 of the '287 Patent





"Monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock…"

**Pre-Programmed Lock Disabler for Smartphone**

Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android or iOS device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Account Login. On a Google Android or Apple Phone, multiple attempts (usually five attempts or more) with an unknown or a wrong pin will go either into a delay before further attempts are allowed …

FBI Failed Attempts to Unlock Phone: The FBI recovered an Apple iPhone 5C—owned by the San Bernardino County, California government—that had been issued to its employee Syed Rizwan Farook, one of the shooters involved in the December 2015 San Bernardino attack. The attack killed 14 people and seriously injured 22. The two attackers died four hours after the attack in a shootout with police ... Authorities were able to recover Farook's work phone, but could not unlock its four-digit passcode, and the phone was programmed to automatically delete all its data after ten failed password attempts (an anti-theft measure on smartphones).

**Claim 1 of the '287 Patent**: Monitoring equipment that is at least one … a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

## X. Fingerprint and Face Recognition for CMDC Device – Claim 1 of the '619 Patent



**Fingerprint and Face Recognition for Smartphone**

**Claim 1 of the '619 Patent**: A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition

## XI. Stall, Stop, or Vehicle Slowdown for CMDC Device – Claim 11 of the '891 Patent



Driverless car smartphones, authorizes the phone to control functions. Smartphones and driverless technology: instant braking for autonomous cars; sensors detect interference, obstacles and oncoming cars; instant breaks to avoid collisions.

**Stall, Stop, or Vehicle Slowdown for Smartphone**

**Claim 11 of the '891 Patent**: A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

Remote Vehicle Shutdown is a system of remotely shutting down the connected vehicle, using radio pulses; intended for police, military and security use. Remotely find and disable stolen vehicles; ability to prevent engine start; prevent movement of a vehicle; stop or slow an operating vehicle; gradually decelerate a vehicle by downshifting, limiting the throttle capability; and, improve security of carriers of high-risk cargo, like hazardous materials. Security features that Remote Vehicle Shutdown provides. https://www.globenewswire.com/en/news-release/2019/12/17/1961557/0/en/Remote-Vehicle-Shutdown

## XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent



**Autonomous and Driverless Vehicle Monitoring with Smartphone**

**Claim 44 of the '891 Patent**: A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means … (Dep. 55) … 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle … in operation with or without a user, driver or operator inside the vehicle.

## XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent



**Connect Vehicle with Smartphone**

**Claim 4 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to lock or unlock doors, send signals to control components of a vehicle, … or send signals to detect … chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

## XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent



The smartphone can be used as an IoT device for Personal emergency response, fitness tracking, location-based asset tracking, natural vision processing, and a Bluetooth gateway for wearable Bluetooth devices that enable many IoT monitoring apps. Also, identity verification, GPS based guidance, position/orientation awareness apps for smartphone-based implementation.

**Internet-of-Things (IoTs) with Smartphone**

**Claim 11 of the '619 Patent**: A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device

The Internet-connected smartphones, can directly capture and compile data from as many as 14 different sensors:
Accelerometer, GPS, Gyroscope, Magnetometer, Biometrics, Camera, Barometer, Proximity Sensors, Bluetooth connectivity, Barcode readers, Touchscreen sensors, Heart rate monitor, ECG, Haptic feedback sensors

The IoTs contain computing hardware, including processors with embedded programming telling them what to do, sensors that gather various sorts of readings (such as temperature, motion, chemical levels, heart rate and body movement) and communication hardware that can send and receive signals.

**JOINT INFRINGEMENT – [BLUETOOTH CONNECTION]**

The claim chart presented and reviewed by the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 is based on "reverse engineering". Reverse engineering, also called "tear down", is a method or process to discover how the DTRA ATAK software and/or its Draper CBRNE Plug-in Sensors functions with a Google smartphone product.

In Golden's patent specifications: "[p]roduct grouping 2 (sensors) include, but are not limited to, chemical, biological, [] motion sensors, [] biometric sensors, [] human…" Golden, during patent prosecution was able to get the "heart-rate sensor" allowed as the species of the sensors listed above, to include the signature sensor (i.e., unique cardiac signature) as genesis.

Therefore, one way to read the following standard claim chart is to read it from the Google smartphone; to the Google smartwatch; to the Google smartwatch chemical, biological, motion, biometric, human, or signature "heart-rate" sensor. Another way to read the standard claim chart is to identify exactly where the element can be found in the accused devices (CPU, transmitter, receiver, transceiver, GPS receiver, and antennas for Bluetooth, cellular and Wi-Fi).

Although Golden is not required to plead infringement on an element-by-element basis at the pleading stage, Golden not only plead infringement on an element-by-element basis at the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 with a reverse engineered claim chart, Golden also pled infringement on an element-by-element basis that can be read two ways with the standard claim chart in *Golden v. Google LLC*; NDC Case 3:22-cv-05246-RFL. Why would Judge Rita F. Lin not consider Golden's evidence?

The following standard claim chart was presented to Judge Lin for an element-by-element analysis of a Google smartphone and how it functions with a Google smartwatch CBRNE sensing for claim 1 of '189 patent; claim 23 of '439 patent; and claim 5 of '287 patent.



ATAK (built on the Google Android operating system) … controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) …

**Google Smartwatch CBR Detector for Smartphone**

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/

| IDENTIFYING IN THE ALLEGED INFRINGING SMARTPHONE WHERE EACH ELEMENT IS FOUND THAT LITERALLY AND/OR UNDER THE DOCTRINE OF EQUIVALENTS INFRINGES GOLDEN'S PATENTS. | |
| --- | --- |
| **Google Pixel 8 Smartphone** | **Patent No. 9,096,189 (claim 1 of the '189 patent)** |
| Golden has identified the Google smartphone(s) as "a communication device" and the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device | *A communication device* of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset for executing and carrying out instructions for the Google Pixel smartwatch | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program … or a front-end processor for communication between a host computer and other devices; |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device |

| | |
|---|---|
| Golden has identified the Google smartphone(s) as "a communication device" and the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device for wireless communication therebetween | the communication device is at least a … mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| Golden has identified the Google smartphone(s) fingerprint or facial recognition and the Google Pixel smartwatch as having voice recognition. *"Google Assistant voice commands on Google Pixel Watch"* https://support.google.com/googlepixel watch/answer/12677020?hl=en | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; |

| IDENTIFYING IN THE ALLEGED INFRINGING SMARTPHONE WHERE EACH ELEMENT IS FOUND THAT LITERALLY AND/OR UNDER THE DOCTRINE OF EQUIVALENTS INFRINGES GOLDEN'S PATENTS. ||
|---|---|
| **Google Pixel 8 Smartphone** | **Patent No. 9,589,439 (claim 23 of the '439 patent)** |
| Golden has identified the Google smartphone(s) as "a new, improved upon, and useful cell phone" and the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device | *A cell phone comprising:* |

| | |
|---|---|
| Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset for executing and carrying out instructions for the Google Pixel smartwatch | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | a transmitter for transmitting signals and messages to a cell phone detection device; |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | a receiver for receiving signals from the cell phone detection device; |
| Golden has identified the Google smartphone(s) as "a communication device" and the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device for wireless communication therebetween, and | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; |
| Golden is identifying the Google Pixel smartphone(s) as "a new, improved upon, and useful cell phone" or "communication device", interconnected to the Google Pixel smartwatch as the cell phone detection device to receive signals or send signals to activate or deactivate | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to … activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; |
| Golden is identifying the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device for CBRNE detection, that is adjacent the Google Pixel smartphone(s) as "a new, improved upon, and useful cell phone" or "communication device" | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone |
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; |

| | |
|---|---|
| The Google Pixel smartphone transceiver connects the Smartwatch (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth | wherein at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection is capable of signal communication with the transmitter or the receiver; |
| Golden has identified the Google smartphone(s) fingerprint or facial recognition and the Google Pixel smartwatch as having voice recognition. *"Google Assistant voice commands on Google Pixel Watch"* https://support.google.com/ googlepixelwatch/answer/12677020?hl=en | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; |

| IDENTIFYING IN THE ALLEGED INFRINGING SMARTPHONE WHERE EACH ELEMENT IS FOUND THAT LITERALLY AND/OR UNDER THE DOCTRINE OF EQUIVALENTS INFRINGES GOLDEN'S PATENTS. ||
|---|---|
| **Google Pixel 8 Smartphone** | **Patent No. 10,163,287 (claim 5 of the '287 patent)** |
| Golden has identified the Google smartphone(s) as "a monitoring device" and the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device | *A monitoring device, comprising:* |
| Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset for executing and carrying out instructions for the Google Pixel smartwatch | at least one central processing unit (CPU); |
| Golden has identified the Wi-Fi 7 (802.11be) with 2.4GHz+5GHz+6GHz,2x2+ 2x2 MIMO of the Google Pixel smartphone that is in communication with the Google "Tensor" CPU/Chipset]; and the Wi-Fi 802.11 b/g/n 2.4GHz that is in communication with the Google Pixel smartwatch; the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; |

| | |
|---|---|
| Golden has identified the Bluetooth® v5.3 with dual antennas for enhanced quality of the Google Pixel smartphone that is in communication with the Google "Tensor" CPU/Chipset]; and the Bluetooth® 5.0 that is in communication with the Google Pixel smartwatch; the Qualcomm SW5100 / Cortex M33 CPU/Chipset | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; |
| Golden has identified the Google Pixel smartphone as an NFC-enabled device that communicates in one or both directions uses a frequency of 13.56 MHz in the globally available unlicensed radio frequency ISM band that is in communication with the Google "Tensor" CPU/Chipset; and the NFC connectivity of the Google Pixel Smartwatch that is in communication with the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; |
| The Google Pixel smartphone is equipped with the ability to check a "human" heart rate i.e. the number of beats per minute with the smartphone camera, and the working camera flash unit that is in communication with the Google "Tensor" CPU/Chipset; and check a "human" heart rate with the multi-path optical heart rate sensor of the Google Pixel smartwatch that is in communication with the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; |
| Golden is identifying the Google Pixel smartwatch as the multi-sensor detection device or a cell phone detection device for CBRNE detection, that is in communication with the Google Pixel smartphone "Tensor" CPU/Chipset; and in communication with the Google Pixel smartwatch Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; |
| Golden is identifying the Google Pixel smartphone(s), that is in communication with the Google "Tensor" CPU/Chipset, as "a new, improved upon, and useful cell phone" or "communication device", interconnected to the Google Pixel smartwatch, that is in communication with the Qualcomm SW5100 / Cortex M33 co-processor CPU/Chipset, as the cell phone detection device capable of receiving signals or sending signals | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor … or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. |

# *LITERAL INFRINGEMENT OF GOLDEN'S CPUs & INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS OF GOLDEN'S TRANSCEIVERS*

**GOOGLE'S ALLEGED INFRINGING "TENSOR" CENTRAL PROCESSING UNITs (CPUs) CARRIES OUT THE OPERATIONAL AND FUNCTIONAL INSTRUCTIONS OF THE ALLEGED *EQUIVALENT* INFRINGING GOOGLE ANDROID OPEN-SOURCE OPERATING SYSTEM**

Golden has continuously claimed, over and over again, that the Google smartphones' Tensor CPU allegedly infringes Golden's patented new, improved upon, and useful central processing unit (CPU). Google has failed to defend; the lower court has failed to compel Google to answer the allegations; and the Circuit failed to rule in favor of Golden because Google has neither denied, defended, or challenged Golden's alleged claims of infringement.

Golden's CPU was invented specifically for Golden's patented new, improved upon, and useful cell phone (CMDC device). Google's Tensor CPUs; invented for mobile devices (i.e., Google smartphones) are recognized as the "brains" of the mobile, consumer, or cellular devices.

Both the Google Tensor CPUs and Golden's patented CPUs, are responsible for carrying out the functional and operational instructions of the computer (smartphone) programs. Golden has alleged the Google smartphone cannot operate/function without Golden's patented CPUs.



**The Google Tensor CPU and Google Android operating system (OS)**

The Google Tensor CPU and Google Android operating system (OS) are essential components of Google's mobile devices, each fulfilling unique functions that enhance user experience. Golden claims Google is allegedly infringing his patented Central Processing Unit (CPU) [hardware], and Golden claims his "transceiver" is equivalent to the Google Android Operating Systems (OS) [software].

1. *Google Tensor CPUs [hardware]*
   - Function: The Google Tensor CPU hardware is the primary processor that executes instructions and manages tasks within the device.
   - Performance: Google Tensor CPUs are designed for efficiency, balancing power consumption and processing speed to optimize battery life.
2. *Google Android Operating Systems (OS) [software]*
   - Function: The Google Android OS software manages hardware resources and provides a platform for applications to run.
   - User Interface: It offers the graphical interface that users interact with, enabling navigation and access to features.
3. *Complementary Roles*
   - Integration: The Google Tensor CPU and the Google android OS work together to ensure smooth operation of applications and system functions.
   - User Experience: A powerful Tensor CPU can enhance the performance of the Android OS, leading to faster app launches and smoother multitasking.

Understanding the distinct roles of mobile CPUs and operating systems helps in appreciating how they contribute to the overall functionality and performance of mobile devices. Below is a chart of patent claims asserted in this case, demonstrating how Golden's patented CPU [hardware] is integrated with Golden's transceiver [equivalent operating systems-software], to enable Golden's patented multi-sensor detection system [hardware and software].

| Central Processing Unit Claims 4, 5, & 6, of the '287 Patent | | Multi-Sensor Detection Claim 8 of the '189 Patent |
|---|---|---|
| 4. A communication device comprising: at least one central processing unit (CPU); at least one or more detectors in communication with the art least one CPU for detecting at least one of a chemical, biological, radiological, or explosive agents; … at least one CPU configured to send signals to monitor… or send signals to detect at least one [] chemical biological, radiological, or explosive agent | *"transceiver"* [equivalent operating systems—software] | 8. A multi-sensor detection system for detecting at least one [], chemical, biological, human, or radiological agents and compounds, comprising: a plurality of sensors for detecting at least one chemical, biological, [] or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a [] detection device; |

The next chart, claim 1 of the Golden's '619 patent demonstrates Golden's patented CPU as an element of the communication device, whereby the alleged infringement is directed to the communication devices. Claim 11 of the Golden's '619 patent demonstrates Golden's patented

121

CPU as a stand-alone device, whereby the alleged infringement is directed to the central processing unit (CPU).

| Central Processing Unit Claim 1 of the '619 Patent | ⇄ | Central Processing Unit Claim 11, of the '619 Patent |
|---|---|---|
| 1. A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of:    processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;    processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | *'smartwatch'* [standard sensors for i.e., heart rate and/or sensors for WMDs] | 11. A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of:    processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;    processing instructions to monitor or detect at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

Added to the list of alleged infringing products is Google's Pixel Smartwatch Series 1, 2, & 3, that Google has failed to defend; the lower court has failed to compel Google to answer the allegations; and the Circuit failed to rule in favor of Golden because Google has neither denied, defended, or challenged Golden's alleged claims of infringement. The Google smartwatch can stand alone [claim 23 of '439 patent and claim 8 of the '189 patent]; the smartwatch CPU can stand alone [claim 11 of the '619 patent]; and, the smartwatch that comprises the CPU can stand together [claims 4, 5, & 6, of the '287 patent and claim 1 of the '619 patent].

| | |
|---|---|
|   ATAK (built on the Google Android operating system) … controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) … | The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www. defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/  Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/ 202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface  Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/ homeland-security -smartwatch-detect-nuclear-bombs/ |

**The Doctrine of Equivalents**

      Golden has pled for four years that Google's android open-source operating system (OS) is equivalent to Golden's "transceiver" [transmitter/receiver] described in Golden's patent specifications because the Android (OS) perform the same function as Golden's "transceiver"; operates in a similar way as Golden's "transceiver"; and, achieves the same result as Golden's "transceiver".

      Certain of Google products, smartphones, smartwatches, laptops, etc., are pre-loaded with the Google android operating system (OS).



      *Golden's patent specifications for the "transceiver"*: "The system 10 ... adapted [] with cell phone towers and satellites for use with ... a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as *cpu 40, or a transceiver* and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."

"FIGS. 18 and 19 illustrate … [a] *CPU or a transceiver* 202 is programmed to receive signals from the cell phone tower 190 and/or to a GPS satellite 204 and is interconnected with …"

"FIG. 19 [] the use of a GPS satellite in conjunction with the monitoring site and monitoring equipment to relay commands and signals to the cpu or transceiver [] in response … (detection of a bomb…) has occurred or is in process. In FIG. 19 a signal [to the *cpu or transceiver*] … has traveled to the monitoring equipment 138 … which can include but is not limited to satellite cell phones, satellite monitors, cell phones, laptops, desktop PC's, notebook PC's, and LCD monitors."

"The monitoring equipment 138 then transmits a signal 222 back to the GPS satellite 204 that in turn communicates via another signal 224 with the *CPU and/or transceiver* 202 to execute any commands…"



The essential objective inquiry under the "doctrine of equivalents" is: "Does the accused product or process contain elements identical or equivalent to each claimed element of the patented invention?" *Warner-Jenkinson Co. v. Hilton Davis Chemical Co.*, 520 U.S. 17, 40, 41 USPQ2d 1865, 1875 (1997). In determining equivalence, "[a]n analysis of the role played by each element in the context of the specific patent claim will thus inform the inquiry as to whether a substitute element matches the function, way, and result of the claimed element, or whether the substitute plays a role substantially different from the claimed element." 520 U.S. at 40, 41 USPQ2d at 1875.

In *Graver Tank & Mfg. Co. v. Linde Air Prods., Inc.*, the U.S. Supreme Court held that a patentee may invoke this doctrine to proceed against the producer of a device if it performs

substantially the same function in substantially the same way to obtain the same result. This is often referred to as the *Graver Tank* "triple identity" test for equivalence.

Below are three claim limitations taken from Golden's independent claim 23 of his '439 patent asserted in this case. We now know that the Android OS is running on Google Pixel Watch 3 [Google's Watch is equivalent to Golden's "cell phone detection device"]. We also know that the Android OS has connectivity options such as Bluetooth, and Wi-Fi, and a framework for building software apps to connect such devices as the Google Pixel Watch 3 [functions the same as Golden's "cell phone detection device"] and door locks. Lastly the Android OS provides hardware support for accessing the camera, GPS, and other device features.

> "a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device;"

> "at least one of a satellite connection, Bluetooth [], WiFi [], internet connection, [] (RF) [], cellular [], broadband [], long range [] short range radio frequency (RF) connection, or GPS connection;"

> "whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, … to activate or deactivate the cell phone detection device;"



Google never disputed or challenged Golden's claim construction that the Google Android (OS) is equivalent to Golden's transceiver. Google never raised any factual disputes about the complaint allegations that certain limitations of the patent claims are satisfied when the Android (OS) is identified in the alleged infringing Google devices. "We accept as true all undisputed facts asserted in the plaintiff's complaint and draw all reasonable inferences in favor of the plaintiff." *Trusted Integration, Inc. v. United States*, 659 F.3d 1159, 1163 (Fed. Cir. 2011). "Here, the government did not raise any factual disputes about the complaint's allegations in its 12(b)(6) motion to dismiss." *Cf. Reynolds v. Army & Air Force Exch. Serv.*, 846 F.2d 746, 747 (Fed. Cir. 1988).

The first complaint filed against Google was filed in the State of South Carolina District Court on January 26, 2026. *Golden v. Google LLC* Case No. 6:21-cv-00244-JD Date Filed 01/26/21 Entry Number 1 Pages 11 – 13. Below are the sensor types supported by the Google android platform that was filed in the first case.

### SENSOR TYPES SUPPORTED BY THE *"ANDROID"* PLATFORM

| | | | |
|---|---|---|---|
| **Type Accelerometer** | Hardware | Measures the acceleration force in m/s$^2$ that is applied to a device on all three physical axes (x, y, and z), including the force of gravity. | Motion detection (shake, tilt, etc.). |
| **Type Ambient Temperature** | Hardware | Measures the ambient room temperature in degrees Celsius (°C). See note below. | Monitoring air temperatures. |
| **Type Gravity** | Software or Hardware | Measures the force of gravity in m/s$^2$ that is applied to a device on all three physical axes (x, y, z). | Motion detection (shake, tilt, etc.). |
| **Type Gyroscope** | Hardware | Measures a device's rate of rotation in rad/s around each of the three physical axes (x, y, and z). | Rotation detection (spin, turn, etc.). |
| **Type Light** | Hardware | Measures the ambient light level (illumination) in lx. | Controlling screen brightness. |
| **Type Linear Acceleration** | Software or Hardware | Measures the acceleration force in m/s$^2$ that is applied to a device on all three physical axes (x, y, and z), excluding the force of gravity. | Monitoring acceleration along a single axis. |

| Type Magnetic Field | Hardware | Measures the ambient geomagnetic field for all three physical axes (x, y, z) in µT. | Creating a compass. |
|---|---|---|---|
| Type Orientation | Software | Measures degrees of rotation that a device makes around all three physical axes (x, y, z). As of API level 3 you can obtain the inclination matrix and rotation matrix for a device by using the gravity sensor and the geomagnetic field sensor in conjunction with the get Rotation Matric () method. | Determining device position. |
| Type Pressure | Hardware | Measures the ambient air pressure in hPa or mbar. | Monitoring air pressure changes. |
| Type Proximity | Hardware | Measures the proximity of an object in cm relative to the view screen of a device. This sensor is typically used to determine whether a handset is being held up to a person's ear. | Phone position during a call. |
| Type Relative Humidity | Hardware | Measures the relative ambient humidity in percent (%). | Monitoring dewpoint, absolute, and relative humidity. |
| Type Rotation Vector | Software or Hardware | Measures the orientation of a device by providing the three elements of the device's rotation vector. | Motion detection and rotation detection. |
| Type Temperature | Hardware | Measures the temperature of the device in degrees Celsius (°C). This sensor implementation varies across devices and this sensor was replaced with the Type— Ambient Temperature sensor in API Level 14 | Monitoring temperatures. |

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM:** Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR (CBRN) DETECTION:** Through collaboration and innovation, the Defense Threat Reduction Agency has integrated its powerful, hazard-awareness-and-response tools into the *Android Tactical Assault Kit (or the Android Team Awareness Kit, ATAK)*. ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

❖ **HEART RATE**: *Android Team Awareness Kit, ATAK* provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

❖ **NEAR FIELD COMMUNICATION (NFC)**: Pixel™, Phone by Google - Turn NFC on/off. Near Field Communication (NFC) allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps (e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity.

❖ **WARFIGHTERS:** The U.S. armed forces and their interagency and coalition partners value *Android Team Awareness Kit, ATAK* and the common operating picture it provides. DTRA continues to develop CBRN-specific plug-in capabilities to support warfighters on the battlefield.

# *GOLDEN ALLEGES GOOGLE PRODUCTS INFRINGES AT LEAST FOUR OF GOLDEN'S PATENTED INVENTIONS*

1. Google Pixel Smartphones
2. Google Tensor CPUs
3. Google Megapixel Cameras
4. Google Pixel Watches

## GOOGLE SMARTPHONES INTEGRATED WITH GOOGLE NEST PRODUCTS

| Google Pixel 6, 7, 8, 9, & 10 Smartphone | Patent #: 10,163,287; Independent Claim 5 |
|---|---|
|  | A monitoring device, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); |
| **Google Nest Thermostat – Device for Regulating Temperature**  | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; |
| **Google Nest Security Cameras**  | at least one motion sensor in communication with the at least one CPU; |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; |

| | |
|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; |
| **Google Nest × Yale Lock**  | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**  | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**  | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; |

| | |
|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS, (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… |
| **Google Nest × Yale Lock**<br> | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. |

**GOOGLE SMARTPHONE TENSOR CPUs**

| Google Tensor CPUs<br>Generations 1, 2, 3, 4 & 5<br>(2021 − 2025) | Patent #:<br>10,984,619; Ind.<br>Claim 11 |
|---|---|
| <br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device<br><br>Est. Google Pixel phone sales that include the Google Tensor:<br>2021: 7M units; 2022: 8M units;<br>2023: 10M units; 2024: 12M units;<br>2025: 15M units<br><br>The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to function as a communication device. | A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | processing instructions to lock, unlock, or disable the lock of the communication device; |
| Two-way communication key fobs for Google Android devices enable users to interact with their smartphones or other connected devices remotely. These key fobs typically utilize Bluetooth technology for seamless communication. Examples: Smart car keys that allow for keyless entry and engine start. Smart home key fobs that control lighting, security systems, and appliances. Remote Control Functions: Users can lock/unlock doors, start vehicles, or control smart home devices. | processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob; |

| | |
|---|---|
| Android digital car key lets you unlock and start your vehicle with your phone, similar to Apple's CarKey. The feature relies on NFC or UWB tech in newer smartphones, supporting quick entry and remote controls. It's compatible with select Android phones and numerous vehicles from various automakers. Google introduced the feature in 2021 alongside Android 12. | processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system; |
| Google's Android devices utilized unmanned aerial vehicles (UAVs) apps. for navigation, control, data processing. Android's open-source nature allows for customization and flexibility in developing UAV applications. Android devices can integrate with various sensors (GPS, cameras, etc.) to enhance UAV functionality. Devices like the Google Pixel series are used for their processing power and display quality. Rugged Devices: Specialized rugged Android tablets are available for harsh environments, ensuring durability during operations. | processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle; |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. | processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition; |
| Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field ($f = 13.56$ MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets | processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC); |

| | |
|---|---|
| Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., **heart rate**) or a device mounted on a drone to detect chemical warfare agents. | processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; |
| Google android mobile apps, developed specifically to provide guidance to emergency response personnel during hazardous materials (HAZMAT) /chemical, biological, radiological, nuclear, and explosive (CBRNE) events. These apps are able to integrate with many features on Android mobile devices, enabling them to capitalize on the functionality of GPS technology, e-mail, built-in cameras, and notification systems. https://www.dhs.gov/sites/default/files/ publications/HazMat-CBRNE-Apps-HLT_0813-508.pdf | processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |
| Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). | processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission; |

| | |
|---|---|
| Google offers several Android-based solutions for Internet of Things (IoT) applications, primarily through its Android Things platform; designed for building IoT devices. Integrates with Android Things for device management and data processing. Offers tools for data analytics, machine learning, and real-time processing. Facilitates connectivity and management of IoT devices through Google Cloud services. Supports a wide range of devices, from small sensors to complex systems. Use Cases: Smart home devices, industrial automation, and health monitoring systems. | processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and, |
| Google Android devices' CPUs (Central Processing Units) manage tasks and processes efficiently. The CPU is the primary component that executes instructions from applications and the operating system. Developers can optimize applications to utilize CPU resources effectively, enhancing performance and user experience. The CPU processes data and executes commands by performing arithmetic, logic, control, and input/output operations. The Android operating system manages CPU resources through scheduling and prioritization of tasks. | whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory. |

## GOOGLE SMARTPHONE "MEGAPIXEL" CAMERA

| Google "megapixel" Camera | Patent #: 9,589,439; Independent Claim 19 |
|---|---|
|  | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: |
| The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html<br><br>Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of<br><br>Mobile apps can combine sensor feeds from many handsets to create vast "synthetic apertures" to detect earthquakes (from accelerometer data), explosions (from microphones) and even ***gamma radiation*** (from activation of cell ***cameras***). Sensor activity from ***cameras***, microphones, accelerometers in mobile devices, laptops, computers and IOT devices (home security/automation, municipal, industrial) can detect, localize and sometimes identify CBRN events, including those producing ***ionizing radiation***. *Retrieved from*: Homeland Security Science and Technology Advisory Committee, with contributions from the Department of Homeland Security, Under Secretary for Science and Technology, Robert Griffin | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; |

| | |
|---|---|
| The Google Pixel Smartphone Series [Google Pixel 6, 7, 8, 9, & 10] | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; |
| The internet connection is shared by many smartphone functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; |

| | |
|---|---|
| Sit(x) is a commercial Server-as-a-Service solution based developed by PAR Government for the U.S. Defense & Intelligence Community. Sit(x) has real-time communication and information sharing. With Sit(x), individuals and teams can communicate via personal computers and handheld mobile [Google Pixel 6, 7, 8, 9, & 10 smartphones] devices by voice or text. They can share real-time full-motion video (FMV), airborne/drone imagery, GPS locations, photos, and satellite imagery. | whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; |
| Golden's patent specifications: Product grouping (PG) 1 (storage & transportation); PG 2 (sensors); PG 3 (detector case; modified and adapted); PG 4 (monitoring & communication devices); PG 5 (communication methods); PG 6 (biometrics); and, PG 7 (authorized person) | wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; |
| The Android-based [Google] smartphones now contained integrated satellite …<br><br>Wi-Fi is a method for Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, email messaging; installing apps…<br><br>Google Pixel 6, 7, 8, 9, & 10 smartphones connect to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data… | wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; |

| | |
|---|---|
| BIOMETRICS: Biometric factors allow secure authentication on the Google Android platform. The Google Android framework includes face and fingerprint biometric authentication.<br><br>Google's communication devices are products grouped together by common features and design similarities of at least a smartphone, smartwatch, laptop, tablet, or desktop PC. | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; |
| The Android-based [Google] smartphones now contained integrated satellite …<br><br>Wi-Fi is a method for Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, email messaging; installing apps…<br><br>Google Pixel 6, 7, 8, 9, & 10 smartphones connect to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data… | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). |

## GOOGLE PIXEL SMARTWATCH

| Google Pixel Watch Series 2, 3, 4, & 5 | Patent #: 9,589,439; Independent Claim 19 |
|---|---|
|  | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: |
| The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/ militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/<br><br>Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/ 202101/studies- reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface<br><br>ATAK (built on the Google Android operating system) … controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) … | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; |
| The Google Pixel Smartphone Series 6, 7, 8, 9, & 10 | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; |

| | |
|---|---|
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; |
| The internet connection is shared by many smartphone functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; |
| Sit(x) is a commercial Server-as-a-Service solution based developed by PAR Government for the U.S. Defense & Intelligence Community. Sit(x) has real-time communication and information sharing. With Sit(x), individuals and teams can communicate via personal computers and handheld mobile [Google Pixel 6, 7, 8, 9, & 10 smartphones] devices by voice or text. They can share real-time full-motion video (FMV), airborne/drone imagery, GPS locations, photos, and satellite imagery. | whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; |

142

| | |
|---|---|
| Golden's patent specifications: Product grouping (PG) 1 (storage & transportation); PG 2 (sensors); PG 3 (detector case; modified and adapted); PG 4 (monitoring & communication devices); PG 5 (communication methods); PG 6 (biometrics); and, PG 7 (authorized person) | wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; |
| The Android-based [Google] smartphones now contained integrated satellite …<br><br>Wi-Fi is a method for Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, email messaging; installing apps…<br><br>Google Pixel 6, 7, 8, 9, & 10 smartphones connect to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data… | wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; |
| BIOMETRICS: Biometric factors allow secure authentication on the Google Android platform. The Google Android framework includes face and fingerprint biometric authentication.<br><br>Google's communication devices are products grouped together by common features and design similarities of at least a smartphone, smartwatch, laptop, tablet, or desktop PC. | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; |

143

| | |
|---|---|
| The Android-based [Google] smartphones now contained integrated satellite ...<br><br>Wi-Fi is a method for Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves...<br><br>The internet connection is shared by many functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, email messaging; installing apps...<br><br>Google Pixel 6, 7, 8, 9, & 10 smartphones connect to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data... | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). |

# *GOLDEN ALLEGES GOOGLE PRODUCTS COMPRISES AT LEAST SIX ELEMENTS OF GOLDEN'S PATENTED CMDC DEVICE*

Products (i.e., smartphones) made or worked into a form that is "suitable for use" include the "safety features" not directly requested in the DHS S&T Directorate's BAA07-10 Cell-All Ubiquitous Biological and Chemical Sensing initiative; but, are claimed in the patent owner's [Golden] communication, monitoring, detecting, and controlling (CMDC) devices (i.e., smartphones) that when "manufactured" under Section 1498 encompasses the safety features that makes the smartphones "suitable for use".

The "safety features" of the DHS S&T Cell-All CBRNE Sensing device, that are covered in the patent owner's [Golden] communication, monitoring, detecting, and controlling (CMDC) devices (i.e., smartphones), include the following:

- Disabling locking mechanism: disables the CMDC devices (i.e., smartphones) after multiple failed attempts to open the devices.

- Biometric authentication: the use of at least fingerprint or facial identification to open the CMDC devices (i.e., smartphones).

- Radio-frequency near-field communication (NFC): used in lieu of using RFID for scanning because the standard frequency of RFID can be used by the CMDC device (i.e., smartphone) user to detonate bombs.

- GPS location & tracking: used to locate and track a potential terrorist threat. Ex. Locating and tracking a vehicle suspected of carrying a bomb for delivery into a crowd of innocent pedestrians. Also includes the "find my phone" feature of the CMDC device (i.e., smartphone)—find my CBRNE sensing device.

- Remotely Lock and unlock doors: the CMDC devices (i.e., smartphones) is used to prevent entry; and, to prevent exit. Ex. Locking a suspected terrorist or some other unauthorized user of a vehicle inside the vehicle.

- Stall, stop, or vehicle slow-down system: the CMDC devices (i.e., smartphones) can be used to stall, stop, or slow-down a vehicle being used by a suspected terrorist or some other unauthorized user.

The patent owner's [Golden] "safety features" of his patented CMDC device listed above, have been, and is today; integrated with, interconnected to, or incorporated into the smartphones by some means or form.

## Disabling Locking Mechanism – Claim 1 of the '287 Patent





"Monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock…"

### Pre-Programmed Lock Disabler for Smartphone

Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android or iOS device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Account Login. On an Google Android or Apple Phone, multiple attempts (usually five attempts or more) with an unknown or a wrong pin will go either into a delay before further attempts are allowed …

FBI Failed Attempts to Unlock Phone: The FBI recovered an Apple iPhone 5C—owned by the San Bernardino County, California government—that had been issued to its employee Syed Rizwan Farook, one of the shooters involved in the December 2015 San Bernardino attack. The attack killed 14 people and seriously injured 22. The two attackers died four hours after the attack in a shootout with police ... Authorities were able to recover Farook's work phone, but could not unlock its four-digit passcode, and the phone was programmed to automatically delete all its data after ten failed password attempts (an anti-theft measure on smartphones).

**Claim 1 of the '287 Patent**: Monitoring equipment that is at least one … a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

## Biometric Authentication – Claim 1 of the '619 Patent



### Fingerprint and Face Recognition for Smartphone

**Claim 1 of the '619 Patent**: A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition

## Radio-Frequency Near-Field Communication (NFC)– Claim 21 of the '439 Patent



MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone… detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases… Sensors. Retrieved from: https://phys.org/news/ 2014-12-cheap-sensor-transmit-hazardous-chemicals.html

**Near-Field Communication (NFC) CBR Tag for Smartphone (Safer than RFID tag)**

**Claim 21 of the '439 Patent**: A multi-sensor detection system … at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication

In November 2007, two Defense Department contractors, and a U.S. city's bomb squad demonstrated how an RFID tag could send a signal to … detonated a small amount of explosives in a container a simple emission of a radio signal traveling on the approved RFID 433 MHz frequency. Officials from the Defense Department and DHS observed the demonstration. https://www.nationaldefense-magazine.org/articles/2011 /2/1/2011february-military-supply-chain-tracking-system-both-inefficient-and-dangerous

**Near-Field Communication (NFC) Smartphone Sensor:** Nascent technology embedded in modern smartphones—near-field communication (NFC)—for wireless electronic, portable, non-line-of-sight selective detection of gas-phase chemicals *(Fig. 1)*

National Institutes of Health (NIH). *"Wireless gas detection with a smartphone via rf nfc communication"* Published online 2014 Dec 8. doi: 10.1073/pnas. 1415403111 Retrieved from: https://www.ncbi.nlm.nih.gov/pmc/ articles/PMC4280584/



*Figure 1*

Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation.

## GPS Location and Tracking – Claim 23 of the '439 Patent



Google has long had a "Find My Device" service for phones, tablets, and smartwatches. It allows you to see their location on a map and remotely make the ring, lock the screen, or factory reset. This typically relies on the device being powered on and connected to the internet.

**Connect Vehicle with Smartphone**

**Claim 23 of the '439 Patent**: whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

**Google Beacon: Bluetooth; GPS; Wi-Fi**
Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems).



Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks.

**Remotely Lock and Unlock Doors – Claim 4 of the '287 Patent**



**Connect Vehicle with Smartphone**

**Claim 4 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to lock or unlock doors, send signals to control components of a vehicle, … or send signals to detect … chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

**XI. Stall, Stop, or Vehicle Slowdown System – Claim 11 of the '891 Patent**



Driverless car smartphones, authorizes the phone to control functions. Smartphones and driverless technology: instant braking for autonomous cars; sensors detect interference, obstacles and oncoming cars; instant breaks to avoid collisions.

**Stall, Stop, or Vehicle Slowdown for Smartphone**

**Claim 11 of the '891 Patent**: A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

Remote Vehicle Shutdown is a system of remotely shutting down the connected vehicle, using radio pulses; intended for police, military and security use. Remotely find and disable stolen vehicles; ability to prevent engine start; prevent movement of a vehicle; stop or slow an operating vehicle; gradually decelerate a vehicle by downshifting, limiting the throttle capability; and, improve security of carriers of high-risk cargo, like hazardous materials. Security features that Remote Vehicle Shutdown provides. https://www.globenewswire.com/en/news-release/2019/12/17/1961557/0/en/Remote-Vehicle-Shutdown

In *FastShip, LLC v. United States*, the Federal Circuit interpreted the term "manufactured" in Section 1498: "the plain meaning of "manufactured" encompasses products made or worked into a form that is "suitable for use" … "the product must be suitable for use aligns with the Federal Circuit's prior interpretation of "use" in 28 U.S.C. § 1498(a) requiring each claim limitation to be present in the thing invented."

# *INDIRECT INFRINGEMENT*

## *INDUCED & CONTRIBUTORY*

## INDUCED INFRINGEMENT

In 2014 the U.S. Supreme Court reversed the Federal Circuit in holding that a defendant will not be liable for induced infringement under 35 U.S.C. § 271(a) where no one has directly infringed the patent. In order to show that a party is liable for induced infringement, a plaintiff must show first that the patent was directly infringed and then that the accused party aided or abetted in the infringement.

Today a company needs to consider only the steps it performs and no longer can it be found to infringe under induced infringement by performing some steps while its customers or suppliers performed other steps. The Supreme Court rejected inducement-only liability as the basis for liability in patent law.

## The Google Pixel Smartphone Allegedly
## Directly Infringes Claim 5 of Golden's '287 Patent

| Google Pixel 10 Smartphone | Patent #: 10,163,287; Independent Claim 5 |
|---|---|
|  | A monitoring device, comprising: |
| CPU: Octa-core, 1x 3.1GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz Cortex- A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 | at least one central processing unit (CPU); |
| **Google Nest Thermostat – Device for Regulating Temperature**  | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; |
| **Google Nest Security Cameras**  | at least one motion sensor in communication with the at least one CPU; |

| | |
|---|---|
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 94.7 cm$^2$ (~86.1% screen-to-body ratio) | at least one viewing screen for monitoring in communication with the at least one CPU; |
| Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | at least one global positioning system (GPS) connection in communication with the at least one CPU; |
| Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; |
| Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; |
| **Google Nest × Yale Lock**<br> | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; |

| | |
|---|---|
| USB Type-C 3.2. is the type of USB used with the Google Pixel 10 Used for charging the battery of the Google Pixel 10 | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**<br> | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; |
| **Google Nest Protect Smoke and CO Alarm (Chemical Detector)**<br> | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; |

| | |
|---|---|
| Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… |
| **Google Nest × Yale Lock**<br> | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. |

## The Google Smartphone "Tensor" CPU/Chipset Allegedly Directly Infringes Claim 4 of Golden's '287 Patent

| Google Tensor CPUs Generations 1, 2, 3, 4 & 5 (2021 – 2025) | Patent #: 10,163,287; Independent Claim 4 | Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold |
|---|---|---|
|  | A communication device, comprising: | Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one central processing unit (CPU); | Est. Google Pixel phone sales that include the Google Tensor:<br><br>2021: 7M units; 2022: 8M units; 2023: 10M units; 2024: 12M units; 2025: 15M units<br><br>The number of Google phones issued with a CPU, an operating system, and an open-source code that enables the phones to be modified to function as a communication device. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one motion sensor in communication with the at least one CPU; | Mobile Phone-Connected Wearable Motion Sensors to Assess Postoperative Mobilization. Wearable motion sensors measure movements over time … May be used to interpret the duration, intensity, frequency, and variations of the patient's physical activity https://pmc.ncbi.nlm.nih.gov/ articles/PMC4705357/<br><br>Megapixel resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. Tiny sensors tucked into cell phones could map airborne toxins in real time. Source: https://www. understanding nano.com/cell-phone-sensors-toxins.html |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one viewing screen for monitoring in communication with the at least one CPU; | Android Mobile Dicom (Diconde) Viewer application. Mobile DICOM viewer apps and cloud platforms let you open CT, MRI, ultrasound, and other medical images securely on your smartphone or tablet at anytime, anywhere. From quick case reviews to patient consultations, mobility is transforming how imaging fits into everyday healthcare. https://play.google.com/store/apps/details?id=dicom.feng.gao&hl=en-US&pli=1 |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one global positioning system (GPS) connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. Filtering WiFi/Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). **5th Theory** |

| | | |
|---|---|---|
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks. **5th Theory** |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable.<br><br>To use wireless charging … acquire a wireless charging pad. Most wireless charging devices support the Qi standard: ensure the pad you buy is compatible with your Android phone. https://www.androidauthority.com/enable-wireless-charging-android-3328947/ |

| | | |
|---|---|---|
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>Biometric Authentication is a way for users to authenticate using face or fingerprint recognition. It's very important especially for financial and healthcare apps that require authentication every time the user opens the app. |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | Smartphones provide hardware and software capability which can be incorporated with [CBR] sensors, enabling accurate on-site portable sensing. The camera, screen, and LED flashlight of the smartphone can be employed as components of the sensor. https://link. springer.com/ article/10. 1007/s11468-022-01672-1 |
| <br><br>Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation. NFC Reader is a simple and efficient tool letting you to read contact-less tags on your smartphones and tablets. |

| | | |
|---|---|---|
|  Google's Tensor CPUs are recognized as the "brains" of the mobile device. The CPU carries out the operational and functional instructions of the device | … a transmitter or a transceiver in communication with … one CPU configured to send signals to monitor … a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect … chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., ***heart rate***) or a device mounted on a drone to detect chemical warfare agents. ***1ˢᵗ Theory*** |

## The Google Smartphone "Megapixel" Camera Allegedly Directly Infringes Claim 19 of Golden's '439 Patent

| Google "megapixel" Camera | Patent #: 9,589,439; Independent Claim 19 |
|---|---|
|  | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: |
| Google's smartphone camera QR code readers can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) QR tags for active or passive detecting and/or sensing to enhance data sharing and operational efficiency. One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors. Scanning a QR code can simplify the process of retrieving sensor data. QR codes can be printed on CBRNE equipment, allowing for quick access []. The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of Mobile apps can [] detect earthquakes (from accelerometer data), explosions (from microphones) and even ***gamma radiation*** (from activation of cell ***cameras***). Sensor activity from ***cameras***, microphones, accelerometers in mobile devices, laptops, computers and IOT devices can detect, localize and [] identify CBRN events, including those producing ***ionizing radiation***. *Retrieved from*: Homeland Security Science and Technology Advisory Committee. | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; |

| | |
|---|---|
| The Google Pixel Smartphone Series<br><br>[Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold] | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Smartphones [Google Pixel 6, 7, 8, 9, & 10] connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Satellite communication on smartphones. The iPhone 14 is the first smartphones widely available in the market that support satellite connectivity. Android 15 extends platform support for satellite connectivity. The platform now has UI elements that are needed to "ensure a consistent user experience across the satellite connectivity landscape." | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; |
| The internet connection is shared by many smartphone functions on the Google Pixel 6, 7, 8, 9, & 10 smartphones such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 6, 7, 8, 9, & 10 smartphones to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; |

164

**This Chart Combines the Alleged Direct Infringing Google Pixel Smartphones; Google Tensor CPU/Chipsets; and Google "megapixel" Cameras**

| Patent No. 9,589,439 (Patent Claim 23 of Golden's '439 patent) | Google "megapixel Camera; embedded in the Google Pixel Smartphone, and interconnected for communication, therebetween |
|---|---|
| *A cell phone comprising*<br><br>[Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold] | [Golden has identified the Google smartphone(s) as "a new, useful, and improved upon cell phone" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device] |
| a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | [Golden has identified the Google "Tensor" as the CPU/Chipset for executing and carrying out instructions for the Google Pixel smartphone; the Google "Tensor" CPU/Chipset for executing and carrying out instructions for the Google "megapixel" Camera] |
| a transmitter for transmitting signals and messages to a cell phone detection device; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| a receiver for receiving signals from the cell phone detection device; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; | [Golden has identified the Google smartphone(s) as "a new, useful, and improved upon cell phone" and the Google "megapixel" Camera as the multi-sensor detection device or a cell phone detection device for wireless communication therebetween], |

| | |
|---|---|
| at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone | [Google's smartphone camera QR code readers can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) QR tags for active or passive detecting and/or sensing to enhance data sharing and operational efficiency. One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors, providing immediate access to critical information. Scanning a QR code can simplify the process of retrieving sensor data, making it accessible to personnel without specialized training. QR codes can be printed on CBRNE equipment, allowing quick access to emergency protocols.] |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| wherein at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection is capable of signal communication with the transmitter or the receiver; | [The Google Pixel smartphone transceiver connects the Google "megapixel" Camera (i.e., multi-sensor detection device, or cell phone detection device) to the Google Pixel smartphone via Bluetooth] |
| wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; | [Golden has identified the Google smartphone(s) fingerprint recognition and the Google "megapixel" Camera as having facial recognition. |

166

## GOOGLE ACTIVELY INDUCED INFRINGEMENT WITH ITS ANDROID OPEN-SOURCE OPERATING SYSTEM PLATFORM

Under 35 U.S.C. § 271(b), "Whoever actively induces infringement of a patent shall be liable as an infringer." To succeed on a claim of induced infringement, a patent owner must show that the accused infringer (1) actively encouraged infringement, (2) knew that the acts they induced constituted patent infringement, and (3) actuated direct patent infringement by those encouraging acts. In many courts, the knowledge requirement can be satisfied by service of a complaint for patent infringement itself.

"The term 'induce' means '[t]o lead on; to influence; to prevail on; to move by persuasion or influence.' *Webster's New International Dictionary* 1269 (2d ed. 1945). The addition of the adverb 'actively' suggests that the inducement must involve the taking of affirmative steps to bring about the desired result". see, *Global-Tech* (U.S. 05/31/2011)

"To prove inducement of infringement, unlike direct infringement, the patentee must show that the accused inducer took an affirmative act to encourage infringement with the knowledge that the induced acts constitute patent infringement." *Microsoft* (Fed. Cir. 04/04/14) "Liability for inducement … attaches as of the time of the inducing activity, provided that direct infringement eventually occurs." *Suprema II* (Fed. Cir. 08/10/15) (en banc, 6-4); *Roche* (Fed. Cir. 04/08/22) (to support inducement liability, affirmative act of inducement must occur during 6-year damages period.

### Google Actively Induced Infringement

Google Android is an operating system and software stack created for an array of devices with different form factors, including phones, tablets, wearables, TVs, automobiles, and connected devices. The primary purposes of Android are to create an open platform available for carriers, OEMs, and developers to make their ideas a reality and to provide a successful, real-world product that improves the mobile experience for users. https://opensource.google/projects/android

### Google Android Source-Code Licenses

This is the process for releasing any Google owned source code outside of Google. This includes exposing new open-source projects/repositories to the world (usually via GitHub),

sharing with partners (except when covered by another legal agreement made by your go/pcounsel), and any other method where source code is made available.

The release process applies to all types of projects: official projects, side projects, intern projects, 20% projects, and any other new Google open-source releases that aren't part of and following the release process of an already-established Google open-source project (like Chromium or Android).

The *Restricted* licenses are the primary reason for the creation of this project. Licenses in this category require mandatory source distribution (including Google source code) if Google ships a product that includes third-party code protected by such a license. Also, any use of source code under licenses of this type in a Google product will "taint" Google source code with the *Restricted* license. Third-party software made available under one of these licenses must not be part of Google products that are delivered to outside customers. Such prohibited distribution methods include 'client' (downloadable Google client software) and 'embedded' (such as software used inside the Google Search Appliance).

The *Reciprocal* licenses apply the same permissions and limitations set by the *Restricted* category of licenses, but with one important exception. The obligation to make source code available to recipients of software that depends on a Reciprocally-licensed library only extends to the contents of the library itself, together with any additions to or modifications of that individual library. Unlike GPL and other *Restricted* licenses, the other components of the software depending on the *Reciprocal* library do not need to have their source released under the corresponding *Reciprocal* license.

The *Notice* licenses contain few restrictions, allowing original or modified third-party software to be shipped in any Google product without endangering or encumbering Google source code. All of the licenses in this category do, however, have an "original Copyright notice" or "advertising clause", wherein any external distributions must include the notice or clause specified in the license.

The *Unencumbered* licenses include those often referred to as "Public Domain" or "free for any use." These licenses have even fewer restrictions than licenses in the *Notice* category, but this license type should be assigned to a third-party build rule with caution, because:

- It is non-trivial to place software in the public domain. While an explicit disclaimer of copyright protection is required, that is not necessarily sufficient.

- While works of the U.S. Government are placed in the public domain, works created by contractors under government contracts may not be.

Third-party software whose copyright notice explicitly states that the work has been placed in the "public domain" by the author or is "free for any use" will be assigned the *Unencumbered* license type.

**Google Software Grant and Corporate Contributor License Agreement**

In order to clarify the intellectual property license granted with Contributions from any person or entity, Google LLC ("Google") must have a Contributor License Agreement (CLA) on file that has been signed by each Contributor, indicating agreement to the license terms below. This license is for your protection as a Contributor as well as the protection of Google and its users; it does not change your rights to use your own Contributions for any other purpose. This version of the Agreement allows an entity (the "Corporation") to submit Contributions to Google, to authorize Contributions submitted by its designated employees to Google, and to grant copyright and patent licenses thereto.

*"Contribution"*. Shall mean the code, documentation or any original work of authorship, including any modifications or additions to an existing work, that is intentionally submitted by You to Google for inclusion in, or documentation of, any of the products owned or managed by Google (the "Work"). For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to Google or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, Google for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by You as "Not a Contribution."

*Grant of Patent License.* Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by You that are necessarily infringed by Your Contribution(s) alone or by

combination of Your Contribution(s) with the Work to which such Contribution(s) was submitted. If any entity institutes patent litigation against You or any other entity (including a cross-claim or counterclaim in a lawsuit) alleging that your Contribution, or the Work to which you have contributed, constitutes direct or contributory patent infringement, then any patent licenses granted to that entity under this Agreement for that Contribution or Work shall terminate as of the date such litigation is filed.

**Google Individual Contributor License Agreement**

In order to clarify the intellectual property license granted with Contributions from any person or entity, Google LLC ("Google") must have a Contributor License Agreement ("CLA") on file that has been signed by each Contributor, indicating agreement to the license terms below. This license is for your protection as a Contributor as well as the protection of Google; it does not change your rights to use your own Contributions for any other purpose. You accept and agree to the following terms and conditions for Your present and future Contributions submitted to Google. Except for the license granted herein to Google and recipients of software distributed by Google, you reserve all right, title, and interest in and to "Your Contributions".

*"Contribution"*. Shall mean any original work of authorship, including any modifications or additions to an existing work, that is intentionally submitted by You to Google for inclusion in, or documentation of, any of the products owned or managed by Google (the "Work"). For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to Google or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, Google for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by You as "Not a Contribution."

*Grant of Patent License.* Subject to the terms and conditions of this Agreement, You hereby grant to Google and to recipients of software distributed by Google a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by You that are necessarily infringed by Your Contribution(s) alone or by

170

combination of Your Contribution(s) with the Work to which such Contribution(s) was submitted. If any entity institutes patent litigation against You or any other entity (including a cross-claim or counterclaim in a lawsuit) alleging that your Contribution, or the Work to which you have contributed, constitutes direct or contributory patent infringement, then any patent licenses granted to that entity under this Agreement for that Contribution or Work shall terminate as of the date such litigation is filed.

**Google APIs Terms of Service**

Under the Terms, "Google" means Google LLC, with offices at 1600 Amphitheatre Parkway, Mountain View, California 94043, United States, unless set forth otherwise in additional terms applicable for a given API. We may refer to "Google" as "we", "our", or "us" in the Terms. By accessing or using our APIs, you are agreeing to the terms below.:

- Google sets and enforces limits on your use of the APIs (e.g. limiting the number of API requests that you may make or the number of users you may serve), in our sole discretion. You agree to, and will not attempt to circumvent, such limitations documented with each API. If you would like to use any API beyond these limits, you must obtain Google's express consent (and Google may decline such request or condition acceptance on your agreement to additional terms and/or charges for that use). To seek such approval, contact the relevant Google API team for information (e.g. by using the Google developers console).

- Some of the software required by or included in our APIs may be offered under an open-source license. Open-source software licenses constitute separate written agreements. For certain APIs, open-source software is listed in the documentation. To the limited extent the open-source software license expressly supersedes the Terms, the open-source license instead sets forth your agreement with Google for the applicable open-source software.

- The APIs are designed to help you enhance your websites and applications ("API Client(s)"). YOU AGREE THAT GOOGLE MAY MONITOR USE OF THE APIS TO ENSURE QUALITY, IMPROVE GOOGLE PRODUCTS AND SERVICES, AND VERIFY YOUR COMPLIANCE WITH THE TERMS. This monitoring may include Google accessing and using your API Client, for example to identify security issues that could affect Google or its users. You will not interfere with this monitoring. Google may use any technical means to overcome such interference. Google may suspend access to

171

the APIs by you or your API Client without notice if we reasonably believe that you are in violation of the Terms.

- Some of our APIs allow the submission of content. Google does not acquire any ownership of any intellectual property rights in the content that you submit to our APIs through your API Client, except as expressly provided in the Terms. For the sole purpose of enabling Google to provide, secure, and improve the APIs (and the related service(s)) and only in accordance with the applicable Google privacy policies, you give Google a perpetual, irrevocable, worldwide, sublicensable, royalty-free, and non-exclusive license to Use content submitted, posted, or displayed to or from the APIs through your API Client. "Use" means use, host, store, modify, communicate, and publish.

- Upon any termination of the Terms or discontinuation of your access to an API, you will immediately stop using the API, cease all use of the Google Brand Features, and delete any cached or stored content that was permitted by the cache header under Section 5. Google may independently communicate with any account owner whose account(s) are associated with your API Client and developer credentials to provide notice of the termination of your right to use an API.

## SENSOR TYPES SUPPORTED BY THE *"ANDROID"* PLATFORM THAT IS PRE-INSTALLED INTO THE GOOGLE PIXEL SMARTPHONE BEFORE IMPORTATION

| | | | |
|---|---|---|---|
| **Type Accelerometer** | Hardware | Measures the acceleration force in $m/s^2$ that is applied to a device on all three physical axes (x, y, and z), including the force of gravity. | Motion detection (shake, tilt, etc.). |
| **Type Ambient Temperature** | Hardware | Measures the ambient room temperature in degrees Celsius (°C). See note below. | Monitoring air temperatures. |
| **Type Gravity** | Software or Hardware | Measures the force of gravity in $m/s^2$ that is applied to a device on all three physical axes (x, y, z). | Motion detection (shake, tilt, etc.). |
| **Type Gyroscope** | Hardware | Measures a device's rate of rotation in rad/s around each of the three physical axes (x, y, and z). | Rotation detection (spin, turn, etc.). |

| | | | |
|---|---|---|---|
| **Type**<br>**Light** | Hardware | Measures the ambient light level (illumination) in lx. | Controlling screen brightness. |
| **Type**<br>**Linear**<br>**Acceleration** | Software or Hardware | Measures the acceleration force in m/s² that is applied to a device on all three physical axes (x, y, and z), excluding the force of gravity. | Monitoring acceleration along a single axis. |
| **Type**<br>**Magnetic Field** | Hardware | Measures the ambient geomagnetic field for all three physical axes (x, y, z) in µT. | Creating a compass. |
| **Type**<br>**Orientation** | Software | Measures degrees of rotation that a device makes around all three physical axes (x, y, z). As of API level 3 you can obtain the inclination matrix and rotation matrix for a device by using the gravity sensor and the geomagnetic field sensor in conjunction with the get Rotation Matric () method. | Determining device position. |
| **Type**<br>**Pressure** | Hardware | Measures the ambient air pressure in hPa or mbar. | Monitoring air pressure changes. |
| **Type**<br>**Proximity** | Hardware | Measures the proximity of an object in cm relative to the view screen of a device. This sensor is typically used to determine whether a handset is being held up to a person's ear. | Phone position during a call. |
| **Type**<br>**Relative Humidity** | Hardware | Measures the relative ambient humidity in percent (%). | Monitoring dewpoint, absolute, and relative humidity. |
| **Type**<br>**Rotation Vector** | Software or Hardware | Measures the orientation of a device by providing the three elements of the device's rotation vector. | Motion detection and rotation detection. |
| **Type**<br>**Temperature** | Hardware | Measures the temperature of the device in degrees Celsius (°C). This sensor implementation varies across devices and this sensor was replaced with the Type—Ambient Temperature sensor in API Level 14 | Monitoring temperatures. |

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM:** Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CAMERA QR CODE READER:** Google's smartphone camera QR code readers can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) QR tags for active or passive detecting and/or sensing to enhance data sharing and operational efficiency. One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors, providing immediate access to critical information. Scanning a QR code can simplify the process of retrieving sensor data, making it accessible to personnel without specialized training. QR codes can be printed on CBRNE equipment, allowing quick access to emergency protocols.

❖ **NEAR FIELD COMMUNICATION (NFC)**: Pixel™, Phone by Google - Turn NFC on/off. Near Field Communication (NFC) allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps (e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity.

### SMARTPHONE MANUFACTURERS INDUCED BY GOOGLE TO RUN GOOGLE'S ANDROID OPEN-SOURCE OPERATING SYSTEM

| Google Pixel 10 Pro Smartphone | Motorola MOTO G85 Smartphone | Samsung Galaxy S25+ Smartphone | Sony Xperia 1 VII | ASUS Zenfone 12 Ultra |
|---|---|---|---|---|
|  |  |  |  |  |

| **Chipset:** Google Tensor G5 (3nm). **CPU:** Octa-core, 1x 3.78GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz ARM Cortex-A520. **OS:** Android 16 | **Chipset:** Qualcomm SM6375 Snapdragon 6s Gen 3 (6 nm). **CPU:** Octa-core (2x2.3 GHz Cortex-A78 & 6x2.0 GHz Cortex-A55). **OS:** Google Android 14. | **Chipset:** Qualcomm SM8750-AC Snapdragon 8 Elite (3 nm). **CPU:** Octa-core (2x4.47 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) **OS:** Android 15, up to 7 major Android upgrades | **Chipset:** Qualcomm SM8750-AB Snapdragon 8 Elite (3 nm) **CPU:** Octa-core (2x4.32 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M) **OS:** Android 15, up to 4 major Android upgrades | **Chipset:** Qualcomm SM8750-AB Snapdragon 8 Elite (3 nm). **CPU:** Octa-core (2x4.32 GHz Oryon V2 Phoenix L + 6x3.53 GHz Oryon V2 Phoenix M). **OS:** Android 15, up to 2 major Android upgrades |
|---|---|---|---|---|

## Application Programming Interfaces (APIs)

Google APIs are application programming interfaces (APIs) developed by Google which allow communication with Google Services and their integration to other services. Third-party apps can use these APIs to take advantage of or extend the functionality of the existing services. Google Services include, but are not limited to:

I.   Android – a Linux-based operating system for mobile devices such as smartphones and tablet computers by Google and the Open Handset Alliance.

    A.  Wear OS – a version of Android designed for smartwatches and other wearable items.

    B.  Android Auto – a version of Android made for automobiles by Google.

    C.  Google Cast – a version of Google Cast which powers some Google Nest devices.

II.  Mobile apps developed by Google for its Android operating system.

    A.  Device Health Services (enables care teams to deliver connected care)

    B.  Device Lock Controller (disables after multiple failed attempts)

    C.  Fitbit (acquired by Google in 2021: health monitor for smartwatches)

        1.  Fitbit ECG App

    D.  Google Maps (for GPS location and tracking)

        1.  Google Maps Go

        2.  Navigation for Google Maps Go

    E.  Google Pixel Watch (3 generations of Google watches)

    F.  Google Wallet (near-field communications (NFC) app)

    G.  Google Wi-Fi Provisioner (enables devices to access more connectivity)

    H.  Pixel Camera (camera phone app developed by Google)

    I.   Voice Access (app for controlling the device with spoken demands)

    J.   Wear OS by Google (Google android operating system for smartwatches)

        1.  Wear OS System UI

    K.  Android Auto (connects smartphone to car's dashboard)

        1.  Android Auto Receiver

## IMPORTATION STATISTICS [IRREPARABLE HARM]

Google android operating system runs on a wide variety of devices such as smartphones, tablets, cars, computers, smart watches, and smart TVs. However, the vast majority of Android-powered devices are smartphones. Unlike its two main competitors in the mobile operating system space, namely iOS and HarmonyOS, Android devices are made by many different original equipment manufacturers (OEMs). These OEMs include Samsung, Xiaomi, Vivo, Oppo, iQOO, OnePlus, Honor, Google, Sony, Lenovo, Sharp, Realme, Nothing, and Tecno. The shipment of Android devices without GMS is common in mainland China, as Google does not do business there.

Android's source code does not contain the device drivers, often proprietary, that are needed for certain hardware components, and does not contain the source code of Google Play Services, which many apps depend on. As a result, most Android devices, including Google's own, ship with a combination of free and open source and proprietary software.

Android's source code is released by Google under an open-source license, and its open nature has encouraged a large community of developers and enthusiasts to use the open-source code as a foundation for community-driven projects, which deliver updates to older devices, add new features for advanced users or bring Android to devices originally shipped with other operating systems.

Most devices run the proprietary Android version developed by Google, which ships with additional proprietary closed-source software pre-installed, most notably Google Mobile Services (GMS), which includes core apps such as Google Chrome, the digital distribution platform Google Play, and the associated Google Play Services development platform.

Only the base Android operating system (including some applications) is open-source software, whereas most Android devices ship with a substantial amount of proprietary software, such as Google Mobile Services, which includes applications such as Google Play Store, Google Search, and Google Play Services – a software layer that provides APIs for the integration with Google-provided services, among others. These applications must be licensed from Google by device makers, and can only be shipped on devices which meet its compatibility guidelines and other requirements.

Google Android is the largest mobile operating system (OS) with 76% market share as of Q1 2025. Android is the most used operating system on phones in many countries, with some countries, such as India, having over 96% market share. On tablets, usage is more even, as iOS is a bit more popular globally.

Research company Canalys estimated in the second quarter of 2009, that Android had a 2.8% share of worldwide smartphone shipments. By May 2010, Android had a 10% worldwide smartphone market share, overtaking Windows Mobile, whilst in the US Android held a 28% share, overtaking iPhone OS. By the fourth quarter of 2010, its worldwide share had grown to 33% of the market becoming the top-selling smartphone platform, overtaking Symbian. In the US it became the top-selling platform in April 2011, overtaking BlackBerry OS with a 31.2% smartphone share, according to comScore.

ABI Research claims that 65 million devices shipped globally with open-source Android in the second quarter of [2014], up from 54 million in the first quarter. According to a January 2015 Gartner report, "Android surpassed a billion shipments of devices in 2014, and will continue to grow at a double-digit pace in 2015, with a 26 percent increase year over year." This made it the first time that any general-purpose operating system has reached more than one billion end users within a year: by reaching close to 1.16 billion end users in 2014, Android shipped over four times more than iOS and OS X combined, and over three times more than Microsoft Windows.

In the second quarter of 2014, Android's share of the global smartphone shipment market was 84.7%, a new record. This had grown to 87.5% worldwide market share by the third quarter of 2016, leaving main competitor iOS with 12.1% market share.

## CONTRIBUTORY INFRINGEMENT

"2-1 panel held that contributory infringement arises where sold devices "contain hardware or software components that have no substantial non-infringing use other than to practice [the] claimed methods," even though device has other hardware and embedded software module that cannot be used to infringe—distinguishing *Hodosh* (Fed. Cir. 11/25/87) and relying on *Grokster* (U.S. 06/27/2005) ("one who distributes a device with the object of promoting its use to infringe [], as shown by [] affirmative steps taken to foster infringement, is liable for the resulting acts of infringement by third parties.") *Ricoh* (Fed. Cir. 12/23/08). May apply only if the "infringing" component is "distinct" and "separable" from other components.

**Claim Chart Illustrationof how the DoD DTRA ATAK and Draper's CBRN Plugins; Contributes to the Infringement of Google's Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold Smartphones**

| DoD/DTRA ATAK-MILITARY | Patent #: 9,589,439; Independent Claim 19 | Patent #: 9,096,189; Independent Claim 7 |
|---|---|---|
|  The DoD DTRA ATAK-MIL and Draper Laboratory, Inc. designed CBRN Plugins of chemical, biological, radiological, and nuclear (CBRN) detectors and sensors. Golden has repeatedly demonstrated the existence of direct infringement. The DoD DTRA ATAK-MIL and Draper Laboratory, Inc. knew of Golden's patents because of litigation brought against the DoD in the U.S. Court of Federal Claims.<br><br>Therefore, Google imports into the United States a component [android mobile operating system] for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.<br><br>The *Android Tactical Assault Kit* (ATAK) software is built on the Google android open-source operating system platform. In other words, the ATAK software in built back to an android source code that is released by Google for developers, designers, programmers, etc.<br><br>The Google android operating system (OS) sends operational and functional instructions to be carried out by Golden's patented central processing unit (CPU) [Google Tensor CPU]. Both the Google OS and the Google Tensor CPU are pre-installed in at least the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold before importation. | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: |

| | | |
|---|---|---|
| **ATAK-CIVILIAN**<br>Draper Laboratory, Inc. designed a CBRN Plugin to enable users to integrate CBRN sensors into TAK, collect CBRN sensor data, display it on a map and livestream it across the TAK network to other users. CBRN plugins for ATAK, are operational in the field.<br><br>**ATAK-MILITARY**<br>ATAK (built on the Android operating system) With DTRA ... ATAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. The Defense Threat Reduction Agency (DTRA) CBRN ISA: Seamlessly integrates information and control of multiple sensors into a single dashboard, making it easier to detect CBRN threats and monitor a warfighter's vitals https://thelastmile. gotennapro.com/four-useful-atak-app-plugins/ | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device; |
| Pursuant to 35 U.S.C. § 271(c), Google has contributed an element(s) [ at least that of Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold] to the alleged infringing ATAK CBRNE Plugins of Draper Laboratory, Inc. and the Defense Threat Reduction Agency (DTRA).<br><br>Google is contributing to the infringement of independent claim 19 of Plaintiff's '439 patent, and independent claim 7 of Plaintiff's '189 patent.<br><br>ATAK (including CivTAK) is an Android smartphone [i.e., Google smartphone] geospatial infrastructure and situational awareness app https://www.civtak.org/atak-about/. ATAK can be downloaded to a phone, tablet, or handheld device.<br><br>ATAK-MIL is a government-off-the-shelf app for Android smartphones. The mobile broadband 4G LTE connection is able to facilitate the data throughput required for the operation of the ATAK. https://apps. dtic.mil/sti/pdfs/ AD1069441.pdf<br><br>Plaintiff has alleged Joint or Divided infringement between Google and Draper; and, Google and DTRA, because no single party carried out all the steps of Plaintiff's patented inventions, that would constitute infringement. | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; | monitoring equipment comprising at least one of a plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween; |

| | | |
|---|---|---|
| Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold smartphones connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go.<br><br>Draper designed a chemical, biological, radiological and nuclear (CBRN) Plugin to enable users to integrate CBRN sensors into TAK, collect CBRN sensor data, display it on a map and livestream it across the TAK network to other users. CBRN plugins for ATAK, WinTAK and WebTAK are operational in the field. https://www.draper.com/explore-solutions/tak | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Android-based Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold smartphones now contained integrated satellite on-the move capability, on-the-move mapping solutions, and a commercial laser range finder that significantly expanded the end-user range data flow and functionality. The Primary, Alternate, Contingency, and Emergency (PACE) communications architectures established was: • Primary communications structure (P): ATAK—4G/LTE; Antenna: international [] satellite (INMARSAT) https://apps. dtic.mil/sti/pdfs/ AD1069441.pdf | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; | at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment; |
| The internet connection is shared by many ATAK functions on the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold smartphone such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphones to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; | at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; |

181

| | | |
|---|---|---|
| Sit(x) is a commercial Server-as-a-Service solution based on the TAK platform developed by PAR Government for the U.S. Defense & Intelligence Community. Sit(x) has real-time communication and information sharing. With Sit(x), individuals and teams can communicate via personal computers and handheld mobile [Google smartphone] devices by voice or text. They can share real-time full-motion video (FMV), airborne/drone imagery, GPS locations, photos, and satellite imagery. Fully secure and compatible with ATAK, WinTAK, and iTAK. Sit(x) accessed via free downloadable gateway apps. | whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; | whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or to a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data; |
| The '439 & '189 patent specs: Product grouping (PG) 1 (storage & transportation); PG 2 (sensors); PG 3 (detector case; modified and adapted); PG 4 (monitoring & communication devices); PG 5 (communication methods); PG 6 (biometrics); and, PG 7 (authorized person): are all controlled by, and enabled with the Google android open-source operating system. | wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; | wherein the monitoring equipment or multi sensor detection device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| The Android-based [Google] Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold smartphones now contained integrated satellite …<br><br>Wi-Fi is a method for devices such as the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many ATAK functions on the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone such as internet browsing, receiving email messages; installing apps…<br><br>The Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. | wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the monitoring equipment or multi sensor detection device and transceivers of the products; |

| | | |
|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>ATAK (including CivTAK) is an Android smartphone [i.e., Google smartphone] geospatial infrastructure and situational awareness app https://www.civtak.org/atak-about/. ATAK can be downloaded to a phone, tablet, or handheld device. (Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphones) | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; |
| The Android-based [Google] Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, and 10 Pro Fold smartphones now contained integrated satellite …<br><br>Wi-Fi is a method for devices such as the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many ATAK functions on the Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone such as internet browsing, receiving email messages; installing apps…<br><br>The Google Pixel 6a, 7, 7a, 7 Pro, 8, 8 Pro, 8-Fold, 9, 9 Pro, 9 Pro Fold, 10, 10 Pro, or 10 Pro Fold smartphone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, and long and short-range radio frequency (RF). |

## Contributory Infringement In
### *Golden v. Google, LLC* WDTC 25-0434

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... "in a relatively straightforward manner" ... and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

> Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 ... [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) ... this court has explained that a plaintiff ... must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner ...[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

The following Claim Chart is a duplicate of the Google Pixel 5 smartphone features submitted on appeal to the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267. The DoD DTRA ATAK-MIL and Draper Laboratory, Inc. contribute CBRN Plugins of chemical, biological, radiological, and nuclear (CBRN) detectors and sensors. Golden has repeatedly demonstrated the existence of direct infringement.

The Google Pixel 10 smartphone series features are practically identical to those of the Google Pixel 5 smartphone. Therefore, because the Google Pixel 10 smartphone series features are practically identical to those of the Google Pixel 5 smartphone features, the Google Pixel 10 smartphones also the Google android operating system (OS) that sends operational and functional instructions to be carried out by Golden's patented central processing units (CPUs) [Google Tensor CPUs].

The *Android Tactical Assault Kit* (ATAK) software is built on the Google android open-source operating system platform. In other words, the ATAK software in built back to an android source code that is released by Google for developers, designers, programmers, etc. Both the Google OS and the Google Tensor CPU are pre-installed in at least the Google Pixel 10 series before importation.

| Google Pixel 5 Smartphone | Google Pixel 10 Smartphone | Google Pixel 10 pro Smartphone | Google Pixel 10 pro Fold Smartphone |
|---|---|---|---|
|  |  |  |  |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core, 1x 3.1GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz Cortex- A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 | CPU: Octa-core, 1x 3.78GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz ARM Cortex-A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 | CPU: Octa-core, 1x 3.78GHz Cortex-X4; 5x 3.05GHz Cortex-A725; 2x 2.25GHz ARM Cortex-A520 Chipset: Google Tensor G5 (3nm). OS: Android 16 |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Google Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |
| Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Google Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 94.7 cm$^2$ (~86.1% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.3 inches, 96.3 cm$^2$ (~87.6% screen-to-body ratio) | Light sensor supported by the Google Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 8.0 inches, 206.3 cm$^2$ (~88.4% screen-to-body ratio) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.\n\nGoogle Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.\n\nGoogle Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.\n\nGoogle Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.\n\nGoogle Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB Type-C 3.2. is the type of USB used with the Google Pixel 10 Used for charging the battery of the Google Pixel 10 | USB Type-C 3.2. is the type of USB used with the Google Pixel 10 Pro Used for charging the battery of the Google Pixel 10 Pro | USB Type-C 3.2. OTG is the type of USB used with the Google Pixel 10 Pro Fold Used for charging the battery of the Google Pixel 10 Pro Fold |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS, GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e dual-band | Connectivity: 5G: Wi-Fi 802.11 a/b/g/n/ac/6e/7, tri-band, Wi-Fi Direct. Bluetooth 5.3, A2DP, LE, aptX HD. NFC, GPS 6.7 inches, 108.7 cm2 (~87.4% screen-to-body ratio) | Connectivity: 5G; Bluetooth 6.0, A2DP, LE, aptX HD NFC. GPS (L1+L5), GLONASS, GALILEO, BDS, QZSS, NavIC. Wi-Fi 802.11 a/b/g/n/ac/6e/7 tri-band |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

189

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Google Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

190

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Google Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

# ECONOMIC

# PRONG

# *RESEARCH & DEVELOPMENT FOR THE FIRST MOBILE DEVICE WITH CBRNE DETECTION*

# "Proposal White Paper"

## BROAD AGENCY ANNOUNCEMENT (BAA) 07-10

### *CELL-ALL Ubiquitous Biological and Chemical Sensing*

**Administrative and Technical Points of Contact:**

**Larry Golden, CEO**
**ATPG Technology, LLC**
**522 Peach Grove Place**
**Mauldin, SC 29662**
**864-288-5605 / 864-992-7104**
**lgolden5605@charter.n**

**Authorized Officer:** *Larry Golden*

| **BAA Number:** CELL-ALL BAA07-10 <br> **Title:** CELL-SMD; Multi Sensor-Detection | **Offeror Name:** ATPG TECHNOLOGY, LLC <br> **Date:** 11/28/2007 |
|---|---|
|  | **Operational Capability:** <br> 1. Ability to effectively sense/detect chemical agents, reliably and securely report position and detection readings. <br> Provide software applications to easily manage large scale network. <br> Design allows for straightforward integration with existing cell phones <br> Ability to graphically depict and filter live data. <br> 2. Goal: ability to detect chemical or biological agents 99%. <br> Goal: network throughput 99%. <br> 3. Prototype SMD(cell phone case) target cost is $50 in mass quantities (excluding sensor) Competition among sensor developers will drive final cost. <br> 4. Durable, inexpensive device, does not degrade performance of host device <br> Makes extensive use of existing technology and builds upon completed spiral of a similar device. |
| **Proposed Technical Approach:** <br> 1. Provides Sensor Monitoring Device (SMD) in a protective cell phone case. <br> Easy to distribute/integrate with cell phone Viewer/Management SW provides hierarchical levels for information flow <br> 2. Incorporate selected sensors into existing SMD functional prototype <br> Manufacture prototype cell phone cases to accommodate SMD and sensors <br> Enhance/scale existing cell phone, web and desktop support applications <br> 3. First spiral complete, yielded functional prototypes – SMD, web, desktop & cell phone applications <br> 4. Established working relationships with Otter Box and ECBC <br> 5. CELL-ALL technical approach & rational taken from, "Multi Sensor-Detection and Lock Disabling System", (Patent Pending; Pub., 10-18-07; App. #: 11/397,118:) | **Schedule, Cost, Deliverables, & Contact:** <br> One year Period of Performance, $1,000,000 <br> Prototype and manufacture cell phone cases with integrated SMD, chemical and biological sensors <br> Enhance/scale viewer/management software to support large sensor network <br> **Deliverables:** <br> Prototyped cell phone case containing SMD and sensors <br> Cell phone & desktop viewer/management SW <br> System demonstration of: sensor detection, alert transmitted through hierarchy and control center messages to SMD <br> **Corporate Information:** <br> ATPG TECHNOLOGY, LLC <br> Larry Golden, CEO <br> 522 Peach Grove Place <br> Mauldin, SC 29662 <br> Phone: 864-288-5605 <br> lgolden5605@charter.net |

## Executive Summary:

Two years ago, recognizing the danger that existed if a WMD was concealed, transported and deployed within our borders, ATPG embarked on the development of a multi-sensor, tracking and detection system. The first development spiral yielded a functional Sensor Monitoring Device (SMD) prototype and tiered communication applications to distribute, monitor and manage the multi-sensor SMD network information. The ubiquitous sensor network solution proposed in this white paper borrows heavily from the technology developed in spiral one. The tiered communication, viewer and management software applications were designed to be part of a large sensor network. For this application the software will be scaled and enhanced to accommodate the volume of traffic that would result from an extremely large sensor network. Our SMD was designed to provide as much flexibility as possible and communicates with a variety of sensors through an array of built-in standard interfaces (SPI, A/D, Serial, Bluetooth, I2C etc). This existing open architecture design affords us the opportunity to collaborate with the U.S. Army Edgewood Chemical and Biological Center (ECBC) to evaluate, test and acquire the most appropriate miniaturized chemical and biological sensors.

ATPG intends to utilize the hardware and software technology developed in spiral one as the basis for the ubiquitous sensor network. The form factor of the SMD will be re-engineered so that it can initially be housed in cell phone cases allowing straightforward integration with existing cell phones. The SMD, housed in the cell phone cases will use a Bluetooth channel to communicate with ATPG software hosted on the cell phone. This software will provide bidirectional communication between the SMD and cell phone. The cell phone software will additionally use email and SMS messaging services to communicate information to control centers. The software for managing the information from the sensor network will be architected in a way that provides a means to efficiently escalate information up the government hierarchy. The software will employ a large database back-end and where practical message routing rules will be implemented to allow for effective and efficient routing of sensor message traffic.

## Utility to Department of Homeland Security:

ATPG's strategy of incorporating its existing SMD design into cell phone cases provides a means to quickly establish a massive sensor network nationwide. ATPG proposes modifying the SMD form factor so that it can be installed into the most common cell phone cases. When a person volunteers for the program, they would receive a cell phone case along with an adapter cord that would connect to their existing phone charger; allowing the SMD and phone to charge simultaneously. A switch on the case will allow the volunteer to enable the device at their discretion. If a volunteer elects to participate in the program and their cell phone does not have an on-board GPS, the SMD provided in the cell phone case will be equipped with one. The geographic position of the SMD/cell phone pair will be determined either by GPS, cell phone tower database and signal strength or by a Wi-Fi hotspot database. In the event current position cannot be determined, the device will use its last known good position fix for communications and the position will be flagged as such. Housing the SMD and sensors in a cell phone case provides a number of advantages. Since the SMD will draw all of its power from its own power source the only resources required from the cell phone will be for a dedicated Bluetooth channel and limited processing power to execute the cell phone software. Additionally, the consumables in the cell phone case (battery, sensors etc.) can easily be switched out, or the entire case can be easily

replaced. ATPG will be working with the Otter Box Company to design a cell phone case capable of housing the SMD and its sensors, providing a protective, water-resistant case while maintaining complete cell phone interactivity. This approach will allow ATPG to easily and incrementally make changes to the host platform as the technology of the SMD and its sensors are miniaturized.

## Technical Approach:

The creation, implementation and management of a massive sensor network will require a design approach that delivers a system solution. Every tier of the system is important and the end product must be manageable, provide redundancy and implement an open architecture wherever possible. The ATPG solution proposed here focuses on these requirements and delivers a design that translates into a straightforward, deployable sensor network system that can be distributed en masse.

At the lowest level, the SMD is engineered to communicate with a variety of sensors through an array of standard interfaces (SPI, A/D, Serial, I2C etc). This open architecture allows for easily integrating additional sensors into the device and expanding the range of hazardous agents detectable by the SMD. The SMD will continually monitor/control the attached sensors and communicate with the cell phone via a dedicated Bluetooth channel. When the SMD is activated by the user, a small software application installed on the phone will monitors the Bluetooth channel for detection alerts and also forward commands received from control centers to the SMD. The SMD will periodically send its position information to the control center. The position the SMD will report to the control centers is determined using a layered approach. Initially the SMD will look to the on-board GPS (if provided) to determine position. If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from its own GPS. When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength. If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position. If all these options fail, the last known position can be augmented with the on board accelerometers to estimate the current position which will be reported to the control centers and annotated as a last position and a possible position. All information received by the cell phone application from the SMD will be forwarded to the control centers either through email or SMS messages if email is not available. The information transmitted will be encoded in XML and encrypted prior to transmission. When a user needs to be notified of information from a control center, the cell phone software will use either a ring tone or vibration to call the user's attention to the display. This solution of integrating the SMD into the cell phone case and installing a small software application on the volunteer's cell phone provides a means to easily modify and upgrade the sensor network system as advancements are made to sensor and SMD technology with minimal impact to the user.

The web and desktop software that support the sensor network is designed to support an escalating reporting hierarchy. At each level rules can be established in the message routing software to facilitate the transfer of alert information. Rules can also be established to assist in determining the area affected by an alert. In the event a chemical or biological agent is detected and reported, the software can automatically search for other sensors in a pre-defined area and command them to sample and report back. This information can then be used by first responders and local government to determine the impacted area and aid in creating a plan of action to cope with the event. The reporting hierarchy can be configured as needed but the current configuration

sends notification to the local First Responder units, followed by City, County, State and Federal government. As the information works its way up the hierarchy rules at each level fire off to create events that notify necessary personnel at each level. The viewer/management software used at each level of the hierarchy is identical. How the system forwards and responds to data is configured in the message routing rules table. The desktop software uses Google Earth as a viewer and plots the position of the sensors and detections on the map. Filtering options are provided in the software to allow the screen to be decluttered. A hierarchical database of sensors reporting to the viewers at a given control center is maintained to allow simple manipulation of the sensor network. The software will allow the user to drill down into lower levels of the data by clicking on the images on the map or through the windows explorer like interface provided. The software will also allow commands and alerts to be sent to SMD enabled cell phones by clicking on the image or on its text representation. Each SMD representation on the map will display its unique identification number as its label and clicking on the icon will display the last set of data received by the control center. The sensor network data can also be made available to smart phones and PDAs running a variation of the viewer/management software. All data passed through this network will be encrypted and all database and user accounts will be protected by multiple layers of security to ensure the privacy of the volunteers and protect their location from foreign/unwanted access.

As an option all messages sent from the SMD to the control centers could receive notification of receipt; confirmation that the network is operating properly. This could be a builtin fail safe, which would allow the user to be notified first if detection occurred and the information could not be transmitted to a control center. In this scenario the user would be notified of the detection and could take action to leave the area and contact authorities through some other means.

## Personnel and Performer Qualifications and Experience:

Larry Golden is the CEO of ATPG and will be the project manager for this program. Mr. Golden's invention and patent pending sensor monitoring device (Pub. 10-18-07; App. #: 11/397,118) will be used as the departure point for the development of the SMD. Mr. Golden's background is in industrial engineering and management. Larry's duties will include managing the schedule, budget and subcontractors providing the cell phone cases.

Harold Kimball is a software engineer with twenty years' experience developing software applications, including embedded systems, operational flight programs, database applications, and web and desktop applications. Mr. Kimball will be the technical lead on this program as well as the lead software developer for the SMD applications. Over the past few years Mr. Kimball's focus has been on developing situational awareness applications, embedded device applications and aircraft simulation software. Mr. Kimball has a Bachelor's degree in Computer Science and is working on his Master's Degree in Artificial Life. Mr. Kimball recently had an article published describing a scalable disaster relief and communications infrastructure system he is developing to aid first responders and disaster relief personnel in their efforts.

Doug Cumbie is an electrical engineer and software engineer with six years' experience developing embedded systems, web applications, situational awareness software and aircraft simulation software. Mr. Cumbie will be the lead Engineer on this program as well as the primary developer for the web and desktop applications. Over the past few years Mr. Cumbie has focused on embedded device development, situational awareness applications and aircraft simulation

software. Mr. Cumbie holds Bachelor's degrees in both Computer Engineering and Electrical Engineering.

The Otter Box Corporation will provide custom cell phone cases for housing the SMD developed by ATPG. The Otter Box Corporation has extensive experience manufacturing and distributing custom cases for cell phones, laptops and PDAs. Their manufacturing and distribution experience will play a key role in the ability to efficiently develop, manufacture and distribute a custom cell phone case enveloping the SMD and providing a water resistant and protective case.

U.S. Army Edgewood Chemical and Biological Center (ECBC) will play a vital role in assisting ATPG with evaluating, testing and selecting the most appropriate miniaturized chemical and biological sensors available. ATPG and ECBC have a collaborative agreement in place ensuring ATPG of their services in sensor analysis and selection.

## Commercialization and Capabilities:

ATPG will work closely with Otter Box and ECBC to determine the physical characteristics and requirements needed to create a custom cell phone enclosure for the selected sensors and SMD. ATPG will leverage Otter Box's manufacturing and distribution experience to enable ATPG to produce and deliver large quantities of custom cell phone cases. As mentioned previously the case will be designed and developed so that consumables can easily be swapped out or the entire cell phone case can be replaced. This approach ATPG is pursuing is the most economical and efficient way to mass distribute a sensor network; providing low risk and minimal impact to volunteers of the program. Becoming part of this volunteer network would be a simple process and would only require end-users to; elect to become a volunteer, indicate which type of cell phone they currently use and upon receipt of the new cell phone case commence holstering the cell phone in the case wherever they go. As an option and to solicit interest in the program, volunteers could be provided software applications. These applications could potentially access tracking information of the volunteer's phone and the volunteer's family members' phones; or a moving map application could be provided to enable navigation through the cell phone. Mr. Kimball and Mr. Cumbie have many years' experience developing and distributing code to demanding end users. Both individuals have experience providing Situational Awareness and OFP software to the Air Force Special Operations Command (AFSOC) for all fixed wing Special Operations Forces (SOF) aircraft. Additionally, Mr. Kimball worked for Manheim Auctions, an international organization with a large customer base and participated in the development and distribution of Manheim's software applications.

One method ATPG conceived for fielding the sensor network and implementing its widespread use would be to conduct a pilot program for the nearly 30 million government employees, border patrol personnel and government contractors. These individuals generally work in what would be considered high value target areas. Providing these employees with cell phone cases equipped with the SMD and its sensors would immediately give the sensor network nationwide coverage in many areas that would be likely targets of a terrorist attack. In addition to gaining nationwide coverage; if this pilot program extended to all government employees and its contractors around the world, the network would have the ability to monitor U.S. interests globally.

## Costs, Works and Schedule:

The budgeted cost for this development is $1,000,000, with a projected period of performance of one year. ATPG will simultaneously commence four primary tasks upon contract award.

1) ATPG will work with ECBC to evaluate, test and select the most appropriate chemical and biological miniaturized sensors available (4-month effort, $17,137)).

2) ATPG will research and determine the three most commonly used phones capable of being part of this sensor network and work with Otter Box to design and manufacture cell phone cases to house the SMD and sensors (4-month effort, $45,000).

3) ATPG will enhance/scale the software applications to support the potentially large volume sensor network that will comprise the Cell-All ubiquitous system (7-month effort, $500,000).

4) ATPG will restructure and scale down the SMD so it can be accommodated in the cell phone case. After month 7, integration and testing of the Cell-All system will commence. The system will be documented (block diagrams, wiring diagrams, and theory of operation manual) and a demonstration date will be scheduled (12-month effort, $437,863).

Prototype cases housing the SMD and sensors, cell phones and viewer/management software executables will be delivered upon project completion.

## Small Business Considerations:

This white paper is submitted from a minority owned small business.

# *RESEARCH & DEVELOPMENT FOR [GOOGLE] MOBILE DEVICES WITH CBRNE SENSING & DETECTION*

## Include a List of Researchers and Developers

## IDCAST CBRNE Sensor Technology for Mobile Devices

In an effort to address similar sensor needs to this BAA, the Ohio Third Frontier Wright Center for Innovations - the Institute for the Development and Commercialization of Advance Sensor Technology (IDCAST) - was created. IDCAST's mission is to establish collaboration between academics, government and industry to develop new sensor technology (remote and CBRNE). *The IDCAST collaborators' vision* for CBRNE sensors is to use an interdisciplinary, team approach to *fill an experimental synthesis and process toolbox* that contains various sensor platforms, materials, and material synthetic/positioning processes that can be used to *produce new, globally competitive CBRNE sensors.* Seven Ohio universities – Central State, Miami, Ohio State (OSU), Cincinnati, Dayton (UD), Toledo, Wright State and the Air Force graduate school – over 50 companies, and 6 government laboratories including the Air Force Research Laboratory (AFRL) at Wright Patterson AFB are IDCAST members. In just three years, IDCAST has produced new technologies that have created nearly 300 jobs.

The investigation is centered on a new RF based sensor platform, the "Varactor Resonant Sensor". This sensor platform is a simple yet novel design that provides numerous benefits for managing RF signals and promises to provide a platform that can utilize nanodomain phenomena in the molecular recognition elements (MRE) of the sensor platform. The characteristic of the "varactor" include: an ultra-efficient method of handling RF signals, lighter and smaller than current devices and is 100 to 1000 times faster than current MEMS technology. Furthermore, it has consistently achieved a 4:1 capacitance ratio. Combination of the varactor technology and functionalized polymers has resulted in a new biosensor platform. It has been demonstrated as both a gas and liquid phase sensor. *One of the major benefits is the sensor can be interrogated with a pulse of RF signal. This is a tremendous benefit when operating in a battery-powered environment.* The benefit to the sensor community is that it is inexpensive, reliable, rugged, adaptable to many analytes, and is relatively simple to manufacture. This platform could be designed as one time disposable or long-term sensor systems. Since several devices can be made on one chip, multiple analytes could be measured with the same chip.

From the preliminary draft of the IDCAST CBRNE roadmap, it is obvious that significant advancement will be made when the Molecular Recognition Elements (MRE) /Smart Materials (SM) evolve from a single chemical species to an integrated chemical system that captures a specific analyte, produces a single or preferably multiple enhanced signal response, and exhibits rapid capture and reversibility. However, given the high number of various CBRNE species that could be measured for this project, we suggest that nonspecific sensors that sense a general family of species is more practical. For example, a MRE that capture off gases from explosive materials or a MRE that captures biological species from the air.

## SENSOR DEVELOPMENT: Dr. Gilbert E. Pacey & IDCAST

**Ability of proposed work to meet the program goal**

We are aware that the *Cell-All* Project's goals are to develop and demonstrate innovative detection systems that have the following attributes:

1. operate without intervention as an in-situ device to detect and identify WMD threats, contraband, and anomalous substances contained within a sealed maritime shipping container;
2. a single system installed and operating internal to the container without interference with loading/lifting operations;
3. capable of collecting and monitoring a sample that characterizes all the atmosphere within the shipping container during transit;
4. capable of alerting a positive detection during transit (between the time the container is closed and sealed and before entering a U.S. port, assumed to be a maximum of 21 days);
5. capable of communicating with a physical interface mounted outside the container, such as the Marine Asset Tag Tracking System (MATTS);
6. operate without impacting the flow of legitimate commerce;
7. capable of properly operating in the maritime shipboard environment; and
8. consistent with all labor, health, safety, and other applicable regulations.

In addition to these goals, we have added that the sensing system should have the following attributes:

1. sensor system should have low power consumption to minimize battery requirements and weight;
2. individual sensors do not necessarily need to be specific for a single species;
3. signal output should remain relative through the process;
4. actual sensor should be very low in price and disposal through normal means; and
5. in order to meet price, point the sensor is a one-time use devise that is easily replaced.

**Sensor Technology**

In an effort to address similar sensor needs to this BAA, the Ohio Third Frontier Wright Center for Innovations - the Institute for the Development and Commercialization of Advance Sensor Technology (IDCAST) - was created. IDCAST's mission is to establish collaboration between academics, government and industry to develop new sensor technology (remote and CBRNE). *The IDCAST collaborators' vision* for CBRNE sensors is to use an interdisciplinary, team approach to *fill an experimental synthesis and process toolbox* that contains various sensor platforms, materials, and material synthetic/positioning processes that can be used to *produce new, globally competitive CBRNE sensors.* Seven Ohio universities – Central State, Miami, Ohio State (OSU), Cincinnati, Dayton (UD), Toledo, Wright State and the Air Force graduate school – over 50 companies, and 6 government laboratories including the Air Force Research Laboratory (AFRL) at Wright Patterson AFB are IDCAST members. In just three years, IDCAST has produced new technologies that have created nearly 300 jobs.

The investigation is centered on a new RF based sensor platform, the "Varactor Resonant Sensor". This sensor platform is a simple yet novel design that provides numerous benefits for managing RF signals and promises to provide a platform that can utilize nanodomain phenomena in the molecular recognition elements (MRE) of the sensor platform. The characteristic of the "varactor" include: an ultra-efficient method of handling RF signals, lighter and smaller than current devices and is 100 to 1000 times faster than current MEMS technology. Furthermore, it has consistently achieved a 4:1 capacitance ratio. Combination of the varactor technology and functionalized polymers has resulted in a new biosensor platform. It has been demonstrated as both a gas and liquid phase sensor. ***One of the major benefits is the sensor can be interrogated with a pulse of RF signal. This is a tremendous benefit when operating in a battery-powered environment.*** The benefit to the sensor community is that it is inexpensive, reliable, rugged, adaptable to many analytes, and is relatively simple to manufacture. This platform could be designed as one time disposable or long-term sensor systems. Since several devices can be made on one chip, multiple analytes could be measured with the same chip.

From the preliminary draft of the IDCAST CBRNE roadmap, it is obvious that significant advancement will be made when the Molecular Recognition Elements (MRE) /Smart Materials (SM) evolve from a single chemical species to an integrated chemical system that captures a specific analyte, produces a single or preferably multiple enhanced signal response, and exhibits rapid capture and reversibility. However, given the high number of various CBRNE species that could be measured for this project, we suggest that nonspecific sensors that sense a general family of species is more practical. For example, a MRE that capture off gases from explosive materials or a MRE that captures biological species from the air.

It is envisioned that the IDCAST interdisciplinary team will work together to produce and test new complex MRE/SM systems that can be used with the "varactor" sensor platform. The increased knowledge and newly developed materials encourage sensor development beyond security applications, including environmental, biomedical, and process control. Furthermore, ***many of these syntheses and processes for new materials have applications beyond sensors*** in fields like alternative energy materials, multicomposite materials in electronics/ plasmonics/spintronics, smart materials, biomedical devices, and environmental remediation.

What distinguishes IDCAST other SM centers are that our focus on CBRNE sensing creates higher expectations for material performance? The MRE/SM should exhibit specificity, rapid response, reversibility, clear or enhanced transmission of signal, and commercial viability. Additionally, our desire to incorporate nanodomain phenomena creates the exciting synthetic challenge: we must not only produce the chemical species, but place the species in the required structural matrix, enabling us to take full advantage of the nanodomain properties. This is complicated further, as responsive smart nanostructured materials are not single molecules or materials, but are hierarchical systems. Therefore, to achieve the promise of SM, one has to design the operating units and their interaction. SMs must be designed around a function in order to elicit the proper environmental response. Signal sensitivity and output must be considered when selecting the appropriate building blocks; for example, supramolecular chemistry and fluorescence research demonstrate that nanostructures must be in the proper position to function. With the exception of the electronics and some laser photochemistry-based polymer syntheses, the knowledge to

incorporate and expand chemical syntheses to deliver spatial control (size/location as opposed to steric) for a sensor SA is limited.

1) How our proposed technology will meet the required and desired attributes and functionality

The varactor will respond to changes in MRE material coated on the sensor platform. The platform provides a number of potential signals. In the electronics regime electronic signal amplitude and the electronic phase shift can be used. If an optical component is added optical magnitude, optical polarization changes, reflection angle change, absorbance, and fluorescence could be used. By modulating these signals using standard frequency modulated averaging techniques, we have introduced molecular dynamic discrimination. In addition, multiplexing these signals produces another layer of discrimination among analytes.

Several physical chemical mechanisms suggest we can effectively couple the electronic driving force to the active interface on the capacitive element. Setting up the capacitor to be a Fabry-Perot resonator (1) makes the optical path highly wavelength sensitive, tunable and can amplify absorbance (2). Usually the interface in a Fabry-Resonator is assumed to be fixed and the spatial distance is adjusted to tune wavelength. However, a resonator has an effective electrodynamic distance which although close, is not necessarily the same as physical distance. Correlation spectroscopy (3) in conjunction with a Fabry-Perot interferometer has already been able to detect $CO$, $CO_2$, $CH_4$. Phase differential integration increases Fabry-Perot sensor sensitivity (4). Just as in the case of optical coatings introducing a thin film on the resonator reflecting surface introduces a dielectric, electrodynamic element affecting the surface reflection properties. Adjusting the surface film to be sensitive to the applied potential will shift the, sharp, highly sensitive Fabry-Resonator wavelength.

Including molecular dynamics into the detection's schema introduces several optical detection modalities. Electrochemical impedance response (5) in the 1 Hz to 1 MHz region demonstrates molecular electronic coupling. In addition to molecular motion related response voltage can also spectrally shift surface plasmon resonance (6). Molecular orientation and the distance among energy exchange elements are critical factors for absorbance and energy transfer. Using a thin film matrix with some polarity, necessary for electric filed coupling, will transfer the energy from the low frequency applied potential sine wave to the polar molecules try to follow the applied field. Photon absorbance is determined by selection rules involving electric field vector orientation excitation photon polarization and molecular orientation. Using polarized light, we can follow molecular motion as it is induced with the low frequency applied potential.

If the MRE has the ability to capture the CBRNE species, the varactor will produce a change in the signal. The signal will continue to increase until a saturation point is met. We envision that the fact that a change in signal is occurring is enough of a signal to raise a concern about the container.

Typically, the MRE is a combination material. The MRE/SM should exhibit specificity, rapid response, reversibility, clear or enhanced transmission of signal, and commercial viability. Additionally, our desire to incorporate nanodomain phenomena creates the exciting synthetic

challenge: we must not only produce the chemical species, but place the species in the required structural matrix, enabling us to take full advantage of the nanodomain properties. This is complicated further, as responsive smart nanostructured materials are not single molecules or materials, but are hierarchical systems. Therefore, to achieve the promise of SM, one has to design the operating units and their interaction. SMs must be designed around a function in order to elicit the proper environmental response. Signal sensitivity and output must be considered when selecting the appropriate building blocks; for example, supramolecular chemistry and fluorescence research demonstrate that nanostructures must be in the proper position to function.

A point of discussion with DHS for Phase I demonstration is: 1) does the sensor have to be specific or can it be capable of identifying a family of analytes (e.g. peroxide explosives) and 2) what analytes are of most concern? Based on those discussions, we will pursue the preferred analye(s) in Phase I by designing and synthesizing the material for the MRE.

    2)  Varactor form factor of the Phase I and II prototypes proposed

The sensor device is currently about 100 X100 $\mu m^2$. If different frequencies are needed, the device would increase in size but still be relatively small compared to the signal processing and data analysis units. A suite of sensors would be available to test for various classes of CBRNE speices. In addition, it would be possible to build in redundant sensors that can be used to validate each other's response. We envision that a sensor packet would be designed to allow easy reconditioning of the system for its next trip.

    3)  How the proposed varactor prototype will be operated by the end users under field environments

The sensor would be automatically probed by a pulsed RF signal. This means that the sensor will not be on all the time, but will still be able to capture the CBRNE species. Changes in the varactor signal would be observed and compared to blank signals. If the change is significant, the system would alert the computer/operator that a specific container needs attention.

After the container is cleared at the destination port, the sensor device will be reconditioned by placing a new sensor packet into the system. Given the anticipated MRE materials and level of potential markers captured (except radiological), we anticipate that disposal of the sensor packets would not require significant precautions.

The "varactor" is currently licensed from the University of Dayton Research Institute to an Ohio based start-up Analog Bridge (AB). AB is pursuing telecommunication applications for the varactor device, but can support prototype development and limited production that is scalable to supply DHS users with the sensor technology.

**Detailed technical descriptions and approach**

**Preferred Sensor Platform**
A collaborating team from the Ohio Third Frontier Wright Center for Innovations - the Institute for the Development and Commercialization of Advance Sensor Technology (IDCAST) is

proposing to combine several of its technologies to produce new sensors systems for this BAA. The investigation is centered on a new RF based sensor platform, the "Varactor Resonant Sensor". This sensor platform is a simple yet novel design that provides numerous benefits for managing RF signals and promises to provide a platform that can utilize nanodomain phenomena in the molecular recognition elements (MRE) of the sensor platform.

The proposed technology is an evolution from one our collaborators Barium Strontium Titanate (BST) thin film variable capacitor, "varactor" technology (1-4). The benefits of this technology to the RF and sensor industries are reduced weight, small size, efficient processing, very fast switching speeds, and low voltage tunability. The characteristic of the "varactor" include: an ultra-efficient method of handling RF signals, lighter and smaller than current devices and is 100 to 1000 times faster than current MEMS technology. Furthermore, it has consistently achieved a 4:1 capacitance ratio. Combination of the varactor technology and functionalized polymers has resulted in a new biosensor platform. It has been demonstrated as both a gas and liquid phase sensor. ***One of the major benefits is the sensor can be interrogated with a pulse of RF signal. This is a tremendous benefit when operating in a battery-powered environment.*** The benefit to the sensor community is that it is inexpensive, reliable, rugged, adaptable to many analytes, and is relatively simple to manufacture. This platform could be designed as one time disposable or long-term sensor systems. Since several devices can be made on one chip, multiple analytes could be measured with the same chip.

A capacitive test structure has been successfully used to characterization biopolymer films over a wide frequency range (5). The effects of applied electric fields and temperature variations on the biopolymer were determined. The experimental results show that the dielectric properties of biopolymers are tunable by changing the voltage applied to the films. The capacitive sensor coated with molecular recognition materials, like a biopolymer, is a sensor platform.



Figure 1: The top view of each of the metal layers and the resonant sensor device.

Unlike the vast majority of reported nanosensors that have been miniaturizations of existing sensors, the proposed nanoelectorooptic sensor utilizes nanodomain enabled properties. The novelty is to combine nano-material optical response, analyte sensitivity, well defined thin film electronic perturbation, and optical detection. The key feature of the detector is the ability to transfer some energy from the larger scale electrically driven sine wave to the molecular/ nanodomain information related, but not totally redundant, detection vectors. This research will expand known electro-optic principles into which is interrogated optically and electronically, to provide dual

a dynamic signal detection scheme to create new sensors. This technology enables the attempt to couple the film structure, optical, and electronic components due to the unique and intimate coupling between an electronic driver signal, its output variation, and optical effects prevalent at the nanoscale. Basic research is required to maximize and understand the coupling mechanisms across scale. Experimental works confirm the theoretical basis outlined as a means for creating sensors (2). Knowledge gained will also provide a material science experimental approach to better understanding of material structure property relationships (prediction power).

The resonant sensor platform device is based on ferroelectric varactor shunt switches invented by co-PI GS (1). The "resonant sensor" is a simple yet novel design that provides numerous benefits for managing RF signals. Figure 1 is the resonant test structure that consists of a coplanar transmission line at the input and output, with the transmission line shunted to ground by a series inductance-capacitance (LC) resonator circuit. The test capacitor is formed by sandwiching a uniform recognition material layer between two metal layers. The molecular recognition material can be further functionalized with highly selective biomolecules that have been specifically designed to sense chemical or biological analytes. The current test structure can be characterized using the resonance frequency, amplitude of the signal loss in the sensor, or impedance changes. Because of the multitude of measurement parameters, sensitive sensors with low false-positives can be realized.



**Figure 2:** A three-dimensional representation of the capacitive test structure, showing the overlap of the signal conductor in the top metal and the shunt line in the bottom metal which form the test capacitor. Note that the large ground pad capacitor is in series with the test capacitor, resulting in the equivalent

Metal 2 layer pattern is that of the coplanar waveguide transmission line (Ground, Signal and Ground). The top view of the resonant sensor shows the recognition material sandwiched between Metal 1 and Metal 2 layers. The overlap area of the Signal line (Metal 2) with the shunt line (Metal 1) results in the test capacitor. The test capacitor and the inductor in Metal 1 form a resonant circuit with a specific resonance frequency. Once the recognition material sensing layer binds the analytes either a capacitance change or leakage conductance change (across the capacitor or between the signal line and ground line) results in a changes in the output power to input power ratio, the reflected power, and the phase angle between the input and output. Capacitance changes also results in a resonance frequency shift. Measuring these parameters could result in improved specificity and decrease false positives. Integrating an antenna to this resonant sensor will allow for wireless sensing. Each resonator is only a few mm long, and can be designed for a specific resonance frequency. A varactor array can be formed on a single wafer to detect multiple analytes. An alternative schematic is shown in Figure 2.

The test capacitance of the recognition material is calculated using the formula given in Equation 1.

$$C(V) = \varepsilon A/d \tag{1}$$

where $\varepsilon$ is the permittivity of the polymer, A is the overlap area, and d is the polymer thickness. The equation for the shunt resistance is:

$$R(V) = 1/\omega C(V) \tan\delta \tag{2}$$

where $\omega$ is the angular frequency in radians and $\tan\delta$ is the loss tangent. The parasitic inductance can be computed as [3]:

$$L = Z_0/2 \, \pi f \sin (2 \, \pi l/\lambda_g) \tag{3}$$

where $Z_0$ is the characteristic impedance of the CPW transmission line, f is the operating frequency in Hertz, l is the length of the line shunting to ground, and $\lambda_g$ is the guide wavelength. The equation for the parasitic resistance is given by [3]:

$$R_S = 1/\sigma wt \tag{3}$$

where $\sigma$ is the conductivity of the gold, t is the thickness of the conductor and w is the width of the conductor. Figure 3 is the electrical schematic and Figure 4 is a photograph of a fabricated test structure.



Figure 4. Photograph of a resonant test structure along with the coplanar waveguide probes.

## Preliminary Data

A preliminary study of biopolymers was conducted. The biopolymers tested in this study include deoxyribonucleic acid (DNA)-based and silk-based biopolymers. The resonant test structures used in this study were fabricated on a three-inch wafer of high resistivity silicon (>10 kΩ.cm). This structure is made up of four distinct layers on the silicon wafer. The adhesion layer consists of 100 Å of chromium sputtered directly onto the silicon wafer. The patterned bottom metal layer was formed by e-beam deposition of 7500 Å of gold through a shadow mask. The bottom metal layer consists of two ground lines shunted together by a 100 μm wide conductor. The next layer is the biopolymer, which is deposited as a thin-film using the standard spin-coating technique. After spin-coating the polymer layer, the top metal layer was formed by e-beam evaporation of 3500 Å of gold through another shadow mask. The top metal layer consists of the ground-signal-ground coplanar waveguide (CPW) transmission line. The signal conductor is 100 μm wide, resulting in the test capacitor area of 100 x 100 μm². The pitch of the CPW is 150 μm.

Examples of the swept frequency scattering parameter S21 (ratio of output power to the input power in dB) values for silk polymer based resonant test structures are plotted in Figure 4. As shown in the figure each of the resonant test structure has a unique resonance frequency. These



devices are denoted as r4 c3 the row and with column number in the array of fabricated resonant test structures.

The resonant test structures were tested with different chemicals such as isopropanol, DI water, and by blowing air from one's mouth. The swept frequency scattering parameters were obtained for each of the measurements.

Figure 5:  A set of resonant test structures tested at room temperature. The devices tested were in the same row

Figure 6 shows responses for before and after introduction of ethanol, the test performed twice on a silk based resonant sensor. For this silk based resonant sensor, the reference capacitance was 1.65 pF before the introduction of the ethanol, and it changed to 1.83 pF after the introduction of ethanol. Similar effect is



DI
of  DI
across

before
Again,

change
in  this

observed for introduction of isopropanol and water. In the case of DI water, the introduction water resulted in a reduced shunt resistance the capacitor. Figure 6 shows the swept frequency response for the resonant sensor and after the introduction of isopropanol. there is a change in the capacitance from approximately 1.65 pF to 1.687 pF. The in capacitance is reproducible and quite small case.

Figure 6.  Silk biopolymer resonant test structure tested using ethanol. Note that the S21 shows changes in resonance frequency as well as

Note that the S21 shows changes in resonance frequency as well as amplitude. Apart from the resonance frequency and the magnitude of S21, phase of S21 is also a measurand for sensing applications. Figure 7 shows the swept frequency phase plot for the resonant test structure before and after introducing ethanol. One can clearly see that the phase variations around the resonance frequency are distinctly different before and after introduction of ethanol. Multiple measurands such as magnitude and phase of S21, resonant frequency, and magnitude and phase of S11 (ratio of the reflected power to input power) allows for the resonance

test structure to be highly sensitive and selective sensor. ***The phase variations around the resonance frequency show distinctive characteristics before and after introduction of ethanol.***

A

be

and

on



Figure 7. Silk biopolymer based resonant test structure tested using isopropanol. The curve indicated as "raw" is the one obtained before the chemical was introduced.

**Task 1 Pre-start-up:** Phase I analyte selection

point of discussion with DHS for Phase I demonstration is: 1) does the sensor have to specific or can it be capable of identifying a family of analytes (e.g. peroxide explosives) 2) what analytes are of most concern?  Based those discussions, we will pursue the preferred analye(s) in Phase I by designing

Figure 8:  Swept frequency phase of S21 for the same silk based resonant test structure as in figure 5.

and synthesizing the material for the MRE.

**Task 2:** Manufacture Varactor Sensor

The manufacturing of the varactor is established and does not present a significant risk. The capacitive test structures used in this study were fabricated on a two-inch wafer of high resistivity silicon (>10 kΩ.cm). The structure is made up of four distinct layers on the silicon wafer. The adhesion layer consists of 100 Å of chromium sputtered directly onto the silicon wafer. The patterned bottom metal layer was formed by e-beam evaporation of 7500 Å of gold through a shadow mask. The bottom metal layer consists of two ground lines shunted together by a 100µm wide conductor. The next layer is the polymer, which was deposited as a thin-film using the standard spin-coating technique. The NRE has to be placed on the device prior to the last manufacturing step. After spin-coating the polymer layer, the top metal layer was formed by e-beam evaporation of 3500 Å of gold through another shadow mask. The top metal layer consists of the ground-signal-ground CPW transmission line. The signal conductor is 100 µm wide, resulting in a test capacitor area of 100 X100 µm². The pitch of the CPW is 200µm.

A network analyzer and an on-wafer microwave probe station were used to measure the scattering parameters (S parameters) of the capacitive test structure. The S parameters were measured using the following procedure. First, the network analyzer and probe station were calibrated over the frequency range of interest (1–20 GHz) using a Line-Reflect-Reflect-Match calibration [16]. Then, the temperature of the thermal chuck was set to the desired value and the desired DC bias voltage was applied to the signal lead of the probe using a bias tee. Finally, the S parameters were recorded and saved.

**Task 3:** Response to environmental and sample conditions

In this task we will investigate the varactors response to temperature and other environmental conditions. At this early-stage little work has been performed on how the sensor responds to basic environmental and sample conditions.  We hypothesize that even though the equations that describe the signal production are not temperature dependent; the physical properties of the

material on the sensor platform may exhibit some response to environmental and sample conditions. Our first question to answer is how much fluctuation in the signals does a change in temperature produce?

A line of varactors will be placed in a small environmental chamber to control temperature. Some varactors will be uncoated and others will have various thicknesses of polystyrene which has a glass transition ($T_g$) temperature at 100°C. As the polystyrene approaches the $T_g$, the Young modulus ($\sigma = E\varepsilon$ $\sigma$ = Tensile stress; $\varepsilon$ = Tensile strain) and hardness will change dramatically. By observing the rate of signal change versus temperature, we will have an answer for polystyrene temperature effects. We will use other polymers like nylon 66 and polymethacrylate with different $T_g$s. We will then test the biopolymers that have been used in the prior section to observe their temperature effects.

**Task 4:** Identification of prospective materials for MREs
In this task we will investigate various prospective MRE material behavior and determine their applicability as recognition materials for a resonant biosensor. The physical mechanisms causing the dielectric tunability and the changes in tunability with increased temperature will be studied. Finally, this capacitive test structure is being used to investigate the relationship between applied voltage and dielectric property changes in the biopolymers.

Arrays of resonant sensors will be created with two resonant sensors having a distinct resonance frequency. One will be used as a reference and the other as a test sensor, with selective introduction of analytes/bio-chemicals. Effect of various external stimuli (temperature, voltage, and humidity) will also be studied for each of the biopolymer. Multitude of sensing layers (biopolymers, organic polymers, nanocomposites, multilayered polymer stack, etc) will be synthesized for effective sensing. Measurements of S-parameters with swept frequency S11, S21 being the most important parameters. The important measurands are the resonance frequency, amplitude and phase of S21 at resonance, amplitude and phase of S11. A plot of resonance frequency vs. % of analyte in the gas stream or in the liquid phase will be obtained for each of the analytes, and possibly with mixed analyte (2, 3, or more) system. The sensitivity and selectivity of the sensor may be obtained by calculating the slope of the curve. Also, it may be possible to compute the sensitivity and selectivity of the sensors using the first derivative of the phase of S21 as a function of frequency (d(theta)/df).

The measured S parameters are imported into the Applied Wave Research Microwave Office simulation package. First, an initial estimate of the electrical model parameters is made, using Eq. 1–4. Then, the electrical model for the test structure is tuned or optimized to match the S-parameters of the model to the experimental results across the frequency range. This procedure is repeated for each capacitive test structure at every bias voltage and temperature to find the specific values for the electrical model. Once the electrical equivalent parameters are accurately obtained, the dielectric properties of the biopolymers ($\varepsilon_r$ and tan$\delta$) can be calculated using Eqs. (1) and (2). New resonant test structures with perforated top electrodes will be utilized to create fringing fields for combining optical techniques with the RF/microwave fields. The perforated electrodes also allow for interaction of the analytes with the sensing layer as well.

**Task 5:** Investigate the response factors for various coatings such as layer-by-layer, self-assembly, and nanoinfused nanomaterials.

We hypothesize that this new technology can be combined with structured nanomaterials to produce new sensors. We have demonstrated that this platform is conducive to additional interrogative signals that will increase information resulting in decreased false positives. This device allows us to couple molecular effects (polarization, molecular motion, and optical energy transfer dynamics) to electronic stimulation and detection. This can be used in three ways: 1) the resulting coupling allows us to drive molecular motion in a controlled way, and 2) sensing changes in molecular motion allows us to detect molecular interaction electronically (e.g. observation of nanodomain collective properties), and 3) forced dynamic coherence will reduce sensor noise and permit lock-in signal averaging detection.

Our progression through these nanostructured materials will begin with self assembled monolayers which exhibit the highest level of molecular motion (swaying parallel to the surface), Layer-by-Layer (LbL) multilayer materials that exhibit some molecular motion in and between the layers, and nanoinfused polymers that exhibited very limited motion.   Besides investigating the fundamental physics of molecular motion, this sensor requires a less complicated molecular structured SAMs.  SAMs are chemically modified to create two functions, a specific binding site and a signal producing site (sometime the same site performs both functions).  The varactor only needs the specific binding site; although there may be interesting effects for optical contained SAMs.

Self-Assembled Monolayers
A big advantage of SAMs is their integration with a biological recognition element for development of biosensors (9-10). SAMs are stable and present a uniform surface structure whose monolayer thickness can be varied easily.  Biomolecule immobilization on a SAM requires very small amount of materials and specific analytes can be detected using various transducers. SAMs can help orient and control immobilization of biomolecules (11-13), prevent protein denaturation at an electrode surface and enhance biomolecule stability (14-15). For fabrication of a biosensor (16-23), specific immobilization of a biomolecule on a SAM surface is an important. Sometimes SAMs of thiols with peptides, proteins, carbohydrates or other biomolecules on the free end are not easy to fabricate.   SAMs modification can result in development of surfaces with large/complex ligands and molecules needed for biology and biochemistry (24-25). A SAM can be utilized to reduce non-specific binding and to minimize steric hindrance between molecule and its binding counterpart (26-27). These can be exploited to immobilize biomolecules in a defined manner and to improve sensitivity of biosensor (28-34). A new strategy has been demonstrated for specific and efficient immobilization of protein using semi-fluorinated SAM. The study reveals that such SAMs reduce non-specific protein adsorption and result in highly sensitive measurements with low limits of detection (35). Mixed SAM of biotinylated and ethylene glycol-terminated long-chain alkane thiol on Au surface can be employed for the immobilization of streptavidin (36).

Before going into specifics about the system to be tested, we need to describe how the sensor platform is constructed and what tests will be performed. Unlike an ITO or gold coated plate where total immersion of the plate into the modifying solution is allowed, the varactor will have to have the modifying solutions carefully placed on the sensing plate.  We do this with micropipets under

213

a microscope. Some spillage over the plate is allowed, but we do not want to expose the entire varactor layered stack to the solution. For example, a thiol solution used to modify a gold sensing surface would also attach to a gold surface elsewhere in the varactor. To complete the sensor the top structure is then added. There is some risk that some materials may not survive the last step although we have had success with the biopolymers tested so far. We will observe the various signal produced as a function of frequency applied to the varactor. If molecular motion varied by changing the frequency, then another level of selectivity control could exist. We would expect that a complexed SAM would be affected by the frequency differently than a noncomplexed SAM.

The common test is for a gold nanoparticle. In this case a gold nanoparticle attached to a thiol anchored long chain alkylthiol which in turn is modified to produce a terminal undecanoic acid will be tested using cadmium and lead ions as the analyte (7). This data will be compared to the other materials.

Test systems for our sensor would be streptavidin films immobilized using the biotin–thiol method and biotin–BSA (16). These systems have been used for both quartz crystalmicro-balance (QCM) and surface Plasmon resonance (SPR) systems. Studies suggest that streptavidin film assembled on the biotin–thiol-treated surface provides a better platform and results in more efficient DNA capture ensuring better sensitivity for DNA hybridization detection. To make the varactor sensor, a biotin-containing thiol mixture which 10% biotin-PEG disulfide and 90% 11-mercaptol-1-undecanol at a net concentration of 1mM in ethanol was left on the sensing platform overnight. Any excess solution that was not adsorbed onto the surface of the platform will be rinsed off with ethanol. After drying off the ethanol with nitrogen, the sensor will be ready for testing.

A second test system would be a SAM structure that was shown to be an effective cholesterol sensing material (20). A clean gold surface of the sensing element is reacted with 11-amino-1-undecanethiol hydrochloride in a 1 mM ethanol solution of 11-amino-1-undecanethiol hydrochloride for 24 h at room temperature. The SAM-modified gold plates are rinsed with ethanol and water several times and dried under a stream of nitrogen. This surface is then modified with drops of glutaraldehyde (0.1%) onto SAM containing varactor for about 2 h, after which these sensing elements were washed with water a number of times. Cholesterol oxidase is immobilized onto glutaraldehyde modified SAM sensing element by placing drops of cholesterol oxidase and keeping these for about 12 h at room temperature. The resulting SAM is washed with phosphate buffer (50mM, pH 7.0) to remove any unbound enzyme and was stored at 4 °C when not in use.

Layer-by-Layer Assemblies
Besides LbLs being more rigid than SAMs they also permit precise control of the thickness and architecture of the nanostructured multilayer by the deposition sequence. Therefore, we cannot only test for the molecular motion question but also test how the thickness of the sensing material affects signal levels. In a typical LbL process, a supporting substrate is dipped alternately in dilute aqueous solutions of oppositely charged polyelectrolytes. Immersion times typically are several minutes in the case of polyelectrolytes. Cyclic repetition of the above procedure produces thin films comprised of sequentially adsorbed layers of polycations and polyanions. The use of electrostatic attraction between oppositely charged molecules as the driving force for multilayer preparation is perhaps the most versatile and least sterically demanding fabrication method; however, formation of LbL assemblies also has been accomplished by other types of interaction,

for example hydrogen bonds (37), metal-ligand coordination bonds (38) and strong biospecific interaction (39).

Of importance in the present study is the control of the thickness and density of the deposit. The thickness of multilayer films can be controlled by the following ways. As suggested from the mode of preparation, the LbL multilayer thickness increases linearly with the number of pairs of oppositely charged components (40) The number of pairs that can be adsorbed can exceed 100 (41), and the thickness of a pair of components can be varied over the Angstrom to nm range (40). Thus, a wide range of total film thickness is attainable. LbL thickness is fine-tuned by control of such deposition conditions as the salt content, pH, and the polyelectrolyte concentration of the precursor solutions. Perhaps the most important of these is ionic strength. Lvov et al. (42) monitored the deposition of multilayer films consisting of polyvinyl sulfate, PVS, and PAH by small angle X-ray scattering. They found that the addition of small amounts of electrolyte to the PVS solution leads to an increase of the thickness of one layer pair from 13Å (0.01 mol/L NaCl) to 34 Å(0.9 mol/L NaCl). Lösche et al. (43) investigated multilayer films comprising polystyrene sulfonate, PSS, and PAH by neutron reflectometry. They found that the dependence of the equilibrium thickness, $d$, per layer pair on ionic strength, $I$, is linear, with a sensitivity, $\Delta d/\Delta I$=16 Å L/mol. The effect of salt content, which is similar to the well-known "rod-to-coil" transition of polyelectrolytes in solution, is due to screening of electrostatic charges on the polymer chain (42).

Again, a gold nanoparticle which is modified to produce a terminal undecanoic acid will be incorporated into an LbL structure and tested using cadmium and lead ions as the analyte (7). This data will be compared to the other materials.

For example, one question to ask; how does a well characterized layer-by-layer system behave as the molecular recognition element on this sensor platform? The MU lab used the LbL electrostatic deposition method to fabricate multilayer films of pentaerythritol-based metallodendrimer with RuII terpyridine subunits (RuDen) that has a positive charge and ds-DNA (ds, double-stranded) that has a negative charge due to its phosphate backbone. The absorbance at 263 nm varied linearly with the number of layer pairs in the range 1-6. This LBL was used to monitor the level of DNA damage caused by styrene oxide. In the prior work the assembly was on a glassy carbon electrode coated with a monolayer of aminobenzoic acid. The measurement was based upon the RuDen-catalyzed oxidation of sites, e.g. guanine, that are exposed when ds-DNA is damaged. The peak current at 1.07 V vs. Ag | AgCl in square wave voltammetry increases with incubation time for 30 min. The process was also monitored by the shift in the spectrum of a long period grating (LPG) fiber coated with (DNA | RuDen). A typical shift, which is due to changes in the refractive index of the coating, was 0.3 and 1.8 nm for 5 and 30 min exposures, respectively, using an algorithm that can measure a shift of $1 \times 10^{-4}$ nm (44).

We will use the same LbL material and observe the response of the new sensor to the introduction of styrene. The initial study will introduce the styrene to the sensor for a 5 min period and compare the changes between the sensor before and after the styrene introduction. As shown in the prior section, there are various signals that can be measured for the same sensor. Using similar approaches several known LbL biosensor systems will be investigated.

215

Another question we have is can the molecular motion that is produced by the applied frequency be used to enhance the sensor's performance. For years Lakowicz has demonstrated metal-enhanced fluorescence (MEF) and the significant changes in the photophysical properties of fluorophores in the presence of metallic nanostructures and nanoparticles. MEF is largely dependent on several factors, such as chemical nature, size, shape of the nanostructure, and its distance from the interrogating fluorophore (45). He used a LbL assembly to understand the distance dependence nature of MEF. They observed a maximum of a ~6-fold increase in the fluorescence intensity from a monolayer of the SRB at a distance of ~9 nm from the metal-nanostructured surface, with the enhancement decreasing down to ~1.5-fold at about a 30 nm separation distance. Consistently, the minimum lifetimes was about 4-fold shorter than those on glass slides without silver, with the lifetimes being about nearly the same for 15 layers of the PSS/PAH assembly.

We will use the same sulforhodamine B (SRB) assembled on the plasmonic nanostructured silver islands films surface. They controlled the distance between the fluorophores and the surfaces by controlling the number of layered pairs of polystyrene sulfonate (PSS) and polyallylamine hydrochloride (PAH). The SRB is electrostatically attached to the positively charged PAH layer. We will start with a single layer pair and observed whether increasing frequency on the capacitor changes molecular orientation. The varied proximity of Orientation of the SRB probe molecule adsorbed in PSS/PAH-layered assembly was determined by polarized absorption spectroscopy. The observed tilt angle of the probe transition dipole moment with respect to the surface normal was 40°.

The implication for biosensors is that the enhance fluorescence that can be realized which will improve detection limits. In addition, the study provides improved understanding of the interaction between plasmonic nanostructures and fluorophores and, more importantly, their distance dependence nature when using a robust, easy, and inexpensive alternate electrostatic LbL assembly as a bottom-up nanofabrication technique to control the probe distance from the surface.

Nanoinfused Materials

The nanoinfusion process provides an unprecedented opportunity to design new functional nanostructured materials in order to better investigate electron transfer, and chemical reaction mechanisms (46-49). Our interest in this material for this study is that the molecular motion of the analyte specific element in the polymer has very restricted molecular motion. The process deposits/grows nanoparticles in the free volume of the polymer. This process occurs when the ambient gas that resides within a polymer's free volume is evacuated which allows other reactive gases to transfer into this space with little difficulty as long as the precursor molecules are sufficiently small enough to easily diffuse into the free volume space. In essence, the polymeric matrix acts as a 3-dimensional molecular template that controls: 1) the amount of organometallic or inorganic precursor that can be added and 2) the physical structure and size of the molecular network that is subsequently formed. Following evacuation, the molecular free volume of the polymer is filled with a gaseous precursor (organometallic or inorganic CVD compound) and is then treated chemically, thermally, or photolytically to convert the precursor molecules to metal nanoparticles or to create an interpenetrating network of organic or inorganic chemical functionality within the polymer's bulk free volume. This results in the formation of nano-scale particles and/or networks having mono-dispersed size distributions close to 1 with controlled sizes

216

ranging from 5nm to ~100nm within the host's polymer free volume. Of importance to biosensors is that molecular recognition elements can added to the nanoparticles and in case like fluorescence, the nanodomain enhancement properties can be utilized.

Again, a gold nanoinfused nanoparticle will be modified to produce a terminal undecanoic acid and will be tested using cadmium and lead ions as the analyte (7). This data will be compared to the other materials.

**Task 5:** <u>Test Sensor System</u>
After laboratory testing the device will be tested inside a container where a controlled released of the analyte will be performed. We will evaluate the response, detection levels, and long terms stability over a 21-day period. Successful results would be that we meet or exceed DHS's stated requirements in the BAA.

**Statement of Work, Schedules, Tasks, and Milestones**

| Task | Start-up | Q1 | Q2 | Q3 | Q4 | Milestones |
|------|----------|----|----|----|----|------------|
| 1 | | | | | | Analyte Identified |
| 2 | | | | | | Manufacturing Routine |
| 3 | | | | | | Material — environmental response understood |
| 4 and 5 | | | | | | MRE toolbox filled with multiple material options |
| 6 | | | | | | Successful Test |

**Deliverables**

Phase I deliverable is working CBRNE sensor for particular analyte of family of analytes that has met the DHS's requirement for container surveillance.

**Management Plan**
IDCAST has established effective management that will be implemented for this project. IDCAST financially invests in innovative projects that clearly lead to commercial products. As a result, an advisory team (academic, industry, government) will oversee the strategic and tactical plans for the project with quarterly evaluation of the research and integrative elements. They will be given the task to initiate new lines of research and terminate support for less effective ones.

**Risks Mitigation Plan**

| Task | Risk | Planned Mitigation | Risk Level | Alternative Approach |
|------|------|--------------------|-----------|----------------------|
| Task 1 | | | | |
| Task 2 | Manufacturing Varactor | | Low | None |
| Task 3 | MRE placement | Alternative anchoring materials | Medium | Place recognition material in more Stable support |
| Task 4 | Environmental Response | Change anchoring materials | Medium | Change anchoring materials It will be comprise among stability, signal, specificity |
| Task 5 | Specificity versus selectivity | Losing specificity to acquire satisfactory operational parameters | Dependent on CBRNE area, medium to high | Change to another capture agent if available |
| Task 6 | Sensor meets all DHS requirements | Continued development | Medium to High | Change materials |

**Facilities**

The IDCAST collaborators have extensive laboratory space at their universities. The IDCAST facilities now house over 100,000 sq. ft. of research space. Equipment available for this project includes: Jeol High Resolution TEM, Zeiss SEM, NMR (300, 500, 600, 850 MHz), Horiba photon counting/lifetime Fluorimeter, UV-Vis, TGA-DSC, LC-MS, GC, LPG, Autoclave, Various ovens/furnaces, Plasmon Sputterer, Nanoinfusion reactor, LC, IC, Electrochemical stations, Rapid Stop-flow system, MALDI-TOF/TOF, BET, AFM, Reflectance spectrometer, Raman (with microscope), IR (with microscope), and a microwave synthesis system. The Nanoscale Engineering Science and Technology (NEST) Center, a joint effort between the University of Dayton Research Institute (UDRI), the School of Engineering and the College of Arts and Sciences, will be utilized for the fabrication of the sensors, actuators and electronics. This facility consists of a 1200 sq. ft. clean room with modern fabrication and lithography equipment, such as an IR backside aligner, multiple-target magnetron sputtering system, Inductively Coupled Plasma (ICP) etcher, and Plasma enhanced Chemical Vapor Deposition (PECVD). It also includes characterization facilities such as Atomic Force Microscopy (AFM) and Ultrasonic AFM (UAFM). There is a modular clean room with a large area pulsed laser deposition system, and a dc/rf sputtering system. Co-PI GS also has a measurements lab where he has an on-wafer probe station with a temperature-controlled wafer chuck, and the ability to characterize sensors and actuators using DC/AC/RF/ and Microwave signals. A DC voltage of up to 5000 V can be applied

with a current limit of up to 10 mA. A wireless sensor measurement set up is currently being set up.

**Requirements for Government-furnished Resources**

A discussion about whether there are any analytes that the government wants to determine specifically as opposed to nonspecific.

# TEAM EXPERTISE / PAST PERFORMANCE

## Volume II:

### *ATPG Technology, LLC:*

1. **Larry Golden; Chief Executive Officer (CEO)**
2. **Bernell King-Ingram; Executive Assistant / VP of Operations**
3. **Douglas P. Schmieding; Certified Public Accountant (CPA)**

### *Enabling Technologies Inc.:*

1. **Harold P. Kimball Jr.; President**
2. **Doug E. Cumbie; Computer & Electrical Engineer**

### *IDAST:*

1. **Gilbert E. Pacey, Ph.D**
2. **Guru Subramanyam, Ph.D**
3. **Wolfgang U. Spendel, Ph.D**
4. **William H. Steinecker, Ph.D**
5. **James A. Cox, Ph.D**

## LARRY GOLDEN, CEO

Inventor; Owner / Chief Executive Officer of ATPG Technology, LLC, a Research and Development Company. Primary focus is to provide solutions for preventing terrorism.

**Educational:**
Certificate Program, Tax Preparation, H&R Block, Mauldin, SC, 1998
Certificate, Small Business Administration, Greenville Technical College, Greenville, SC, 1995
Certificate, Small Business Development, Phyllis Wheatley Center, Greenville, 1994
Industrial Management Degree, Piedmont Technical College, Greenwood, SC, 1990
Accounting Degree, Piedmont Technical College, Greenwood, SC, 1987
Marketing Degree, Piedmont Technical College, Greenwood, SC, 1985
Management Degree, Piedmont Technical College, Greenwood, SC, 1983
Management Study, Benedict College, Columbia, SC, 1980

**Professional Experiences:**
Chief Executive Officer, ATPG Technology, LLC, Mauldin, SC, 2006 to present
CEO & Chairman of the Board, ATPG Corporation, Mauldin, SC, 2006 to present
General Manager, Financial Independence Group, Inc., Mauldin, SC, 2005 to 2009
Financial Advisor, Morgan Stanley, Greenville, SC, 2005
Chief Operating Officer, Budget Solutions, LLC, Mauldin, SC, 2002 to 2006
Regional Vice-President, Primerica Financial Services, Mauldin, SC, 1990 to 2005
Industrial Engineering Specialist, McCrory's Distribution Center, Clinton, SC, 1989 to 1990
Supervisor, McCrory's Distribution Center, Clinton, SC, 1986 to 1989

**Publications:**
Published October, 2007 "Multi-Sensor Detection and Lock Disabling System", (patent #: 7385497)
Published March, 2009 "Multi-Sensor Detection, Stall-to-Stop, and Lock Disabling System", (patent application #: 12/155573); Notice of Allowance for Issuance as a Patent, Nov. 4, 2009

**Funding:**
South Carolina EPSCOR/IDEA; $3,000 award for proposal preparation, 2006
South Carolina EPSCOR/IDEA; $5,000 award for proposal preparation, 2008

**Licenses:**
Series 26; Investment Company Principal, 13 years
Series 6; Investment Company Representative, 14 years
Series 63; Uniform State Law, 14 years
(Highest level of Assets under Management; $14,000,000 dollars)

**BERNELL KING INGRAM, CEG**

Owner / Personal and Business Coach of Visions International, a professional coaching practice partnering with professionals, entrepreneurs and mid to upper-level executives to live them build upon their strategic goals and plans.

**Educational:**
Language and International Trade • Japanese, Bachelors of Arts
Clemson University, Clemson, SC 2000
GPA 3.54/4.0 - Cum Laude

*Languages*
English – Native
Japanese – Upper Intermediate
German – Beginner

*Study Abroad*
Richmond University, Shizuoka, Japan (Japanese Language & Culture)
September 1999 - December 1999
GPA 4.0/4.0

**Professional Experiences:**
Certified Teacher Trainer, TESOL/TEFL/TESL
Tri-County Technical College, Pendleton, SC, July 31, 2009
Certified NxLevel Trainer; NxLevel.org, Charleston, SC, July 31, 2009
Coach U, Coachinc.com;   Core Essentials Fast Track Program Graduate, Dec 2006
Associate Certified Coach (ACC); International Coach Federation (ICF), Dec 2009
Associate Certified Coach (ACC);  International Coach Federation (ICF), Dec

**Publications:**
Author:  King, Bernell. The Visionary's Guide to Small Business Development. Greenville, SC, USA:  Visions International, 2005.

**Funding:**
South Carolina Business Initiative (formerly SC Women's Business Center), South Carolina; Business Consultant and Regional Manager, October 2007 – September 2009
In two years of part-time operation and leadership, the Upstate office grew to be the top producing office of the state-wide operation with over 200 clients consulted resulting in over 37 new businesses started, over 56 jobs created, over $5.6 Million change in sales, over $433K existing business growth in sales, over $189K SBA and Bank loans received, over $269K owners' investments and over $3K other investments.

## DOUGLAS P. SCHMIEDING, CPA

Doug graduated from Winthrop University in 1981. He joined Jennings Cook and Company, Certified Public Accounts (CPAs) in 1989 and has 30 years of experience in public accounting. He currently is serving as the accounting and auditing partner.

### Jennings Cook and Company

Jennings Cook & Company, CPAs, P.A., is one of the oldest CPA firms in the Greenville, South Carolina, area. We have been committed to providing quality personal service to our clients since 1965. Our success is based on our clients knowing that we are always available to them and that they are very important to us.

The staff of Jennings Cook & Company consists of six CPA's, seven staff accountants, and two clerical employees.

### CONSULTING AND MANAGEMENT ADVISORY SERVICES
- Business management consultation
- Assistance in developing accounting systems and controls
- Preparation of business valuations
- Litigation support services
- Computer software selection and installation

### ACCOUNTING AND AUDITING
- Preparation of compiled, reviewed and audited financial statements
- Monthly bookkeeping services, including payroll tax reporting
- Performance of agreed-upon procedures
- Preparation of budgets, forecasts and projections
- Review of internal controls

### ESTATE AND TRUST SERVICES
- Personal Representative Services
- Trustee Services
- Probate Filings

### INCOME TAXES
- Preparation of individual income tax returns - federal and all states
- Preparation of business entity income tax returns - federal and all states
- Preparation of estate income tax returns - federal and all states

**HAROLD P. KIMBALL Jr.**

Enabling Technologies, Inc. (ETI), President
Software Functional Manager / Senior Software Developer Support Systems Associates, Inc. (SSAI), Warner Robins, Georgia

**Education:**
Bachelor of Science in Computer Science, 1990, Mercer University, Macon, Georgia
Associate of Science in Computer Science, 1987, Macon College, Macon, Georgia

**Technical Skills**:
Machines: PCs, SUN, VAX, Alpha
Operating Environments: UNIX, VMS, MS-DOS, Novell Netware, Windows 95 & NT Software:
Sybase, ORACLE, Advantage, FoxPro, Microsoft Word, TBBS bulletin board
Languages: Delphi, SQL, Ada, C, Assembly, Pascal, FoxPro, Pro*C, PL/SQL

**Experience and Accomplishments:**
- Manager *I* Lead Developer for the Digital Mapping Interface System (DMIS)
- Manager / Lead Developer for the AC-130H Gunship Part Task Trainer (pIT).
- Lead Developer for re-engineered Linux based APG-150 Control Unit, AC-130H Gunship
- Designed and coded software (desktop and web) for the C-141 Parts Application Program Indenture (API).
- Designed and coded a Delphi application to manage the AC-130H Gunship's Electrical Load Analysis (ELA) database.
- Designed and coded software for the Integrated Database. The database which uses SQL Server 7.0 tracks Tech Order production by using Work Breakdown Structures
- Designed and coded the Data Replication module for Tracker plus
- Designed and coded the Create Company and Import modules for Tracker plus
- Designed and coded Delphi applications to monitor, save and decode ML-STD-1553 messages
- Designed and coded a Delphi application to track drawings and the fabrication of assemblies for the C-(4) test bench
- Designed and coded the Operational Flight Program (OFP) for the AC-130H Gunship's re-engineered A VQ-19 L TD/R Control Indicator Unit
- Developed a MIL-STD-1553B application in Delphi to load and verify the Display Generator Unit (DGU) OFP for the AC-130H Gunship
- Developed a Delphi application to capture and analyze MIL-STD-1553B data.
- Developed a Windows based Control Display Unit (CDU) simulator in Delphi for AC-130H Gunship crews

**DOUG ERWIN CUMBIE**

Enabling Technologies, Inc. (ETI); Computer & Electrical Engineer

**Education:**
BS, Electrical Engineering, University of West Florida, 2007
BS, Computer Engineering, University of Central Florida, 2001

**Job-Related Skills:**
- C and C++ programming (Bortand C++ Builder 6).
- C# (MS Visual Studio 200312005 - desktop and mobile devices)
- Java language (Borland JBuilder, JCreator)
- VHDL knowledge, MC68HC11 microcontroller assembly language
- ASP, VBScript, JavaScript, HTML, SOL, MySOL (Macromedia Dreamweaver)
- PSpice (circuit design), LogicWorks (digital circuit design)
- BASIC, OBasic
- DOS, Windows 9812000IXP, Unix
- Embedded systems

**Experience and Accomplishments:**
- Developed version 3.0 to 5.0 of the Digital Mapping Interface System for Gunships (DMISG) moving map software for AC-130H and AC-130U model gunships.
- Assisted in the development of a moving map software application for a Pocket PC handheld device.
- Software development of the Mil-Std 1553B portion of an AC-130H Navigation and Fire Control Tester computer.
- Developed EEPROM programmer and zymology tester for AC-130H Display Generator Unit
- Software development olathe AC-130H Gunship GPS Trainer
- Assisted in the engineering design and development of the AC-130H Gunship Gun Tester

**Independent Projects:**
Handheld Wireless GPS Tracking Device: Designed and developed with one team member for undergraduate electrical engineering senior design course. The device consisted of a GPS module, microcontroller, LCD display, and a long-range wireless transceiver integrated into a battery powered, portable handheld unit.
UAV Ground Station: Developed a ground control system for communicating with a remote unmanned aerial vehicle. Project was developed for the ECAAT UAV team of the University of West Florida. The software application utilizes a wireless link to provide a real-time display of the UAV's present position and onboard system information on a laptop computer. Additional features developed and currently in progress include: waypoint uploading and modification, target information upload, and manual override

**GILBERT E. PACEY, Ph.D.**

CBRNE Coordinator IDCAST
Professor, Director; Miami University Center for Nanotechnology, Department of
Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 513-529-2875 e-mail paceyge@muohio.edu

**Education:**
Bradley University, BA 1974
Loyola University of Chicago, Ph.D. 1979

**Professional Experiences:**
Assistant Professor, Loyola, University of Chicago (1978-1979)
Assistant Professor, Miami University (1979-1984)
Associate Professor, Miami University (1984-1989)
Professor, Miami University (1989- )
Associate Dean for Research and Scholarship (2003-2008)
Associate Director, Molecular Micro-Spectroscopy Laboratory (1983-1988)
Director; Ohio Micromachining Analytical Chemistry Consortium (1997-2001)

**Publications:**
112. Anita R. Taulbee, Justin A. Heuser, Wolfgang U. Spendel, Gilbert E. Pacey, "Qualitative Analysis
     of Collective Mode Frequency Shifts in L-alanine using Terahertz Spectroscopy", Anal. Chem.,
     2009, 81(7), 2664-2667.
111. Sean D. Puckett, Gilbert E. Pacey, "Detection of Water in Jet Fuel Using Layer-by-Layer Thin Film
     Coated Long Period Grating Sensor", Talanta, 2009, 78, 300-304.
110. Justin Heuser, James Moller, Wolfgang Spendel, and Gilbert Pacey, "Aqueous Foam Drainage
     Characterized by Terahertz Spectroscopy", Langmuir, 2008, 24(20), 11414-11421.
108. J.A. Heuser, W.U. Spendel, A.N. Pisarenko, C. Yu, M.J. Pechan, and G.E. Pacey, "Formation of
     Surface Magnetite Nanoparticles from Iron-Exchanged Zeolite using Microwave Radiation", J.
     Mater. Sci., 2007, 42, 9057–9062.
107. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, "Oxidation of a Phospholipid an
     Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with Cyclodextrin,
     Electroanalysis", Electroanalysis", 2007, 19, No. 2-3, 139 – 143.
106. Burns, Carolyn A.; Ward, K.; Spendel, Wolgang U.; Pacey, Gilbert E. "Ionic Strength Effects on
     Gold Nanoparticle Surface Plasmon Resonance," Talanta, 2006, 69, 873-876.

**Funding:**
Dr. Pacey has 30 years' experience managing research projects at MU and the last 5 directing all
MU research and external funding, intellectual property, and compliance issues. He is currently
the CBRNE Sensors Coordinator for the Institute for the Development of Advanced Sensor
Technology, IDCAST, which is a $28 million Ohio Third Frontier Wright Center for Innovation
focused on sensor development. He is currently funding in THz spectroscopy and imaging (NIH)
and CBRNE sensing (million Ohio Research Scholar).  He has a career funding record (fund just
for his group) exceeding ten million dollars.

# GURU SUBRAMANYAM, Ph.D.

Professor, Electrical & Computer Engineering, University of Dayton
Phone: 937-229-3188; Fax: 937-229-4529, E-mail: Guru.Subramanyam@notes.udayton.edu

## Education:
PhD in Electrical Engineering, University of Cincinnati, 1993
MS in Electrical Engineering, University of Cincinnati, 1988.
BE in Electrical & Electronics Engineering, University of Madras, 1984, (First Class).

## Work Experience:
August 2008- current: Professor, Dept. of ECE, University of Dayton, Dayton, OH.
August 2002-2008: Associate Professor, Dept. of ECE, University of Dayton, OH.
August 1998-2002: Assistant Professor, University of Dayton, Dayton, OH.

## Publications (From more than 100 total publications)

- G. Subramanyam, C.M. Bartsch, J. G. Grote, R. R. Naik, L.L. Brott, M. Stone, and A. Campbell, "Effect of external electrical stimuli on DNA-based biopolymers", NANO journal,
- C. M. Bartsch, G. Subramanyam, J. G. Grote, F. K. Hopkins, L. L. Brott, and R. R. Naik, "A new capacitive test structure for microwave characterization of bio-polymers", Microwave and Optical Technology Letters, vol. 49, no.2, pp. 1261-65, June 2007.
- G. Subramanyam, E. Heckman, J. G. Grote, and F. K. Hopkins, "Characterization of DNA based polymers for microwave photonics applications", IEEE Microwave and Wireless Technology Letters, vol. 15, no.4, pp.232-234, 2005.
- G. Subramanyam, E. Heckman, J. G. Grote, F. K. Hopkins, et al., "Marine DNA derived polymers for microwave photonics applications", Microwave and Optical Technology Letters, vol.46, no.3, pp. 278-282, August 2005.
- G. Subramanyam, F. Ahamed, R. Biggers, "Si MMIC compatible ferroelectric varactor shunt switches", IEEE Microwave and Wireless Component Letters, pp. 739-741, November 2005.

**Funding:** Recent Research on voltage tunable dielectrics and biopolymers: Has been a Principal Investigator (PI) in several funded projects with AFRL, AFOSR, DARPA, NASA, NSF, and Ohio Board of Regents Research Challenge Grants. Total funding as a PI exceeds $1,500,000 to date. Thin film barium strontium titanate (BST) varactor technology developed by Professor Subramanyam has been licensed by a company (Inventis Corp) resulting in a new start-up Analog Bridge Inc.
.

## Recent Collaborators:
Felix A. Miranda, Fred W. Van Keuls, Robert R. Romanofsky, Carl Mueller, Joseph Warner (NASA Glenn Research Center, Cleveland, OH).
Dale Stevens, Chris Bozada, Keith Stamper, Gregory Creech, Tony Quach, Robert Neidhard, Edward Nykiel, Mark Calcatera, Rebecca Cortez, John Ebel, Richard Strawser, Ross Detmer and Steve Schneider (WPAFB, AFRL Sensors Directorate). Rand Biggers (Late), Angela Campbell, James Grote, Ken Hopkins, Rajesh Naik, and Lawrence Brott (WPAFB, AFRL Materials and Manufacturing Directorate), Morley Stone (AFRL Human Effectiveness Directorate)
Perry Yaney, Terry Murray, Joseph Haus, Andrew Sarangan, Qiwen Zhan, Elena Guiliants (University of Dayton).
R. Ramesh (UC Berkley), T. Venkatesan, S. Aggarwal, and C.L. Canedy (University of Maryland)
C.L. Chen (University of Texas, San Antonio), P. Boolchand (University of Cincinnati), S. Dey (Arizona State University), R. Katiyar (University of Puerto-Rico).

**WOLFGANG U. SPENDEL, Ph.D.**

Research Scientist IDCAST/Miami University Center for Nanotechnology, Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 513-529-8081 e-mail spendewu@muohio.edu

**Education:**
Ph.D. Physical Chemistry, Pennsylvania State University, State College PA, 1978
BS Chemistry, Grand Valley State College, Allendale, MI, 1974
Electronics Design Associates Degree, Cleveland Institute of Electronics, 1994

**Work Experience:**

| | |
|---|---|
| Miami University, Ohio - Research Associate, Industry Liaison | 2003 |
| IMP Inc. (Consulting Position) Advanced Technology Development | 2002 |
| Procter & Gamble, Cincinnati, OH | 1978 - 2002 |

Principal Scientist - Research and development leader responsible for technology development and project management. Principal Scientists selected as the top 5% of the P&G's R&D staff.

| | |
|---|---|
| Temple University, Philadelphia, PA. - Post-Doctoral Fellow | 1978 |
| United States Marine Corps | 1966 – 1970 |

**Publications/Patents:**
1. Justin Heuser, James Moller, Wolfgang Spendel, and Gilbert Pacey, "Aqueous Foam Drainage Characterized by Terahertz Spectroscopy, Langmuir, 2008, 24(20), 11414-11421.
2. Heuser, J. A., Spendel, W. U., Pisarenko, A. N., Yu, C., Pechan, M. J., Pacey, G. E., Formation of surface magnetite nanoparticles from iron-exchanged zeolite using microwave radiation; J. Mater. Sci., 42, 9057 – 9062, 2007.
3. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, Oxidation of a Phospholipid at an Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with Cyclodextrin, Electroanalysis, 19, 139-143, 2007.
4. S.D. Puckett, J.A. Heuser, J.D. Keith, W.U. Spendel, and G.E. Pacey, "Interaction of Ozone with Gold Nanoparticles", Talanta (2005), 66(5), 1242 – 1246
5. Burns, C.; Spendel, W. U.; Pacey, G. E.; "Solution ionic strength effect on nanoparticle solution color transition"; Talanta (2006), 69(4), 873-876
6. U. S. Patent Compositions containing modified chitosan for fabric treatment (coinventor J. L. Moe, 2002)
7. U. S. Patent Modified starch-based polymer-containing fabric care compositions and methods employing same (coinventor J. L. Moe, 2001)
8. U. S. Patent: Method for Making Soft Tissue Paper Using Polysiloxane Compound (patent no. 5,164,046; coinventor R. S. Ampulski).
9. U. S. Patent: Method for Highly Efficient Laundering of Textiles (patent no. 4,489,455; Dec. 25, 1984)
10. U. S. Patent: Apparatus for Highly Efficient Laundering of Textiles (patent no. 4,489,574; Dec. 25, 1984)

**WILLIAM H. STEINECKER, Ph.D.**

IDCAST Research Scholar
Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 937-285-4814, Fax: 513-529-5715, e-mail steinewh@muohio.edu

**Education and Training:**
Miami University, BS 2001
University of Michigan, MS 2003
University of Michigan, Ph.D. 2006

**Professional Experiences:**
Undergraduate Student Research Assistant, Miami University (1998-2001)
Graduate Student Instructor, University of Michigan (2001-2002)
Graduate Student Research Assistant, University of Michigan (2001-2006)
Post-Doctoral Researcher, Schlumberger-Doll Research (2006-2008)
Research Scientist, Schlumberger: Oil phase DBR (2008)

**Publications:**
1. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Comparison of the Biphasic and Single Phase Synthesized Gold Nanoparticles as Vapor Sensing Chemiresistors." In preparation.
2. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Selective Detection of Environmental Tobacco Smoke Marker Compounds with Gold Nanoparticle Sorptive Sensors." In preparation.
3. Kaanta, B.C.; Chen, H.; Lambertus, G.R.; Steinecker, W.H.; Zhdaneev, O.; Zhang, X. "High Sensitivity Micro-Thermal Conductivity Detector for Gas Chromatography," Proceedings of IEEE MEMS '09, **2009**, page numbers not yet available.
4. Zhong, Q.; Steinecker, W.H.; Zellers, E.T. "Characterization of a High-Performance Portable GC with a Chemiresistor Array Detector." The Analyst, **2009**, 134(2), 283-293.
5. Kim, H.; Steinecker, W.H.; Lambertus, G.R.; Astle, A.A.; Najafi, K.; Zellers, E.T.; Washabaugh, P.D.; Bernal, L.P.; Wise, K.D. "Micropump-Driven High-Speed MEMS Gas Chromatography System." Proceedings of Transducers '07, **2007**, 1505-1508.
6. Steinecker, W.H.; Rowe, M.P.; Zellers, E.T. "Model of Vapor-Induced Resistivity Changes in Gold-Thiolate Monolayer-Protected Nanoparticle Sensor Films." Anal. Chem., **2007**, 79(13), 4977-4986.
7. Zhong, Q.; Veeneman, R.A.; Steinecker, W.H.; Jia, C.; Batterman, S.A.; Zellers, E.T. "Rapid Determination of ETS Markers with a Prototype Field-Portable GC Employing a Microsensor Array Detector." J. Environmental Monitoring, **2007**, 9(5), 440-448.
8. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Exploiting Charge-Transfer Complexation for Selective Measurement of Gas-Phase Olefins with Nanoparticle-Coated Chemiresistors." Anal. Chem., **2007**, 79(3), 1164-1172.

**JAMES A. COX, Ph.D.**

Professor of Chemistry, Department of Chemistry and Biochemistry, Miami University, Oxford, OH 45056

**Educational:**
Ph.D. 1967 Chemistry University of Illinois
BS Chemistry. 1963 Chemistry University of Minnesota

**Professional Experiences:**
1994-present Professor Miami University
1987-1994 Professor and Chair Miami University
1967-1986 Professor (Ass't - Full) Southern Illinois University Carbondale
1967-1969 Research Associate University of Wisconsin Madison (50%)
1967-1969 Lecturer University of Wisconsin Madison (50%)

**Publications (156 Total)**

1. A.Z. Ernst, S. Zoladek, K. Wiaderek, A. Kolary-Zurowska, K. Miecznikowski, P.J. Kulesza, J.A. Cox, Network Films of Conducting Polymer-Linked Polyoxometalate-Modified Gold Nanoparticles: Preparation and Electrocatalytic Reactivity Toward Hydrogen Peroxide, Electrochimica Acta 53, 3924-3931, 2008.
2. A.Z. Ernst, L. Sun, K. Wiaderek, A. Kolary, S. Zoladek, P.J. Kulesza, J.A. Cox, Synthesis of Polyoxometalate-Protected Gold Nanoparticles by a Ligand-Exchange Method: Application to the Electrocatalytic Reduction of Bromate, Electroanalysis, 19-20, 2103-2109, 2007.
3. M.M Wandstrat and J.A. Cox, Preconcentration and Determination of a Phospholipid at a Surface Modified by Layer-by-Layer Assembly, Electroanalysis, 19, 49-54, 2007.
4. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, Oxidation of a Phospholipid at an Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with Cyclodextrin, Electroanalysis, 19, 139-143, 2007.
5. D.V. Ca, L. Sun, J.A. Cox, Optimization of the Dispersion of Gold and Platinum Nanoparticles on Indium Tin Oxide for the Electrocatalytic Oxidation of Cysteine and Arsenite, Electrochimica Acta, 51, 2188-2194, 2006.

# *LICENSI1NG ACTIVITIES CAN INCLUDE LITIGATION*

Licensing activity that is supported by litigation costs can be sufficient to show substantial investment in exploitation, so long as the litigation is tied directly to the patent at issue and the litigation is reasonably tied to licensing, which can be evidenced by attempts to extract a license prior to litigation. Thus, it is recommended to spend money and specifically document fees associated with sending demand letters to some potential infringers that specifically request or offer to negotiate a royalty license.

Congress amended the Tariff Act in 1988 to read as shown above. In light of the purpose underlying the 1988 amendment to section 337, the Commission has consistently ruled that a domestic industry can be found based on licensing activities alone. See, for example, *Certain Integrated Circuits, Chipsets, and Products Containing Same Including Televisions, Media Players, and Cameras*. In those cases, the Commission has held that subparagraph (C) requires a showing of substantial licensing activities related to the asserted patent in order to support a finding as to the existence of a domestic industry based on licensing.

## TWELVE YEARS OF LICENSING ACTIVITIES
## THAT INCLUDE LITIGATION

**Judge Braden, in the United States Court of Federal Claims, *Golden v. United States*, Case No. 13-307C "Memorandum Opinion and Order Denying the Government's Motion to Dismiss, Dkt. 94, filed 11/30/16**

Judge Braden, in the United States Court of Federal Claims, *Golden v. United States*, Case No. 13-307C "Memorandum Opinion and Order Denying the Government's Motion to Dismiss, Dkt. 94, filed 11/30/16, fully described when a product is considered "manufactured" and is "suitable for use". In *FastShip, LLC v. United States*, the U.S. Court of Appeals for the Federal Circuit held that to be "manufactured" under 28 U.S.C. Section 1498, an accused product must include each claim limitation so it is "suitable for use".

"The February 12, 2016 Amended complaint identifies over thirty devices that were developed or procured, as a result of Government solicitations, Government contracts, or National Science Foundation ("NSF") grants. 2/12/16 Am. Compl. at ¶¶ 68-127. The relevant devices are: M-Lock; High-Power Electromagnetic System ("HPEMS"); Smartphone Microscope; Biophone; Smartphone Biosensor Cradle; iPhone Biodetector Smartphone; Pathtracker; the Center of Integrated Nanomechanical Systems ("COINS") Nano-Embedded Sensors; Smartphone-Based Rapid Diagnostic Tests; Lockheed Martin K-Max Unmanned Self-flying Helicopter; Boeing MH-6 Little Bird Helicopter; SIN-VAPOR I Smartphone System; Samsung Galaxy s6 Microscope Smartphone; VOCket System; Nett Warrior Smartphone System; Northrop Grumman X-47B UCAS I X-478 Control Display Unit; GammaPix; NFC Samsung Galaxy s6 Smartphone Sensor; Cell-All Synkera MikroKera Ultra; Biotouch System; iPhone Biodetector Smartphone; Navy Marine Corps Intranet; FLIR identiFINDER R300; AOptix Stratus MX Peripheral; MultiRae Pro Wireless Portable Multi Threat Radiation and Chemical Detector; PositiveID's M-BAND; PositiveID's Firefly DX; 1"x2" Detection Device Samsung Galaxy s6 Smartphone; 2"x2" Detection Device Samsung Galaxy s6 Smartphone; NetS2 SmartShield G300 Radiation Detector Samsung Galaxy s6 Smartphone; NetS2 SmartShield G500 Radiation Detector Samsung Galaxy s6 Smartphone; and the Passport Systems Base Control Unit; Oshkosh Defense Autonomous Unmanned Ground Vehicle TerraMax; and the Variable NODE+Oxa. 2/72/76 Am. Compl. at, ¶¶ 68-127."

"The February 12, 2016 Amended Complaint's NFC claims also allege sufficient facts to plausibly establish that the use of the accused devices was "with the authorization or consent of the Government." Authorization or consent can be implied from the circumstances, "e.g., by contracting officer instructions, [or] specifications or drawings which impliedly sanction and necessitate infringement." *Hughes Aircraft Co.*, 534 F.2d at 901. For example, in *TVI Energy Corp.*, the [] Federal Circuit held that the Government impliedly sanctioned the use of a patented invention when it issued a solicitation that required bidders to submit for inspection, and perform live demonstrations of, the accused device. *See TVI Energy Corp., 806 F.2d at 1060.*"

"Government funding of research that will lead to the development and testing of an accused device supports a reasonable inference that the Government impliedly sanctioned infringing activity."

"The relevant [awards] are being used to develop: "a portable smartphone attachment that can be used to perform sophisticated field testing to detect viruses and bacteria," 2/12/16 Am. Compl. ¶78; "[a device] that derives biological signals from your smartphone's accelerometer ... [and] [t]his information is useful to base medical diagnoses in real-life conditions and to help track chronic health condition and effects of therapeutic interventions," 2/12/16 Am. Compl. ¶80; "a cradle and app for the iPhone to make a handheld biosensor that uses the phone's own camera and processing power to detect any kind of biological molecules or cells," 2/12116 Am. Compl. ¶92; a handheld instrument to help contain the spread of Ebola, HIV,

Tuberculosis, and Malaia, 2/12/16 Am. Compl. ¶102; "[a portable device for] real-time detection of explosives, toxicants, and radiation," 2/12/16 Am. Compl. ¶122; "highly sensitive rapid medical diagnostic tests," 2/12/16 Am. Compl. ¶126."

"Viewed in the light most favorable to Plaintiff, the February 12, 2016 Amended complaint alleges sufficient facts to raise a plausible right of relief under section 1498(a). See *Iqbal*, 556 U.S. at 677. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." "For the reasons discussed herein, the Government's June 24, 2016 Motion to Dismiss Certain Devices, pursuant to RCFC 12(b)(1) and 12(b)(6), is denied."

**Since Judge Bruggink's decision in *Golden V. Us* Case No. 13-307C; Twelve Federal Judges determined the United States has allegedly infringed Golden's Patented Inventions Combinations**

| # of Judge(s) | Case Number | Case Title | Court | Filed - Closed |
|---|---|---|---|---|
| Judge Bruggink | 1:2013cv00307 | Golden v. USA | U.S. Court of Federal Claims | 05/01/2013 - *11/10/2021* |
| # of Judge(s) | Case Number | Case Title | Court | Filed - Closed |
| Appellate Judges (3) | 2022cvpri01267 | Golden v. Google LLC | U.S. Court Of Appeals, Federal Circuit | 12/16/2021 - *09/08/2022* |
| District Judge | 3:2023cv00048 | Golden v. Samsung Electronics America, Inc. | California Northern District Court | 01/05/2023 - *06/08/2023* |
| Appellate Judges (3) | 2023cvpri02120 | Golden v. Samsung Electronics America, Inc. | U.S. Court Of Appeals, Federal Circuit | 07/07/2023 - *02/12/2024* |

| District Judge | 3:2022cv05246 | Golden v. Google LLC | California Northern District Court | 09/14/2022 – (Transfer) |
| District Judge | 3:2022cv05246 | Golden v. Google LLC | California Northern District Court | 09/14/2022 - *04/03/2024* |
| Appellate Judges (3) | 2024cvpri02024 | Golden v. Google LLC | U.S. Court Of Appeals, Federal Circuit | 07/01/2024 - *06/25/2025* |

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Google, LLC*, Case No. 22-1267; determined Direct Infringement by or for the Government, arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

The Federal Circuit in *Larry Golden v. Google LLC* Case No. 22-1267 "vacated and remanded" the lower court case *Larry Golden v. Google LLC* Case No. 21-0244 back to the lower [District] court because Golden had met all the pleading requirements, and was therefore ready for trial. The original case *Golden v. Google LLC*, SCDC No. 6:2021cv00244 was filed in the South Carolina District Court on 01/26/2021. The case was dismissed as being "frivolous". Golden appealed the case to the U.S. Court of Appeals for the Federal Circuit.

The Federal Circuit in *Golden v. Google LLC* Case No. 22-1267 disclosed in "Discussion" that the Circuit reviewed the case "under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), [a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face]." *Twombly*, 550 U.S. at 570; and, "plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678

The Federal Circuit in *Golden v. Google LLC* Case No. 22-1267 goes on to say: "In the Google case, the district court *again* concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a

detailed claim chart mapping features of an accused product, the Google [Pixel 5] Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to" … "[i]t attempts—whether successfully or not—to map claim limitations to infringing product features, and it does so in a relatively straightforward manner. We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart."

| Literal Infringement (Precedence) | Literal Infringement (Fed. Cir. *Golden v. Google*) |
|---|---|
| Literal infringement means that each and every element recited in a claim has identical correspondence in the allegedly infringing device or process. To literally infringe a patent, the accused system, method, etc. must include each limitation of a claim. E.g., *Southwall* (Fed. Cir. 05/10/95) To establish literal infringement, every limitation set forth in a claim must be found in an accused product, exactly. *Becton Dickinson* (Fed. Cir. 12/13/90). "Infringement, both literal and under the doctrine of equivalents, is an issue of fact."); *Cobalt Boats* (Fed. Cir. 05/31/19) "patent infringement is an issue of fact, tried by a jury" [U.S. CONST. amend. VII] | "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the [] Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart.…" |

The Federal Circuit in *Golden v. Google LLC* Case No. 22-1267 took notice that "in the patent context, th[e] court has explained that a plaintiff need not "plead facts establishing that each element of an asserted claim is met," *In re Bill of Lading Transmission and Processing Sys. Pat. Litig.*, 681 F.3d 1323, 1335 (Fed.

Cir. 2012) (citing *McZeal v. Sprint Nextel Corp.*, 501 F.3d 1354, 1357 (Fed. Cir. 2007)), but must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged." *Id.* at 1341 (alteration in original) (quoting *Twombly*, 550 U.S. at 556)".

Although the Federal Circuit did not specifically say "'without a doubt', Google's smartphone products that include the ATAK software and CBRN plugin sensors are literally and/or under the doctrine of equivalents, infringing Golden's patents asserted in the case", the Federal Circuit imply to say under the "clear and convincing evidence" standard, Google's smartphone products that include the ATAK software and CBRN plugin sensors are more likely than not, directly infringing Golden's patents asserted in the case.

The Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 examined and determined Golden has described how the Google "smartphone", that include the ATAK software and CBRN plugin sensors literally infringes at least claim 5 of Golden's '287 Patent; claim 23 of Golden's '439 Patent; and claim 1 of Golden's '189 Patent. See the chart below:

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Samsung* Case No. 23-2120; agreed with the Northern District of California Court Judge in *Golden v. Samsung* that Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

In *Golden v. Samsung Electronics America, Inc*. Case: 23-2120, Document 28; *OPINION* filed for the court by Prost, Circuit Judge; Taranto, Circuit Judge and Chen, Circuit Judge. Filed: 02/12/2024.

"Mr. Golden's complaint alleged, in part, that Samsung's smartphones possess that claimed detector/sensor functionality on three alternative bases: (1) through the "Android Team Awareness Kit, ATAK," which is "[b]uilt on the

Android operating system," involves "plug-ins" and "app specific software," was "[i]nitially created" by the "Air Force Research Laboratory" together with the "Defense Threat Reduction Agency," and is "available to warfighters throughout the DoD," Appx112 ¶ 55; Appx119, 127; (2) through add-on devices or modifications that utilize the smartphone's built-in camera, Appx111 ¶ 54, Appx124–25; and (3) through nine "standard sensors" which "can be used as 'biosensors,'" Appx126."

"Samsung moved to dismiss Mr. Golden's complaint, arguing that, among other things, Mr. Golden's complaint failed to plausibly state a patent-infringement claim. Appx146–48. More specifically, Samsung argued that Mr. Golden's complaint stated no alleged facts that went beyond allegations that Samsung was making and selling smartphones that could be modified post-sale by others to perform the accused detector/sensor functionality. On that basis, Samsung said, there are no plausible allegations Samsung was engaged in directly infringing activities. Appx146–47."

"The district court agreed and dismissed Mr. Golden's complaint with prejudice, concluding, in part, that "[t]he allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face." Golden, 2023 WL 3919466, at *2."

"We reject Mr. Golden's appeal arguments and therefore affirm the district court's dismissal of his complaint."

**The Northern District of California Court Judge Haywood S. Gilliam, Jr. in Case No. 22-5246; determined Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU; and Smartphone**

In *Larry Golden v. Google, LLC* NDC Case 3:22-cv-05246-RFL "Order Granting Motion to Dismiss with Leave to Amend" Document 41 Filed 08/10/23;

the then presiding Judge Haywood S. Gilliam, Jr. agreed with the Defendant [Google] that the Google Pixel devices could only infringe Golden's asserted patents if a user were to add the additional ATAK application and CBRN plugins.

**The Northern District of California Court Judge Rita F. Lin in Case No. 22-5246; determined Direct Infringement by or for the Government arises when there's a combined ATAK Software; CBRN Plugins; CPU, and Smartphone**

In *Larry Golden v. Google, LLC* NDC Case 3:22-cv-05246-RFL "Order Granting Motion to Dismiss and Denying leave to File a Surreply" Document 68 Filed 04/03/24; the current presiding Judge Rita F. Lin agreed with the Defendant [Google] that the Google Pixel devices could only infringe Golden's asserted patents if a user were to add the additional ATAK application and CBRN plugins.

**The United States Court of Appeals for the Federal Circuit Judges in *Golden v. Google, LLC*, Case No. 24-2024; determined Infringement occurs when there's a Mobile, Consumer, or Cellular device Integrated with, or Interconnected to a CBRNE Detection Capability.**

In the most recent case of *Golden v. Google LLC.*, Case No. 24-2024, Dkt. 41; filed 06/25/2025, three Federal Circuit judges again confirm, infringement of Plaintiff's patented CMDC device occurs when a mobile, consumer, or cellular device, is integrated with, or interconnected to a CBRNE detection capability. The Circuit's opinion includes the following:

> "Mr. Golden's five infringement "theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit." Decision at *1; see also *Nazomi Commc'ns, Inc. v. Nokia Corp.*, 739 F.3d 1339, 1346 (Fed. Cir. 2014) (finding no infringement when the accused products "do not infringe without modification—the modification of installing the required software."). Mr. Golden's first theory of infringement requires the ***use of the third-party app***

"ATAK-CIV" for at least two limitations of each asserted claim. App'x 300–302 ¶¶ 56 63; see also App'x 400–407. Mr. Golden's second theory of infringement requires the use of "*NFC tags*," which are external to Google products. App'x 307 ("NFC-enabled smartphones communicate with NFC tags."); see also App'x 408– 415. Mr. Golden's third theory of infringement requires using "Google's camera lens with [a] microfluidic lens" that "*uses [a] microscope* to focus on a chemical sensor." App'x 420–422 (emphasis added); see also App'x 416 423. Mr. Golden's fourth theory of infringement requires *external sensors* that the complaint alleges must be added on to Google's device. App'x 308; see also App'x 424– 431. Mr. Golden's fifth theory of infringement requires "Google Beacon," *a separate device*. App'x 308; see also App'x 432 439. Therefore, each of Mr. Golden's direct infringement theories solely against Google fails because Mr. Golden's infringement allegations require modification of the accused products to show infringement."

The Federal Circuit in *Golden v. Google LLC* CAFC Case No. 2022cvpri01267; filed on 12/16/2021, and decided on 09/08/2022, inferred; which means the Circuit have derived by reasoning; concluded or judged from the evidence, that that Google smartphone devices, more likely than not, *directly infringes* Golden's CMDC device.

The Federal Circuit in *Golden v. Google LLC* CAFC Case No. 2024cvpri02024; filed on 07/01/2024, and decided on 06/25/2025, inferred; which means the Circuit have derived by reasoning; concluded or judged from the evidence, that Google smartphone devices, more likely than not, *jointly infringes* Golden's CMDC device.

# *LICENSING ACTIVITIES BEFORE LITIGATION*

In *InterDigital Commc'ns, LLC v. Int'l Trade Comm'n*, No. 2010-1093 (Fed. Cir. Jan. 10, 2013), the Federal Circuit held that the domestic industry requirement of Section 337 can be satisfied by domestic licensing activities standing alone, even if no product covered by the patents-in-suit is manufactured domestically or by a domestic entity.

In re Light Emitting Diodes, ALJ Paul Luckern found the domestic industry requirement satisfied based solely on licensing activities, despite only having a single employee (the complainant). The order seemed to open up the possibility that investment in outside law firms to litigate the asserted patent could qualify to satisfy the domestic industry requirement.

In the In re Light Emitting Diodes decision, on domestic industry being supported by substantial investment due to licensing activities, Judge Luckern wrote: There is no bright-line test to determine what constitutes a 'substantial investment' in licensing of the asserted patent(s) and the scope of the domestic industry in an investigation that is determined on a case-by-case basis.

We, the Federal Circuit, emphasize that there is no minimum monetary expenditure that a complainant must demonstrate to qualify as a domestic industry under the 'substantial investment' requirement of [section 337(a)(3)(C)].

We, the Federal Circuit, agree with the parties that there is no need to define or quantify the industry itself in absolute mathematical terms. Thus, evidence or testimony of the complainant that demonstrates the expenditure of non-monetary resources also supports a finding of substantial investment. A precise accounting is not necessary, as most people do not document their daily affairs in contemplation of possible litigation.

Contact:  Melissa Koskovich          Laura Luke
          (703) 676-6762              (703) 676-6533
          Melissa.l.koskovich@saic.com   laura.luke@saic.com

Defense Industry Daily, LLC

**SPAWAR Awards SAIC a $7M Contract to Develop Container Security Devices**
**27-Jul-2009 10:13 EDT**
          Science Applications International Corp (SAIC) in San Diego, CA received a
$7 million indefinite-delivery/ indefinite-quantity, cost-plus-fixed-fee contract
(N66001-09-D-0034) from the Space and Naval Warfare Systems Center (SPAWAR)
Pacific to develop a container security device (CSD), a small, low-power sensor
mounted on or within a shipping container … The CSD can be queried by anyone with
access to the system. It transmits information to a receiver, which can be attached to
any cell phone with global capability. In response, the device will generate a data log
that records every time the device has been electronically queried …
SAIC's Integrated Surveillance & Security Solution (IS3) is a tailored system of
domain awareness sensors connected to a Physical Security Information Management
(PSIM) system that provides sensor management, assessment, situational display, data
fusion, and decision support.
**Applications**
          IS3 provides in-depth facility defense for coastal and border surveillance,
pipelines, dams, bridges, ports, law enforcement, chemical and power plants, and
airports.
- Monitors facility environment — domain awareness
- Integrates data from all sensors
- Detects potential threats
- Tracks threats and anticipates response needed

**Features**
IS3 automatically interrogates and manages multiple sensors and detection zones, and
provides automated alerts, and alarms for detected vessels, vehicles, and personnel so
the best assessment can be made.

**SAIC: Working NAVAIR CNIT Proposal Subcontractors**

| Company Name | Contact Info | Capabilities | Comments |
|---|---|---|---|
| Anti-Terrorism Product Grouping (ATPG) Technology, LLC (SB) | Larry Golden 864-288-5605 (Office) 864-992-7104 (Cell) atpg-tech@charter.net | Cell phone and communications sensor detection and lock disabling technology | **No website, Interested in licensing agreement with SAIC** |

**ATPG Technology, LLC**
*Anti-Terrorism Product Grouping*

Larry Golden, CEO
740 Woodruff Rd., #1102, Greenville, SC 29607
Business: 864-992-7104; Home: 864-288-5605; E-mail: atpg-tech@charter.net

March 22, 2019

**Google Inc.**
Sundar Pichai, CEO
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re: Notice of a Communicating, Monitoring, Detecting, and Controlling (CMDC) Device

Mr. Pichai:

My name is Larry Golden and I am the owner of Patents 7,385,497; 7,636,033; 8,106,752; 8,334,761; 8,531,280; 9,096,189; 9,589,439; and, 10,163,287. I have also a continuation patent application pending [16/350,683] and a re-issue patent application to the '439 patent. I have twenty-six independent claims that covers my Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e. your smartphone device or electronic device) and as many independent claims that covers my detection device / cell phone detection device (i.e. your smartwatch). My patents have a Disclosure Document of my invention filed with the PTO on November 17, 2004 and first filing priority date filed on 04-05-2006 (Exhibits 1 -5).

[omitted text]

I have attached a "documentary outline" (Exhibit 6) to this notice. I have a "documentary video" that is one hour twelve minutes long; I hope not to release but have scheduled the release 30 days out from the date of this notice. The outline establishes an attempt by me to establish varies industries and the video is my oral argument.

I have included Claim Charts illustrating how LG, Apple, Samsung, and Qualcomm are infringing the claimed inventions of at least '287, '439, '189, and '497 patents.

Here's my dilemma, I am prepared to file an infringement claim against LG, Apple, Samsung, and Qualcomm in the ITC Court and any other Companies I can't negotiate an agreement with. I am offering you the opportunity to negotiate a licensing agreement me before I file. If you are not named in the Complaint, the four companies' defense would be "it creates an unfair advantage" for your company.

**ATPG Technology, LLC**
*Anti-Terrorism Product Grouping*

522 Peach Grove Place, Mauldin, SC 29662
E-mail: atpg-tech@charter.net
Bus. 864-288-5605 / Mobile: 864-992-7104

November 11, 2010

**Apple, Inc.**
Attn: Bruce Sewell, SVP & General Counsel
1 Infinite Loop
Cupertino, CA 95014

Dear Sir:

My name is Larry Golden, CEO ATPG Technology, LLC. Thanks for allowing me the opportunity to present technology that is beneficial for projects being researched and developed within your Company.

I'm interested in speaking with you about the possibility of a licensing agreement(s) on the technology covered in my Patents.

I have been granted two (2) patents and have two (2) continuation patent applications that should be ready for issue within the next four (4) months.

My technology covers electronic devices, mobile devices, authentication (biometrics) technology; mobile devices lock and unlock features, RFID reader technology for mobile devices, embedded sensors in electronic devices, embedded sensors in mobile and portable devices, mobile phones as readers, embedded sensors in cell phone cases; mobile, electronic and portable devices used as monitoring equipment for locating, tracking, navigating and status of sensors.

I briefly read through the over 500 patent applications filed by Apple, Inc. available on the net and pulled out a few applications I thought covered technology similar to that I listed above. [see list below]

20100207721 SYSTEMS AND METHODS FOR IDENTIFYING UNAUTHORIZED USERS OF AN ELECTRONIC DEVICE 08-19-2010

20100082821 Device-to-device workflows - Systems, methods, and devices are provided for performing a workflow with two or more electronic devices 04-01-2010

20100078475 System and method for transportation check-in 04-01-2010

20100042954 Motion based input selection - method for selecting an input value based on sensed motion is provided 02-18-2010

20100113950 Seamlessly Embedded Heart Rate Monitor - This is directed to an electronic device having an integrated sensor for detecting a user's cardiac activity 05-06-2010

20100081385 Peer-to-peer host station - method and system is disclosed for allowing the sharing of one or more system resources between multiple devices 04-01-2010

20100078562 HIDDEN SENSORS IN AN ELECTRONIC DEVICE - electronic device having one or more sensors is provided 04-01-2010

20100017506 SYSTEMS AND METHODS FOR MONITORING DATA AND BANDWIDTH USAGE 01-21-2010

20100017118 PARKING & LOCATION MANAGEMENT PROCESSES & ALERTS 01-21-2010

20090301633 TAMPER RESISTANT LABEL FOR DETECTING DEVICE OPENINGS 12-10-2009

20090287067 INTEGRATED SENSORS FOR TRACKING PERFORMANCE METRICS 11-19-2009

20090279696 SYSTEM AND METHOD OF PERFORMING AUTHENTICATION 11-12-2009

20090279689 SYSTEM AND METHOD OF AUTHENTICATION - Disclosed herein are systems, methods and computer readable media for performing authentication 11-12-2009

20090229892 SWITCHABLE SENSOR CONFIGURATIONS - input device with switchable sensor configurations 09-17-2009

20090175509 Personal computing device control using face detection and recognition 07-09-2009

20090175499 Systems and methods for identifying objects and providing information related to identified objects 07-09-2009

20090170532 Event-based modes for electronic devices 07-02-2009

20090170492 User-programmed automated communications 07-02-2009

20090170480 Systems and methods for intelligent and customizable communications between devices 07-02-2009

20090169070 Control of electronic device by using a person's fingerprints 07-02-2009

20090167699 TOUCH SCREEN RFID TAG READER - The efficient incorporation of RFID circuitry within touch sensor panel circuitry is disclosed 07-02-2009

20090167509 TACTILE FEEDBACK IN AN ELECTRONIC DEVICE 07-02-2009

20090167508 TACTILE FEEDBACK IN AN ELECTRONIC DEVICE 07-02-2009

20090150114 ACTIVITY MONITORING SYSTEMS AND METHODS - activity monitor comprises housing for attachment to a person 06-11-2009

20090143007 Methods and systems for mixing media with communications 06-04-2009

20090085760 Security using electronic devices - Systems and methods for providing security to a user of an electronic device are provided 04-02-2009

20090083850 EMBEDDED AUTHENTICATION SYSTEMS IN AN ELECTRONIC DEVICE 03-26-2009

20090083847 EMBEDDED AUTHENTICATION SYSTEMS IN AN ELECTRONIC DEVICE 03-26-2009

20090059731 Devices and systems for outputting contextual information about an event for which an alarm is set on an electronic device 03-05-2009

20090040703 HOUSING COMPONENTS FOR ELECTRONIC DEVICES AND METHODS FOR CONSTRUCTING THE SAME 02-12-2009

20080259829 Personal area network systems and devices and methods for use thereof 10-23-2008

Look forward to speaking with you soon,

Larry Golden
CEO, ATPG Technology, LLC

| **Licensing Activities Prior to Litigation** | | | |
|---|---|---|---|
| Apple, Inc. Attn: Bruce Sewell, SVP & Gen. Manager 1 Infinite Loop Cupertino, CA 95014 Cert. Receipt: 7009 2250 0001 0170 9861 | Apple, Inc. Attn: Tim Cook, Chief Operating Officer [CEO] 1 Infinite Loop Cupertino, CA 95014 Cert. Receipt: 7009 2250 0001 0170 9854 | Qualcomm, Inc. Attn: Paul E. Jacobs, Chairman & CEO 5775 Morehouse Dr., Bldg. N San Diego, CA 92121 Cert. Receipt: 7010 1870 0002 0193 0551 | Motorola, Inc. Attn: Sanjay Jha, Co-CEO Motorola, Inc. 1303 E. Algonquin Rd. Schaumburg, Il. 60196 Cert. Receipt: 7009 2250 0001 0101 5610 |
| Motorola, Inc. Attn: A. peter Lawson, EVP, General Counsel 1303 E. Algonquin Rd. Schaumburg, Il. 60196 Cert. Receipt: 7009 2250 0001 0170 9939 | Motorola, Inc. Attn: Gene Delaney, EVP, Bus. Operations 1303 E. Algonquin Rd. Schaumburg, Il. 60196 Cert. Receipt: 7009 2250 0001 0170 9946 | Intel Corporation Attn: Paul S. Otellini, CEO, 2200 Mission College Blvd. Santa Clara, CA 95054-1549 Cert. Receipt: 7010 1870 0002 0193 0377 | Intel Corporation Attn: Curt J. Nichols, VP, 2200 Mission College Blvd. Santa Clara, CA 95054-1549 Cert. Receipt: 7010 1870 0002 0193 0360 |
| ManTech International Corp. Attn: Jeffrey Brown, Gen. Counsel 12015 Lee Jackson Hy Fairfax, VA 22033 Cert. Receipt: 7010 1870 0002 0193 0384 | ManTech International Corp. Attn: George J. Pedersen, Chair/CEO 12015 Lee Jackson Hy Fairfax, VA 22033 Cert. Receipt: 7010 1870 0002 0193 0391 | ICx Technologies, Inc. Attn: Deborah Mosier, CFO, 2100 Crystal Drive, Suite 650 Arlington, VA 22202 Cert. Receipt: 7010 1870 0002 0193 0407 | ICx Technologies, Inc. Attn: Colin Cumming, CEO, 2100 Crystal Drive, Suite 650 Arlington, VA 22202 Cert. Receipt: 7010 1870 0002 0193 0414 |
| AeroVironment, Inc. Attn: Jikun Kim, CFO 181 W. Huntington Drive, Suite 202 Monrovia, CA 91016 Cert. Receipt: 7010 1870 0002 0193 0421 | AeroVironment, Inc. Att: Tim Conver, CEO 181 W. Huntington Drive, Suite 202 Monrovia, CA 91016 Cert. Receipt: 7010 1870 0002 0193 0438 | FLIR Systems, Inc. Attn: William A. Sundermeier, President 27700 SW Parkway Ave. Wilsonville, OR 97070 Cert. Receipt: 7010 1870 0002 0193 0445 | FLIR Systems, Inc. Attn: Earl Lewis, Chairman & CEO 27700 SW Parkway Ave. Wilsonville, OR 97070 Cert. Receipt: 7010 1870 0002 0193 0452 |
| Raytheon Company Attn: William H. Swanson, Chair & CEO 870 Winter Street Waltham, MA 02451 Cert. Receipt: 7010 1870 0002 0193 0513 | Raytheon Company Attn: Jay B. Stephens, SVP General Counsel 870 Winter Street Waltham, MA 02451 Cert. Receipt: 7010 1870 0002 0193 0506 | Tesla Motors Attn: Research & Development 3500 Deer Creek Palo Alto, CA 94304 Cert. Receipt: 7009 2250 0001 0170 9762 | Tesla Motors Attn: Eric Whitaker, General Counsel 3500 Deer Creek Palo Alto, CA 94304 Cert. Receipt: 7009 2250 0001 0170 9755 |
| TRW Automotive Attn: Jerry Dekker, VP Operations & Strategies 12200 Tech Center Dr. Livonia, MI 48150-2122 Cert. Receipt: 7009 2250 0001 0170 9786 | TRW Automotive Attn: Jerry Drouin, VP & CIO 12200 Tech Center Dr. Livonia, MI 48150-2122 Cert. Receipt: 7009 2250 0001 0170 9779 | CODA Automotive Attn: Mark Jamieson, COO 1601 Wilshire Boulevard, Santa Monica, CA 90403 Cert. Receipt: 7009 2250 0001 0170 9809 | CODA Automotive Attn: Lino Lauro, Deputy General Counsel 1601 Wilshire Boulevard, Santa Monica, CA 90403 Cert. Receipt: 7009 2250 0001 0170 9793 |

| | | | |
|---|---|---|---|
| Fisker Automotive, Inc.<br>Attn: Henrik Fisker<br>19 Corporate Park<br>Irvin, CA 92606<br>Cert. Receipt: 7009 2250<br>0001 0170 9823 | Fisker Automotive, Inc.<br>Attn: Bernhard Koehler<br>19 Corporate Park<br>Irvin, CA 92606<br>Cert. Receipt: 7009 2250<br>0001 0170 9816 | Quantum Technologies<br>Attn: Alan P. Niedzwieki,<br>President & CEO<br>17872 Cartwright Road<br>Irvin, CA 92614-6217<br>Cert. Receipt: 7009 2250<br>0001 0170 9847 | Quantum Technologies<br>Attn: Kenneth Lombardo,<br>General Counsel<br>17872 Cartwright Road<br>Irvin, CA 92614-6217<br>Cert. Receipt: 7009 2250<br>0001 0170 9830 |
| At&T Mobility Llc<br>Attn: Ralph de la Vega,<br>CEO Glenridge<br>Highlands Two<br>5565 Glenridge Con.<br>Atlanta, GA 30342<br>E-mail correspondence | At&T Mobility Llc<br>Attn: Peter A. Ritcher,<br>CFO Glenridge<br>Highlands Two<br>5565 Glenridge Con.<br>Atlanta, GA 30342<br>E-mail correspondence | Alien Technology -<br>Morgan Hill<br>Attn: Peter Green; CEO<br>18220 Butterfield Blvd.<br>Morgan Hill CA 95037<br>Cert. Receipt: 7009 2250<br>0001 0101 5818 | Alien Technology -<br>Morgan Hill<br>Attn: David Aaron; CLO<br>18220 Butterfield Blvd.<br>Morgan Hill CA 95037<br>Cert. Receipt: 7009 2250<br>0001 0101 5801 |
| System Planning Corp.<br>Attn: Ronald Easley;<br>Founder & CEO<br>1000 Wilson Boulevard<br>Arlington, VA 22209<br>Cert. Receipt: 7010 1870<br>0002 0193 0773 | System Planning Corp.<br>Attn: Roy Smith;<br>President<br>1000 Wilson Boulevard<br>Arlington, VA 22209<br>Cert. Receipt: 7010 1870<br>0002 0193 0780 | LAT-LON, LLC<br>Attn: Dave Baker; Chief<br>Executive Officer.<br>2300 South Jason Street<br>Denver, CO 80223<br>Cert. Receipt: 7009 2250<br>0001 0101 5771 | LAT-LON, LLC<br>Attn: Steve Tautz; Chief<br>Financial Officer<br>2300 South Jason Street<br>Denver, CO 80223<br>Cert. Receipt: 7009 2250<br>0001 0101 5764 |
| PeopleNet—USA<br>Attn: Ron Konezny, CEO<br>4400 Baker Road<br>Minnetonka, Minnesota<br>55343<br>Cert. Receipt: 7009 2250<br>0001 0101 5757 | PeopleNet—USA<br>Attn: Brian McLaughlin,<br>COO. 4400 Baker Road<br>Minnetonka, Minnesota<br>55343<br>Cert. Receipt: 7009 2250<br>0001 0101 5740 | TeraHop Networks, Inc.<br>Att: Mark Spangler, CEO<br>1225 Old Alpharetta Rd.,<br>Suite 210<br>Alpharetta, GA 30005<br>Cert. Receipt: 7009 2250<br>0001 0101 5733 | TeraHop Networks, Inc.<br>Attn: David Nason, COO<br>1225 Old Alpharetta Rd.,<br>Suite 210<br>Alpharetta, GA 30005<br>Cert. Receipt: 7009 2250<br>0001 0101 5726 |
| OnAsset Intelligence<br>Attn: Adam Crossno,<br>President & CEO<br>3080 Story Rd. W.<br>Irving, TX 75038-3529<br>Cert. Receipt: 7009 2250<br>0001 0101 5719 | OnAsset Intelligence<br>Attn: Bruce Lutz, Vice<br>President of Legal<br>3080 Story Rd. W.<br>Irving, TX 75038-3529<br>Cert. Receipt: 7009 2250<br>0001 0101 5702 | TydenBrooks SPG<br>Attn: CEO<br>8 Microlab Road<br>Livingston, NJ 07039<br>Cert. Receipt: 7009 2250<br>0001 0101 5696 | TydenBrooks SPG<br>Attn: Legal<br>8 Microlab Road<br>Livingston, NJ 07039<br>Cert. Receipt: 7009 2250<br>0001 0101 5689 |
| Kaba Mas LLC<br>Attn: CEO<br>749 W. Short Street<br>Lexington KY 40508<br>Cert. Receipt: 7009 2250<br>0001 0101 5665 | Kaba Mas LLC<br>Attn: Legal<br>749 W. Short Street<br>Lexington KY 40508<br>Cert. Receipt: 7009 2250<br>0001 0101 5672 | Zebra Technologies Corp<br>Attn: Anders Gustafsson,<br>CEO. 475 Half Day Rd.,<br>Suite 500, Lincolnshire,<br>Illinois 60069<br>Cert. Receipt: 7009 2250<br>0001 0101 5658 | Zebra Technologies Corp<br>Attn: Jim L. Kaput, SVP,<br>475 Half Day Rd.,<br>Suite 500, Lincolnshire,<br>Illinois 60069<br>Cert. Receipt: 7009 2250<br>0001 0101 5641 |

| | | | |
|---|---|---|---|
| iControl Incorporated<br>Attn: Mr. E. Fred Tubb,<br>President & CEO<br>3235 Kifer Road<br>Santa Clara, CA 95051<br>Cert. Receipt: 7009 2250<br>0001 0101 5634 | iControl Incorporated<br>Attn: Mr. Tom J.<br>Inokuchi, VP of Eng.<br>3235 Kifer Road<br>Santa Clara, CA 95051<br>Cert. Receipt: 7009 2250<br>0001 0101 5627 | Avante Technology, Inc.<br>Attn: Cynthia Chu, EVP<br>70 Washington Road<br>Princeton Junction, NJ<br>08550<br>Cert. Receipt: 7009 2250<br>0001 0101 5832 | Avante Technology, Inc.<br>Attn: Dr. Kevin Chung,<br>CEO, 70 Washington<br>Road, Princeton Junction,<br>NJ 08550<br>Cert. Receipt: 7009 2250<br>0001 0101 5825 |
| MachineTalker, Inc.<br>Attn: Roland F. Bryan,<br>President & CEO<br>513, De La Vina St.<br>Santa Barbara, CA 93101<br>Cert. Receipt: 7010 1870<br>0002 0192 9623 | MachineTalker, Inc.<br>Attn: Christopher S.<br>Outwater, Director<br>513, De La Vina St.<br>Santa Barbara, CA 93101<br>Cert. Receipt: 7010 1870<br>0002 0192 9616 | Sprint-Nextel Corp.<br>Attn: Dan Hesse, CEO<br>6200 Sprint Pkwy<br>Overland Park, KS 66251<br>Email Correspondence | Sprint-Nextel Corp.<br>Att: Joseph Euteneuer,<br>CFO 6200 Sprint Pkwy<br>Overland Park, KS 66251<br>Email Correspondence |
| T-Mobile USA, Inc.<br>Attn: Philipp Humm,<br>President & CEO<br>12920 SE 38th St.<br>Bellevue, WA 98006<br>Email Correspondence | T-Mobile USA, Inc.<br>Attn: Jim Alling, COO<br>12920 SE 38th St.<br>Bellevue, WA 98006<br>Email Correspondence | U.S. Cellular<br>Attn: Mary N. Dillon,<br>CEO, 8410 W Bryn<br>Mawr Ave., Suite 700<br>Chicago, IL 60631<br>Email Correspondence | U.S. Cellular<br>Attn: John C. Gockley,<br>VP Legal, 8410 W Bryn<br>Mawr Ave., Suite 700<br>Chicago, IL 60631<br>Email Correspondence |
| MetroPCS Wireless, Inc.<br>Attn: Roger Linquist,<br>CEO & Chairman<br>2250 Lakeside Blvd.<br>Richardson, TX 75082<br>Email Correspondence | MetroPCS Wireless, Inc.<br>Attn: Mark Stachiw,<br>EVP, General Counsel<br>2250 Lakeside Blvd.<br>Richardson, TX 75082<br>Email Correspondence | EarthSearch Com'tions<br>Attn: K. A. Aladesuyi –<br>CEO 120 Interstate N.<br>Parkway, Suite 445<br>Atlanta, GA 30339<br>Email Correspondence | EarthSearch Com'tions<br>Attn: A.R. Sousa -<br>Comptroller, 120 Inter-<br>state N. Parkway, Suite<br>445, Atlanta, GA 30339<br>Email Correspondence |
| Northrop Grumman Corp<br>Headquarters Attn: Wes<br>Bush, CEO 1840 Century<br>Park East, Los Angeles,<br>California 90067<br>Cert. Receipt: 7010 1870<br>0002 0192 9807 | Northrop Grumman Corp<br>Headquarters Attn: Sheila<br>C. Cheston, VP. 1840<br>Century Park East, Los<br>Angeles, CA 90067<br>Cert. Receipt: 7010 1870<br>0002 0192 9791 | URS Corporation<br>Attn: Martin M. Koffel,<br>CEO, 600 Montgomery<br>Street, 26th Floor<br>San Francisco, CA 94111<br>Cert. Receipt: 7010 1870<br>0002 0192 9784 | URS Corporation<br>Attn: H. Thomas Hicks,<br>CFO, 600 Montgomery<br>Street, 26th Floor<br>San Francisco, CA 94111<br>Cert. Receipt: 7010 1870<br>0002 0192 9777 |
| General Dynamics<br>Attn: Jay L. Johnson,<br>CEO, 2941 Fairview Park<br>Dr., Suite 100, Falls<br>Church, Virginia 22042<br>Cert. Receipt: 7010 1870<br>0002 0192 9760 | General Dynamics<br>Attn: G. Gallopoulos,<br>SVP, 2941 Fairview Park<br>Dr., Suite 100, Falls<br>Church, Virginia 22042<br>Cert. Receipt: 7010 1870<br>0002 0192 9753 | QinetiQ North America<br>Attn: Duane Andrews,<br>CEO,7918 Jones Branch<br>Drive, Suite 350<br>McLean, VA 22102<br>Cert. Receipt: 7010 1870<br>0002 0192 9746 | QinetiQ North America<br>Attn: Deborah Fox, SVP<br>7918 Jones Branch Drive,<br>Suite 350<br>McLean, VA 22102<br>Cert. Receipt: 7010 1870<br>0002 0192 9739 |

| | | | |
|---|---|---|---|
| ISSYS<br>Attn: Dr. Nader Najafi,<br>CEO, 391 Airport Ind.<br>Drive, Ypsilanti,<br>Michigan 48198<br>Cert. Receipt: 7010 1870<br>0002 0192 9722 | ISSYS<br>Attn: Dr. Ken Wise, Co-<br>Founder, 391 Airport Ind.<br>Drive, Ypsilanti,<br>Michigan 48198<br>Cert. Receipt: 7010 1870<br>0002 0192 9715 | Reveal Imaging Tech.<br>Inc. Attn: Michael<br>Ellenbogen, CEO<br>28 Crosby Drive<br>Bedford, MA 01730<br>Cert. Receipt: 7010 1870<br>0002 0192 9708 | Reveal Imaging Tech.<br>Inc. Attn: Dr. Richard<br>Bijjani, Chief Tech.<br>Officer 28 Crosby Drive<br>Bedford, MA 01730<br>Cert. Receipt: 7010 1870<br>0002 0192 9692 |
| SRA International Inc.<br>Attn: Dr. Stanton Sloan,<br>President & CEO<br>4300 Fair Lakes Court<br>Fairfax, VA 22033<br>Cert. Receipt: 7010 1870<br>0002 0192 9685 | SRA International Inc.<br>Attn: Mark D. Schultz,<br>General Counsel<br>4300 Fair Lakes Court<br>Fairfax, VA 22033<br>Cert. Receipt: 7010 1870<br>0002 0192 9678 | Harris Corporation Hq.<br>Attn: Howard L. Lance,<br>CEO, 1025 West NASA<br>Boulevard, Melbourne,<br>Florida 32919<br>Cert. Receipt: 7010 1870<br>0002 0192 9661 | Harris Corporation Hq.<br>Attn: Scott Mikuen, VP<br>1025 West NASA<br>Boulevard, Melbourne,<br>Florida 32919<br>Cert. Receipt: 7010 1870<br>0002 0192 9654 |
| AS&E, Inc.<br>Attn: A. R. Fabiano<br>President & CEO<br>829 Middlesex Turnpike<br>Billerica, MA 01821<br>Cert. Receipt: 7010 1870<br>0002 0192 9647 | AS&E, Inc.<br>Attn: Patricia A. Gray,<br>SVP General Counsel<br>829 Middlesex Turnpike<br>Billerica, MA 01821<br>Cert. Receipt: 7010 1870<br>0002 0192 9630 | CarrierWeb LLC<br>Attn: John Marous, CEO<br>200 Technology Court,<br>Bldg. 200A<br>Atlanta, GA 30082<br>Cert. Receipt: 7010 1870<br>0002 0193 0759 | CarrierWeb LLC<br>Attn: A. Viegers, Co-<br>founder, 200 Technology<br>Court, Bldg. 200A<br>Atlanta, GA 30082<br>Cert. Receipt: 7010 1870<br>0002 0193 0742 |
| Squarerigger Software<br>Attn: Ed Cooper, CEO<br>9119 Ridgetop Blvd.,<br>Suite #300<br>Silverdale, WA 98383<br>Cert. Receipt: 7010 1870<br>0002 0193 0735 | Squarerigger Software<br>Attn: Legal<br>9119 Ridgetop Blvd.,<br>Suite #300<br>Silverdale, WA 98383<br>Cert. Receipt: 7010 1870<br>0002 0193 0728 | StarTrak Systems, LLC<br>Attn: Tim Slifkin, CEO<br>& Founder<br>408 American Road<br>Morris Plains, NJ 07950<br>Cert. Receipt: 7010 1870<br>0002 0193 0711 | StarTrak Systems, LLC<br>Attn: Thomas Robinson,<br>EVP & Co-Founder<br>408 American Road<br>Morris Plains, NJ 07950<br>Cert. Receipt: 7010 1870<br>0002 0193 0704 |
| Teletrac Inc.<br>Attn: Tony Eales, CEO<br>7391 Lincoln Way<br>Garden Grove, CA 92841<br>Cert. Receipt: 7010 1870<br>0002 0193 0681 | Teletrac Inc.<br>Attn: Tim Van Cleve,<br>EVP<br>7391 Lincoln Way<br>Garden Grove, CA 92841<br>Cert. Receipt: 7010 1870<br>0002 0193 0698 | TransCore, Inc.<br>Attn: J. Grabias, CFO<br>8158 Adams Dr., Liberty<br>Centre – Bldg. 200<br>Hummelstown, PA 17036<br>Cert. Receipt: 7010 1870<br>0002 0193 0674 | TransCore, Inc.<br>Attn: J. Worthington, Pre.<br>8158 Adams Dr., Liberty<br>Centre – Bldg. 200<br>Hummelstown, PA 17036<br>Cert. Receipt: 7010 1870<br>0002 0193 0667 |
| XATA Corporation<br>Attn: Jay Coughlan,<br>Chairman & CEO<br>965 Prairie Center Drive<br>Eden Prairie, MN 55344<br>Cert. Receipt: 7010 1870<br>0002 0193 0650 | XATA Corporation<br>Attn: Wes Fredenburg,<br>General Counsel<br>965 Prairie Center Drive<br>Eden Prairie, MN 55344<br>Cert. Receipt: 7010 1870<br>0002 0193 0643 | TeleNav Inc.<br>Attn: Dr. HP Jin,<br>President & CEO<br>1130 Kifer Road<br>Sunnyvale, CA 94086<br>Cert. Receipt: 7010 1870<br>0002 0193 0636 | TeleNav Inc.<br>Attn: Dr. Bob Rennard<br>1130 Kifer Road<br>Sunnyvale, CA 94086<br>Cert. Receipt: 7010 1870<br>0002 0193 0629 |

| | | | |
|---|---|---|---|
| MAGTEC Products, Inc.<br>Attn: CEO, 7000 Adams<br>Street, Suite B110<br>Willowbrook, IL 60527<br>Cert. Receipt: 7010 1870<br>0002 0193 0612 | MAGTEC Products, Inc.<br>Attn: Legal, 7000 Adams<br>Street, Suite B110<br>Willowbrook, IL 60527<br>Cert. Receipt: 7010 1870<br>0002 0193 0605 | GE Global Research<br>Attn: Mark M. Little,<br>SVP & Director<br>1 Research Circle<br>Niskayuna, NY 12309<br>Cert. Receipt: 7010 1870<br>0002 0193 0599 | GE Global Research<br>Attn: Legal<br>1 Research Circle<br>Niskayuna, NY 12309<br>Cert. Receipt: 7010 1870<br>0002 0193 0582 |
| Apple, Inc<br>Attn: Bruce Sewell, SVP<br>& General Counsel<br>1 Infinite Loop<br>Cupertino, CA 95014<br>Cert. Receipt: 7009 2250<br>0001 0170 9854 | Apple, Inc<br>Attn: Tim Cook, Chief<br>Operating Officer (CEO)<br>1 Infinite Loop<br>Cupertino, CA 95014<br>Cert. Receipt: 7009 2250<br>0001 0170 9861 | Celadon Incorporated<br>Attn: CEO<br>50 Mitchell Blvd.<br>San Rafael, CA 94903<br>Cert. Receipt: 7010 1870<br>0002 0193 0575 | Celadon Incorporated<br>Attn: Legal<br>50 Mitchell Blvd.<br>San Rafael, CA 94903<br>Cert. Receipt: 7010 1870<br>0002 0193 0568 |

# *DOMESTIC INVESTMENTS ARE ALLOCATED ON A PATENT GROUPING BASIS*

The Federal Circuit emphasized in *Zircon Corp. v. International Trade Commission* that the domestic industry investments must be allocated on a patent or patent grouping basis. "[T]he domestic industry typically must relate to articles that are all protected by a particular patent, not to a group of articles variously protected by different patents."

This complaint is directed to Google's imported smartphone devices and components thereof, including Google's central processing units [chipsets], that infringe, or are manufactured by processes that allegedly infringe, one or more of claims 1 and 7 of U.S. Patent No. 9,096,189 ("the '189 patent"); and/or claims 19, and 23 of U.S. Patent No. 9,589,439 ("the '439 patent"); and/or claims 3, 4, and 5 of U.S. Patent No. 10,163,287 ("the '287 patent"); and/or claims 1, 4, 8, and 11 of U.S. Patent No. 10,984,619 ("the '619 patent"); and/or claim 2 of U.S. Patent No. 11,645,898 (the '898 patent), (collectively, the "Asserted Patents"), either literally or under the doctrine of equivalents. Such products include at least the Google Pixel 6 Series; 7 Series; 8 Series, 9 Series, 10 Series, and Google Fold series of smartphones and Google's smartphone Tensor CPU Series 2, 3, & 4.

Under 19 U.S.C. § 1337(a)(2), a complainant must carefully link their investments to the patented articles or groups of patented articles such that the Commission can identify the investment on a patent-by-patent or patent grouping basis.

Complainant have allocated the investments on a patent-by-patent basis, or, at a minimum, ensured that any aggregate investment is allocated by product groupings; groupings in which all products in that group practice the same exact same patents, e.g., all products in group 1 practice patent A; all products in group 2 practice patent B. This precise approach is crucial for meeting the stringent standards set forth by the ITC and upheld by the Federal Circuit. The following table is a summary of the asserted patent; claims; and, groups:

| Group | Patent | Asserted patents | Asserted Claims | Products |
|:---:|:---:|:---:|:---:|:---:|
| 1 | A | 9,096,189 | 1, 7 | CMDC Device / CPU |
| 2 | B | 9,589,439 | 19, 23 | CMDC Device / CPU |
| 3 | C | 10,163,287 | 3, 4, 5 | CMDC Device / CPU |
| 4 | D | 10,984,619 | 1, 4, 8, 11 | CMDC Device / CPU |
| 5 | E | 11,645,898 | 1 | CMDC Device / CPU |

## Claims 1, & 7 of the 9,096,189 Patent

1.      A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising:

at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices;

7. … monitoring equipment comprising at least one of plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween;

wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the

monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use;

## Claims 19, & 23 of the 9,589,439 Patent

19. … monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween;

 wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use;

23. A cell phone comprising:

 a central processing unit (CPU) for executing and carrying out the instructions of a computer program;

## Claims 3, 4, & 5 of the 10,163,287 Patent

3. Monitoring equipment that is at least one of products grouped together by common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal, digital assistant (PDA) or smart phone interconnected to a vehicle lock for communication therebetween; the monitoring equipment comprising:

 at least one of a central processing unit (CPU), a network processor, or a front-end processor for communication between the monitoring equipment and the lock;

4.   A communication device comprising:

  at least one central processing unit (CPU);

5.   A monitoring device, comprising:

  at least one central processing unit (CPU);

## Claims 1, 4, 8, & 11 of the 10,984,619 Patent

1.   A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of:

4.   The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

8.   The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

11.   A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of:

## Claim 1 of the 11,645,898 Patent

1.   A pre-programmed stall, stop, vehicle slow-down system, that comprises at least one central processing unit (CPU), capable of:

  processing instructions to stall, stop, or slow-down a vehicle when the vehicle receives a signal from at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, a tablet, a PDA, or a handheld;

### PATENT SPECIFICATIONS FOR A
### "PRODUCT GROUPING" STRATEGY

"It is another objective of the present invention to provide a [] system for preventing terrorist activity by using products grouped together by common features in several product groupings such as design similarity, similarity in the presentation of security problems and similarity with regard to the presentation of solutions to preventing terrorist solutions."

"A still further objective of the present invention is to provide a [] system that utilizes a multi-task device for preventing terrorist activity to vulnerable products that are collected or arranged by product grouping categories."

"Still yet a further objective of the present invention is to provide a [] system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories."

**Patent Specifications for "Product Grouping" Categories:**

1. [t]he products grouped into what may be referred to as Product grouping 1 (*storage & transportation*) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars, United Parcel Services™ (UPS™), Federal Express™ (FedEx™), airport lockers, news racks (coin and non-coin operated), mail drop boxes, cluster mail boxes, keyed mail boxes, min-storage houses and buildings, bicycle lockers, stadium lockers, school lockers, cars, trucks, campers, buses, vans, unmanned aerial vehicles (UAVs), unmanned ground vehicles (UGVs), and utility vehicles;

2. the products grouped into what may be referred to as Product grouping 2 (*sensors*) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, door

sensors, speed sensors, biometric sensors, glass break sensors, plastic film on glass, high security locks, tampering labels, door sensors, disabling locking systems, vehicle detectors and satellite disabling locking systems, detection of humans, detection of contraband, temperature, and shock levels;

3. the products grouped into what may be referred to as Product grouping 3 (*detector case; modified and adapted*) include, but are not limited to, cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases, eyeglass, briefcases, detector cases of locks, detector cases of tags, detector cases that is mounted to, detector cases that is affixed to, detector cases that is outside of, detector cases that is inside of, and detector cases that is adjacent to;

4. the products grouped into what may be referred to as Product grouping 4 (*monitoring & communication devices*) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, satellite cell phones, cell phones, Universal Mobile Telecommunications System (UMTS) phones, personal digital assistants (PDAs), liquid crystal display (LCD) monitors, and satellite monitoring, remote control key fobs, two-way communication key fobs, handhelds;

5. the products grouped into what may be referred to as Product grouping 5 (*communication methods*) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth,

Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN), Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), General Packet Radio Services (GPRS), Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS);

6. the products grouped into what may be referred to as Product grouping 6 (*biometrics*) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature.

7. the products grouped into what may be referred to as Product grouping 7 (*authorized person*) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel.

**Patent Specifications for Communication Devices**

"Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, [] web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, [] cell phones, [] personal digital assistants (PDAs), [] handhelds ..." "Each [] can also be used as a manual, stand-alone hand-held scanner ..."

"FIG. 17 is a perspective view of the [] system of the present invention illustrating the incorporation of the features and elements of [] a cell phone and cell phone case ..."

"FIG. 18 is a perspective view of the [] system of the present invention illustrating the incorporation of a GPS satellite, [] a cell phone tower for communicating to and with an electronic device such as a laptop computer or a cell phone ..."

"[t]he basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring ..."

"The system [] can be adapted or incorporated with [] monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."

"FIGS. 18 and 19 illustrate representative examples of the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 ..."

"FIG. 19 illustrates a representative example wherein [] the monitoring equipment 138 and monitoring site 188 which can include but is not limited to satellite cell phones, satellite monitors, cell phones, laptops, desktop PC's, notebook PC's ..."

## Patent Specifications for CPUs or [Transceiver—Equivalent to Operating System]

"FIG. 19 is a perspective view of the [] system of the present invention illustrating the ... relay commands and signals to the cpu or transceiver ..."

"[R]adio frequency interconnected to a central processing unit (cpu), such as cpu 40, or a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween ..."

"A CPU or a transceiver 202 is programmed to receive signals ..." "with the CPU or transceiver 202 on the vehicle ..."

"The monitoring equipment 138 then transmits a signal 214 to the cell phone tower 190 that communicates with the transceiver 202 and/or CPU ..."

"The monitoring equipment 138 then transmits a signal 222 back to the GPS satellite 204 that in turn communicates via another signal 224 with the CPU and/or transceiver 202 to execute any commands ..."

"an open bust or open platform for integrating any new and innovative technology; [] Open bust or open platform also refers to the compatibility [] with other communication, transmission and surveillance systems ..."

**Patent Specifications for Internet and GPS connections**

"The [] case includes a power source (battery or electrical), interior compartments, Internet and GPS connections and a cpu interconnected with the Internet and GPS connections ..."

"FIG. 10 is a rear elevational view of the [] present invention illustrating the GPS, Internet and power source connections; ..."

"The rear side 30 has connections or contacts that can include an Internet connection 32, a GPS connection 34 and a power connection 36 for a power source ..."

"At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174 ..."

"Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet ... Wireless ... Cellular, Satellite, ... Radio Frequency (RF) ... Global Positioning System (GPS) ..."

## Patent Specifications for Third-Party Secure Modifications of Claimed Inventions

"the products grouped into what may be referred to as Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel. The [] system includes the capability to disable an existing lock or activate a lock located inside or outside any of the products named in the product grouping categories ..." "This is a significant feature for the [] system as it prevents unauthorized, unequipped and untrained entry and access to the product ..."

"While the invention has been shown and described in a preferred embodiment, it will be apparent to those skilled in the art that numerous alterations, *modifications*, and variations [] possible and practicable without departing from the spirit and scope of the invention."

# *SETTLEMENT*

First, Google can terminate this Section 337 investigation by entering into a license or settlement agreement. The administrative law judge must make an initial determination that the settlement agreement fulfills the requirements set out in Commission Rule 210.21. In particular, the ALJ must decide that the settlement agreement is not contrary to the public interest, which rarely occurs. *See, Certain Portable Electronic Devices and Related Software*, Inv. No. 337-TA-797, Order No. 73, at 4 (Nov. 27, 2012) (noting consideration of agreement terms is "fundamental" to ALJ's ability to consider the effect of the proposed settlement on the public interest).

Confidentiality is often an issue that arises with termination by settlement. Parties are required to provide both confidential and public versions of the settlement agreement. If the public version is too heavily redacted, the ALJ will reject the agreement. *See, Certain Child Carriers and Components* Thereof, Inv. No. 337-TA-1154, Order No. 11, at 3 (May 23, 2019) (denying motion to terminate "due to the excessively redacted public version of the settlement agreement").

Attorneys with the Office of Unfair Import Investigations, who participate as third-parties in 337 investigations, will review any settlement agreement closely to ensure that it is not overly redacted.

Another concern with confidentiality is that the complainant may oppose sharing the confidential financial information with other respondents still in the investigation. *See Certain Portable Electronic Devices and Related Software,* Inv. No. 337-TA-797, Order No. 73, at 4 (Nov. 27, 2012) (rejecting Complainant's request to redact confidential version filed on the record). This opposition typically stems from concerns that the disclosure of settlement terms will provide the remaining non-settling respondents an unfair advantage in settlement negotiations.

In some investigations, ALJs have agreed to limit disclosure of financial information to settling respondents if the complainant can establish prejudice. *See Certain Microperforated Packaging Containing Fresh Produce,* Inv. No. 337-TA-1096, Order No. 19 (Apr. 20, 2018).

Termination based on a settlement agreement can be advantageous because it offers parties the opportunity to negotiate their own terms. Also, if parties enter into settlement agreements early into the proceeding, they can avoid accruing the legal fees associated with Section 337 investigations. Termination by settlement remains the most popular avenue for

terminating Section 337 investigations. *See, Section 337 Statistics*: Settlement Rate Data, U.S. Int'l Trade Comm'n, https://www.usitc.gov/intellectual_property/337_statistics_settlement_rate_data.htm (last visited Mar. 9, 2020) (noting 48% of investigations terminated by settlement or consent orders in 2016).

## PROPOSED SETTLEMENT

Complainant is proposing an early settlement of 10% of Google's cash reserves, not to exceed $10(B); nor, come in less than the $10(B) mark. Google's enormous cash reserves allow Google to invest in new projects, acquire other companies, and weather financial storms.

**Google Holds More Cash Than Microsoft, Apple and Meta Combined**

Across Big Tech, cash conveys power – enabling market leaders to snap up startups and steer the future of technology. How does Google's monetary muscle compare against rival tech titans?

- Google – $118 billion
- Microsoft – $111 billion
- Apple – $62 billion
- Meta – $53 billion

Google possesses well over double the cash reserves of any other tech peer. For perspective, Google could acquire American industrial giants like Boeing or Deere & Company outright with the over $100 billion in its coffers. Crunching the numbers further:

- Google alone holds 29% of the total $400 billion cash pile held by Microsoft, Apple, Meta and itself
- Alphabet's cash reserve constitutes nearly 6% of all cash held by S&P 500 companies

This staggering weight of money propels Google's market value over the $1.6 trillion mark – cementing its status as one of the world's most valuable firms.

https://www.historytools.org/companies/how-much-cash-does-google-really-have

**Google's Financial Firepower Dwarfs Entire Industries**

To fully grasp the sheer scale of Google's cash stockpile, let's compare it to the annual revenues of entire industries:

- Larger than the global video game industry's $178 billion in 2021 revenues
- More than the $100 billion in annual revenues for the global bicycle industry
- Nearly triple the airline industry's 2021 total revenue of $42.2 billion

Google's cash reserves even exceed the annual R&D spending of every automotive company combined – which totaled $100 billion in 2021 according to Statista.

https://www.historytools.org/companies/how-much-cash-does-google-really-have

**Google's Liquid Assets Swell to Over $118 Billion**

Google's parent company Alphabet reported robust Q2 2023 earnings, including $74.6 billion in consolidated revenue. After subtracting operating costs, Google pocketed $19.5 billion in net income last quarter. Much of those profits flowed into Google's already-gargantuan cash reserves. As of June 30th 2023, Google possessed:

- $118.33 billion in cash, cash equivalents, and marketable securities
- This war chest has grown 12% from $105.7 billion in Q2 2022
- Highly liquid assets able to be deployed for acquisitions, R&D, and more

Bolstered by Google Cloud's first-ever quarterly profit, CFO Ruth Porat confirmed they will "continue investing aggressively" across Google's vast tech stack from search to quantum computing.

Flush with over $118 billion in dry powder, Google truly has unlimited budget to place bold bets in promising technologies before opponents can react.

https://www.historytools.org/companies/how-much-cash-does-google-really-have

**Understanding Google's Massive Cash Reserves**

Google's massive cash reserves are a fascinating topic. The company has a staggering $121 billion in cash and cash equivalents, which is more than the GDP of many countries. This enormous cash hoard allows Google to invest in new projects, acquire other companies, and weather financial storms. Google's cash reserves are a result of its incredible profitability, with the company generating over $40 billion in operating income in 2020 alone.

Google's parent company Alphabet has a massive cash reserve of over $109 billion, which is more than $100 billion. This cash hoard is a significant amount that could be used to reward patient investors with more cash. Google has $100B in cash. Google's owner Alphabet

ended last year with more than $109 billion in cash. That's a massive amount of money, and it's not being put to use. Alphabet didn't mention paying a dividend in its latest results.

Big Tech companies, including Google, have a significant amount of cash reserves. Slightly under $1.2trn is the estimated total cash and cash equivalents balance if they hadn't returned so much to investors in recent years.

This number is substantial and represents the amount of cash these companies have had to play with in recent years. Of course, some of these firms have been buying back stock in the years before, which could make the number even bigger.

Companies like Alphabet Inc. (GOOGL) and Apple Inc. (AAPL) have billions in cash reserves. Alphabet Inc. now holds $117 billion in cash, surpassing Apple Inc. which has $102 billion in liquid reserves, net of debt. Corporate America held $2 trillion in cash as of March 2022, a 7% decrease from the record $2.15 trillion at the end of 2020.

Alphabet now holds $117 billion in cash; surpassing Apple's $102 billion in liquid reserves. This significant shift in cash reserves has sparked concerns about Alphabet's dominance in the market and its potential impact on shareholders and regulators.

https://www.cgaa.org/article/google-cash-reserves

**AI Summary—Google's Cash Reserves**

Google maintains substantial cash reserves, which have evolved significantly since the company's inception.

Cash Reserves Overview:

- As of 2023, Alphabet Inc. (Google's parent company) reports cash and cash equivalents exceeding $100 billion.
- The company has consistently increased its cash reserves over the years, reflecting strong revenue growth and profitability.

Historical Context:

- In 2004, Google went public with an initial cash reserve of approximately $1.67 billion.
- By 2010, cash reserves had grown to around $33 billion, driven by increasing ad revenues and diversification into other services.
- In 2020, reserves reached about $121 billion, bolstered by the surge in online services during the COVID-19 pandemic.

Strategic Use of Cash:

- Google uses its cash reserves for acquisitions, investments in technology, and research and development.
- The company also engages in stock buybacks and dividends, although it has historically prioritized reinvestment over shareholder payouts.

Market Position:

- Google's cash reserves provide a competitive advantage, allowing for flexibility in strategic initiatives and resilience during economic downturns.

Sources:

- Financial reports from Alphabet Inc.
- Market analysis from reputable financial news outlets.

Currently, Complainant has a pending case against Google in the Western District of Texas Court—Waco Division. *Golden v. Google LLC*, Case No. 25-0434. Complainant alleges Google in directly infringing; jointly infringing; infringing under the doctrine of equivalents; and, willfully infringing.

A settlement here, of 10% of Google's cash reserves, not to exceed $10(B); nor, come in less than the $10(B) mark, also settles the pending patent infringement litigation in the Western District of Texas Court—Waco Division. *Golden v. Google LLC*, Case No. 25-0434.

# *COMPLAINANT'S STATEMENT OF PUBLIC INTEREST*

Complainant contend that if the Commission seeks more information on the public interest, it would be sufficient to allow the parties and the public to comment in response to a pre-institution Federal Register notice published immediately after the filing of the complaint.

Complainant is of the view that it would be unnecessary and burdensome to require the complaint and the respondents' responses to the complaint to include information on the public interest in addition to any submissions the parties might file in response to the pre-institution Federal Register notice.

Complainant believes ''[i]t would not be consistent with the remedial purpose of Section 337 if potential complainants were deterred from coming to the ITC due to concerns about the burdens associated with addressing public interest issues before there has been any adjudication of violation or the scope of the remedy.''

Complainant also believes that requiring information on the public interest in the complaint and responses thereto would be unduly burdensome in light of the rare instances where the public interest has been a factor in deciding whether to issue relief.

The Commission has determined that it will not require complainants to include public interest allegations in the complaint.

# *AMICUS BRIEF*

# Infringement of a Non-Practitioner's Patent Can Cause Irreparable Harm

### STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA

In the United States District Court for the Eastern District of Texas—Marshall Division: *Radian Memory Systems LLC, Plaintiff, v. Samsung Electronics Co., LTD., and Samsung Electronics America, Inc., Defendants.* Case 2:24-cv-01073-JRG Document 52 Filed 06/24/25

[Duplicate of the original document]

ABIGAIL A. SLATER
Assistant Attorney General

ROGER P. ALFORD
Principal Deputy Assistant
Attorney General

NICHOLAS T. MATICH
Acting General Counsel

MARK H. HAMER
DINA KALLAY
WILLIAM RINNER
Deputy Assistant Attorneys General

AMY J. NELSON
Acting Solicitor

ROBERT J. MCMANUS
Acting Deputy Solicitor

DAVID B. LAWRENCE
Policy Director

SARAH E. CRAVEN
MICHAEL TYLER
Associate Solicitors

YIXI (CECILIA) CHENG
Counsel to the Assistant
Attorney General

Office of the Solicitor
U.S. Patent & Trademark Office
Mail Stop 8,
P.O. Box 1450
Alexandria, VA 22313

DANIEL E. HAAR
NICKOLAI G. LEVIN
ANDREW N. DELANEY
Attorneys

Telephone: 571-272-9035

U.S. Department of Justice,
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Attorneys for the Acting Director of
the U.S. Patent & Trademark Office

Telephone: 914-256-0514
E-mail: andrew.delaney@usdoj.gov

Attorneys for the United States of
America

TABLE OF CONTENTS

INTEREST OF THE UNITED STATES............................................................1

BACKGROUND..........................................................................................3

ARGUMENT..............................................................................................4

   I.   Infringement of a Non-Practitioner's Patent Can Cause Irreparable Harm.........5

        A.  Like Other Types of Property, Patents Can Be Difficult to Value..........8

        B.  The Difficult of Calculating Damages from Patent Infringement Can

            Cause Irreparable Harm.....................................................................9

   II.  Recognizing a Likelihood of Irreparable Harm Would Not Resolve the

        Dispute............................................................................................15

CONCLUSION.........................................................................................16

TABLE OF AUTHORITIES

Page(s)

Cases

*ActiveVideo Networks, Inc. v. Verizon Communications, Inc.,*
694 F.3d 1312 (Fed. Cir. 2012) ..................................................... 13

*Allied Tube & Conduit Corp. v. Indian Head, Inc.,*
486 U.S. 492 (1988)...................................................................... 1, 2

*American Society of Mechanical Engineers v. Hydrolevel Corp.,*
456 U.S. 556 (1982)........................................................................... 2

*Apple Inc. v. Samsung Electronics Co.,*
809 F.3d 633 (Fed. Cir. 2015) ............................................... 3, 11, 12

*Apple Inc. v. Wi-LAN Inc.,*
25 F.4th 960 (Fed. Cir. 2022)......................................................... 10

*Bianco v. Globus Medical, Inc.,*
2014 WL 1049067 (E.D. Tex. Mar. 17, 2014) .............................. 12

*Broadcom Corp. v. Qualcomm Inc.,*
543 F.3d 683 (Fed. Cir. 2008) .............................................. 7, 12, 16

*California Institute of Technology v. Broadcom Ltd.,*
25 F.4th 976 (Fed. Cir. 2022)......................................................... 10

*Core Progression Franchise LLC v. O'Hare,*
No. 21-1151, 2022 WL 1741836 (10th Cir. May 31, 2022) ............ 8

*Dawson Chemical Co. v. Rohm & Haas Co.,*
448 U.S. 176 (1980)...................................................................... 2, 13

*Direct Biologics, L.L.C. v. McQueen,*
63 F.4th 1015 (5th Cir. 2023)........................................................... 9

*Dominion Video Satellite, Inc. v. Echostar Satellite Corp.,*
356 F.3d 1256 (10th Cir. 2004)........................................................ 8

*eBay Inc. v. MercExchange, L.L.C.,*
547 U.S. 388 (2006)..............................................................passim

*EcoFactor, Inc. v. Google LLC,*
137 F.4th 1333 (Fed. Cir. 2025).................................................................... 10

*Eldred v. Ashcroft,*
537 U.S. 186 (2003)........................................................................................ 2

*Ericsson, Inc. v. D-Link Systems, Inc.,*
773 F.3d 1201 (Fed. Cir. 2014) ................................................................... 10

*Fromson v. Western Litho Plate & Supply Co.,*
853 F.2d 1568 (Fed. Cir. 1988) ................................................................... 10

*Garth v. Staktek Corp.,*
876 S.W.2d 545 (Tex. App. 1994).................................................................. 9

*Hybritech Inc. v. Abbott Labs.,*
849 F.2d 1446 (Fed. Cir. 1988) ................................................................... 14

*In re Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation,*
831 F. Supp. 1354 (N.D. Ill. 1993) ........................................................ 13, 14

*i4i Ltd. Partnership v. Microsoft Corp.,*
598 F.3d 831 (Fed. Cir. 2010) .................................................................. 7, 11

*Joy Technologies, Inc. v. Flakt, Inc.,*
6 F.3d 770 (Fed. Cir. 1993) ........................................................................ 16

*Metalcraft of Mayville, Inc. v. The Toro Co.,*
848 F.3d 1358 (Fed. Cir. 2017) ............................................................... 7, 11

*National Society of Professional Engineers v. United States,*
435 U.S. 679 (1978)..................................................................................... 2, 3

*Nichia Corp. v. Everlight Americas, Inc.,*
855 F.3d 1328 (Fed. Cir. 2017) ..................................................................... 7

*Oil States Energy Services, LLC v. Greene's Energy Group, LLC,*
584 U.S. 325 (2018)........................................................................................ 8

*Omega Patents, LLC v. CalAmp Corp.,*
13 F.4th 1361 (Fed. Cir. 2021)..................................................................... 10

*Presidio Components, Inc. v. American Technical Ceramics Corp.,*
702 F.3d 1351 (Fed. Cir. 2012) ............................................................... 7, 12

*Robert Bosch LLC v. Pylon Manufacturing Corp.*,
659 F.3d 1142 (Fed. Cir. 2011) ............................................................... 3, 8

*RoDa Drilling Co. v. Siegal*,
552 F.3d 1203 (10th Cir. 2009)..................................................................... 9

*Smith International, Inc. v. Hughes Tool Co.*,
718 F.2d 1573 (Fed. Cir. 1983) .................................................................... 3

*TEK Global, S.R.L. v. Sealant Systems International, Inc.*,
920 F.3d 777 (Fed. Cir. 2019) ....................................................................11

*Ticor Title Insurance Co. v. Cohen*,
173 F.3d 63 (2d Cir. 1999) ........................................................................... 8

*Triple-A Baseball Club Associates v. Northeastern Baseball, Inc.*,
832 F.2d 214 (1st Cir. 1987) ........................................................................ 8

*United States v. Microsoft Corp.*,
253 F.3d 34 (D.C. Cir. 2001)........................................................................ 2

*Verinata Health, Inc. v. Ariosa Diagnostics, Inc.*,
809 Fed. App'x 965 (Fed. Cir. 2020)......................................................... 12

*Walgreen Co. v. Sara Creek Property Co., B.V.*,
966 F.2d 273 (7th Cir. 1992)...................................................................... 13

*Weyerhaeuser Co. v. Ross-Simmons Hardwood Lumber Co.*,
549 U.S. 312 (2007)...................................................................................... 2

*Winter v. Natural Resources Defense Council, Inc.*,
555 U.S. 7 (2008).................................................................................. 6, 15

Statutes

15 U.S.C. § 4301......................................................................................... 1

28 U.S.C. § 283........................................................................................... 3

28 U.S.C. § 517........................................................................................... 1

35 U.S.C. § 1............................................................................................... 4

35 U.S.C. §§ 101-103.................................................................................. 8

35 U.S.C. § 154(a)(1).................................................................................. 5

35 U.S.C. § 261....................................................................................... 5, 8

35 U.S.C. § 282(a) ................................................................................................ 5

35 U.S.C. § 283................................................................................................. 5, 16


<u>Other Authorities</u>

Adam Mossoff, The Injunction Function: How and Why Courts Secure Property Rights in

    Patents, 96 NOTRE DAME L. REV. 1581 (2021)................................................. 14

Office of Management and Budget, Circular No. A-119, Federal Participation in the

    Development and Use of Voluntary Consensus Standards and in Conformity Assessment

    Activities, 81 FR  4673 (Jan. 27, 2016)................................................................ 1

Kristen Jakobsen Osenga, "Efficient" Infringement and Other Lies,

    52 SETON Hall L. Rev. 1085 (2022) ........................................................... 14, 15

Abigail Slater, Assistant Attorney General, Address at University of Notre Dame Law School

    (Apr. 28, 2025), https://www.justice.gov/opa/speech/assistant-attorney-general-gail-

    slater-delivers-first-antitrust-address-university-notre ....................................... 2

U.S. Constitution Article I, § 8, Clause 8 ......................................................... 4

## INTEREST OF THE UNITED STATES

The United States respectfully submits this statement under 28 U.S.C. § 517, which permits the Attorney General to direct any officer of the U.S. Department of Justice to attend to the interests of the United States in any case pending in a federal court. The United States, through the Department of Justice Antitrust Division and the United States Patent and Trademark Office (USPTO), has a strong interest in protecting and promoting competition in the U.S. economy, including by promoting a strong and effective patent system. The USPTO—the Executive-branch agency charged with examining patent applications, issuing patents, and advising the President on intellectual property policy through the Department of Commerce— furthers these interests by promoting the proper and consistent interpretation of the Patent Act, which protects patent rights and rewards innovation. Broadly, the United States seeks to advance consistent and correct application and enforcement of the intellectual property laws, including the Patent Act, to safeguard patents, fuel economic growth, and spur innovation to advance American freedoms. Patent rights also work with the antitrust laws to spur competition among innovators to create new and useful technologies, products, or services for consumers.

The complaint here involves a product standard developed by a private consortium that includes several large firms who practice the standardized technology (commonly called implementers). While Radian did not bring an antitrust claim, the complaint nevertheless raises competition concerns. There is "serious potential for anticompetitive harm" inherent in these standards-development organizations (SDO),[1] which "often have economic incentives to restrain

---

[1] This SOI adopts the terminologies of Standard Development Organization Act of 2004, 15 U.S.C. § 4301 et seq. and Office of Management and Budget, Circular No. A-119, Federal Participation in the Development and Use of Vol Consensus Standards and in Conformity Assessment Activities, 81 FR 4673 (Jan. 27, 2016). While the standard at hand was developed by

competition," as their members collaborate on what products will or will not be "manufacture[d],

distribute[d], or purchase[d]." *Allied Tube & Conduit Corp. v. Indian Head, Inc.*, 486 U.S. 492,

500 (1988); *see also Am. Soc'y of Mech. Eng'rs v. Hydrolevel Corp.*, 456 U.S. 556, 571 (1982)

("[A] standard-setting organization . . . can be rife with opportunities for anticompetitive

activity."). These competition concerns are particularly acute where an SDO is controlled by

large implementers with market power. Large purchasers working together can exercise

monopsony power—the "mirror image" of monopoly power. *Weyerhaeuser Co. v. Ross-Simmons*

*Hardwood Lumber Co.*, 549 U.S. 312, 322 (2007). An abuse of market power "to squash nascent,

albeit unproven competitors" is "inimical" to the goal of preserving and protecting competition.

*See United States v. Microsoft Corp.,* 253 F.3d 34, 79 (D.C. Cir. 2001).

 A patent gives the "right to exclude others from profiting by the patented invention,"

*Dawson Chem. Co. v. Rohm & Haas Co.*, 448 U.S. 176, 215 (1980), in order "to encourage

invention," *Eldred v. Ashcroft*, 537 U.S. 186, 216 (2003). The United States has an interest in

encouraging innovation not only from large firms, but also from "Little Tech," which includes

"small businesses and innovators." *See* Abigail Slater, Assistant Att'y Gen., U.S. Dep't of Just.

Antitrust Div., Address at University of Notre Dame Law School (Apr. 28, 2025),

https://www.justice.gov/opa/speech/assistant-attorney-general-gail-slater-delivers-first-antitrust-

address-university-notre. Competition benefits from a multiplicity of innovative solutions,

leading to a wide range of products and services that offer different solutions to problems. *See*

*Nat'l Soc. of Prof. Eng'rs v. United States,* 435 U.S. 679, 695 (1978) (Congress's "assumption

that competition is the best method of allocating resources in a free market recognizes that all

---

a private consortium rather than an SDO, given the similar collaborative nature of the private
consortia and SDO activities, for purposes of this brief, the two are analyzed under the same
framework.

elements of a bargain . . . are favorably affected by the free opportunity to select among alternative offers.").

The incentive to innovate at the heart of the Patent Act is undermined when the availability of preliminary injunctions to block infringement is unduly limited. Congress has authorized injunctions "in accordance with the principles of equity to prevent the violation of any right secured by patent," 28 U.S.C. § 283, and "[i]njunctions are vital to [the patent] system" for "encouraging innovation," *Apple Inc. v. Samsung Elecs. Co.*, 809 F.3d 633, 647 (Fed. Cir. 2015). Without the possibility of injunctive relief, "the right to exclude granted by the patent would be diminished, and the express purpose of the Constitution and Congress, to promote the progress of the useful arts, would be seriously undermined." *Smith Int'l, Inc. v. Hughes Tool Co.*, 718 F.2d 1573, 1577-78 (Fed. Cir. 1983) (abrogated on other grounds by *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 393-94 (2006), as noted in *Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1148-49 (Fed. Cir. 2011)).

The United States submits this Statement of Interest to provide the Court with views of the Antitrust Division and USPTO on how to assess whether a plaintiff alleging patent infringement has demonstrated a likelihood of irreparable harm under the four-factor test for a preliminary injunction under Supreme Court and Federal Circuit precedent. We do not take a position on any of the other factors for granting a preliminary injunction or on the ultimate question of whether the court should exercise its discretion to issue a preliminary injunction.

## BACKGROUND

Radian Memory Systems (Radian) filed a complaint for patent infringement against Samsung Electronics (Samsung). In moving for a preliminary injunction, Radian alleges that it developed and patented an innovative technology to improve management of flash solid-state

drives (SSDs), particularly for use in enterprise and data-center operations. Pl.'s Mot. for Prelim. Inj. (Radian Mot.) at 1, ECF No. 43. According to Radian, despite its best efforts to participate in the market before its patents issued, Samsung and other market participants iced Radian out of the industry using standards-development efforts. *Id.* at 1-3. Specifically, Radian alleges that Samsung—a top-tier member of NVM Express (NVMe), which was developing standards in the SSD space—organized others in the industry to try to pressure Radian to join; however, Radian refused due to NVMe's policies that would have required Radian to grant royalty-free licenses of its patented technology to other members. *Id.* at 2. Following Radian's decision not to join NVMe, Radian alleges that the members (including Samsung) began infringing upon Radian's patented technology. *Id.* at 2-3.

Radian claims that it will continue to suffer irreparable harm in the form of loss of both market opportunities, including potential deals with existing and prospective customers, and market position as a technology pioneer, since it is unable to compete with Samsung in the market by licensing its technology to Samsung and others on Radian's own terms. *Id.* at 17-18, 21-23; Jadon Decl. ¶53-54, ECF No. 43-13. Samsung counters that Radian fails to show irreparable harm because of, *inter alia*, timing and party issues, Samsung's Opp. to Radian's Mot. for Prelim. Inj. (Samsung Opp.) at 9-12, ECF No. 47, and because a non-practicing entity, like Radian, expects a royalty and thus monetary relief will provide full compensation, *id.* at 12.

## ARGUMENT

The U.S. Constitution gives Congress the power "[t]o promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries." U.S. Const. art. I, § 8, cl. 8. Pursuant to that power, Congress passed the Patent Act, which makes the USPTO responsible for examining and issuing patents to any new, useful, and nonobvious invention. 35 U.S.C. §§ 1, et seq. Under the Patent

Act, a patent has "the attributes of personal property," *id.* § 261; is presumed valid, *id.* § 282(a); and grants the patentee "the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States or importing the invention into the United States," *id.* § 154(a)(1). "[T]o prevent the violation of any right secured by [a] patent," courts "may grant injunctions in accordance with the principles of equity." *Id.* § 283.

Under the traditional principles of equity for a preliminary injunction, courts must consider the likelihood of irreparable harm. Consistent with Supreme Court and Federal Circuit precedent, this Court should evaluate the possibility of irreparable harm under traditional equitable principles. Under those principles, an ongoing patent infringement would, in many cases, result in irreparable harm based on the inadequacy of a monetary remedy, which can be difficult to calculate accurately. This position treats patents in this specific context like other unique assets that are difficult to value, making damages hard and costly to calculate. And it permits the same remedy—an injunction—to prevent an ongoing violation of rights in a unique asset regardless of who owns the asset. Radian's claims of injury to its market opportunities and position may support a likelihood of irreparable harm because these claims (to the extent supported by evidence) may support a conclusion that monetary damage—an ongoing reasonable royalty—would be difficult and expensive to calculate.[2]

## I.    Infringement of a Non-Practitioner's Patent Can Cause Irreparable Harm

The Supreme Court has held that, under well-established principles of equity, a patentee must satisfy the traditional four-factor test to receive an injunction. *eBay*, 547 U.S. at 392-93. For

---

[2] Radian argues for injunctive relief in part based on 18th-century principles of equity, asserting that under these traditional principles a finding of ongoing infringement is, as a matter of law, irreparable harm. See Radian Mot. At 15-16; Samsung Opp. At 2. Such a categorical rule is inconsistent with eBay, and the United States does not argue for such a standard.

a preliminary injunction, the four-factor test requires a showing of (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm (with no adequate remedy at law); (3) the balance of the hardships is in favor of the party seeking injunction; and (4) that an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

In *eBay*, the Court specifically rejected wholesale categorical rules as inconsistent with equitable principles. 547 U.S. at 393. It rejected the Federal Circuit's "general rule," unique to patent disputes, that an injunction will issue upon a finding of infringement and validity. *Id.* at 393-94. And, conversely, it rejected the district court's "broad classification" that a patentee who is willing to license could not establish irreparable harm. *Id.* at 393.

Specifically, in considering the situation of patentees who license their patents, the Supreme Court stated that "[s]uch patent holders may be able to satisfy the traditional four-factor test" and should not be "categorically den[ied] . . . the opportunity to do so." *Id.* The Court noted that "some patent holders, such as university researchers or self-made inventors, might reasonably prefer to license their patents, rather than undertake efforts to secure the financing necessary to bring their works to market themselves." *Id.*

Chief Justice Roberts joined the majority but also penned a concurrence, writing that since "at least the early 19th century, courts have granted injunctive relief upon a finding of infringement in the vast majority of patent cases." Id. at 395 (Roberts, C.J. concurring). This "long tradition of equity practice is not surprising given the difficulty of protecting the right to exclude through monetary remedies that allow an infringer to use an invention against the patentee's wishes"—a difficulty that suggests irreparable harm. Id. (quotation marks omitted). And the Chief Justice emphasized that this history is relevant to courts' assessment of injunctive relief today, as "[w]hen it comes to discerning and applying [the injunctive relief] standards, in

this area as others, a page of history is worth a volume of logic." Id. (internal quotation marks omitted).

Justice Kennedy also concurred, providing a different gloss. He wrote that he would limit the lesson of historical practice to cases that bear substantial parallels to the types of litigation then-prevalent, and that a patentee's use of its patents not for producing and selling goods—but instead for obtaining license fees—presented a consideration outside of historical practice. *Id.* at 395-96 (Kennedy, J. concurring).

After *eBay*, the Federal Circuit has recognized that "[w]hile a patentee is not entitled to an injunction in every case, it does not follow that courts should entirely ignore the fundamental nature of patents as property rights granting the owner the right to exclude," citing Chief Justice Roberts's concurrence. *Nichia Corp. v. Everlight Americas, Inc.*, 855 F.3d 1328, 1341 (Fed. Cir. 2017) (quoting *Presidio Components, Inc. v. Am. Tech. Ceramics Corp.*, 702 F.3d 1351, 1362 (Fed. Cir. 2012)). "Where the injury cannot be quantified, no amount of money damages is calculable, and therefore the harm cannot be adequately compensated and is irreparable." *Metalcraft of Mayville, Inc. v. The Toro Co.*, 848 F.3d 1358, 1368 (Fed. Cir. 2017). Moreover, the "[d]ifficulty in estimating monetary damages is evidence" of irreparable harm, i.e., "that remedies at law are inadequate." *i4i Ltd. P'ship v. Microsoft Corp.*, 598 F.3d 831, 862 (Fed. Cir. 2010) (citing *Broadcom Corp. v. Qualcomm Inc.*, 543 F.3d 683, 703-04 (Fed. Cir. 2008)). Irreparable harm is common in patent infringement cases because patents are hard to value and damages are difficult to calculate—as shown, for instance, by the frequent wide gap between a plaintiff's reasonable royalty calculation and a defendant's reasonable royalty calculation, even

when both parties' damages experts survive *Daubert* challenges. We discuss these concerns in Sections A and B, respectively.

### A. Like Other Types of Property, Patents Can Be Difficult to Value

A valid patent is inherently a unique asset—each patent claims a new, useful, and nonobvious invention. 35 U.S.C. §§ 101-103. And a valid patent has attributes both of personal property and of a public franchise, with the rights (like the right to an injunction) that the statute prescribes. *See* 35 U.S.C. § 261; *Oil States Energy Servs., LLC v. Greene's Energy Grp., LLC*, 584 U.S. 325, 338 (2018). Precedent from property cases illustrate how irreparable harm in patent infringement cases can arise. *Cf. Robert Bosch*, 659 F.3d at 1149 (Courts should not "ignore the fundamental nature of patents as property rights granting the owner the right to exclude.").

Courts have found irreparable harm based on, inter alia, the loss of control over a unique product or business opportunity. *Dominion Video Satellite, Inc. v. Echostar Satellite Corp.*, 356 F.3d 1256, 1263-64 (10th Cir. 2004) (collecting cases). For example, in *Triple-A Baseball Club Associates v. Northeastern Baseball, Inc.*, 832 F.2d 214, 223-25 (1st Cir. 1987), the court found irreparable harm for failure to specifically perform a contract—sale of a sports franchise— because the franchise was a unique good whose market value could not be ascertained. *See also Ticor Title Ins. Co. v. Cohen*, 173 F.3d 63, 69 (2d Cir. 1999) (holding that the breach of an exclusivity provision was evidence of irreparable harm, including because "it would be very difficult to calculate monetary damages that would successfully redress the loss of a relationship with a client"); *Core Progression Franchise LLC v. O'Hare*, No. 21-1151, 2022 WL 1741836, at *3 (10th Cir. May 31, 2022) (holding that the loss of control over a franchise business, and thus the loss of the opportunity to control the distribution of a unique product, supported the finding of irreparable harm).

The loss of control over a unique asset is relevant to the patent infringement context too, as infringement deprives the patent holder of the ability to control to whom it licenses its products and the terms of that licensing. For example, patent owners who rely on licensing as part of their commercialization strategy often desire to control the scope of a license. This includes licensing only for certain claims, competitors, markets, fields of use, geographies, or time frames. These elements of control are valuable because a license grant provides explicit authority from the patent owner to make, have made, use, sell, and/or offer for sale the invention. Without the license, any of these activities would infringe the patent(s). Patentees may also desire specific terms such as arbitration provisions for breaches of the license, auditing of a licensee's sales, or royalty payments in a running royalty, lump sum, or a combination. Even when the patentee desires to license its patent to the defendant, a court-imposed reasonable royalty lessens the patentee's ability to control the scope and terms of its license.

### B. The Difficulty of Calculating Damages from Patent Infringement Can Cause Irreparable Harm

In cases of unique assets, courts have commonly found irreparable harm when damages are difficult to calculate. *See, e.g., RoDa Drilling Co. v. Siegal*, 552 F.3d 1203, 1210-11 (10th Cir. 2009) (finding irreparable harm based on the unique nature of the property interest). Likewise, "courts have found that '[l]ost opportunity to create or gain control of a new market may result in unquantifiable losses for which there is no adequate remedy at law,'" supporting a finding of irreparable harm. *Direct Biologics, L.L.C. v. McQueen*, 63 F.4th 1015, 1023 (5th Cir. 2023) (quoting *Garth v. Staktek Corp.*, 876 S.W.2d 545, 549 (Tex. App. 1994)). Similar situations can arise in patent infringement cases because of the profound difficulties in calculating damages that adequately account for the patentee's loss of control over how to license their patent.

As courts have recognized, calculating patent damages can be very difficult and expensive. To determine a fair and reasonable royalty in the absence of an established royalty, courts consider what would be the result of a hypothetical negotiation between a theoretically "willing" licensor and a theoretically "willing" licensee in the past, before the infringement. *See Fromson v. W. Litho Plate & Supply Co.*, 853 F.2d 1568, 1574 (Fed. Cir. 1988). Employing this methodology has been described as "a difficult judicial chore, seeming often to involve more the talents of a conjurer than those of a judge," or, more succinctly, as a "fantasy." *Id*. at 1574-75. And additional steps become necessary when the damages must be apportioned—for example, where a patent covers a component of a larger device or is part of an industry standard (i.e., a standard essential patent (SEP)). *Ericsson, Inc. v. D-Link Systems, Inc.*, 773 F.3d 1201, 1232-33 (Fed. Cir. 2014) (describing the steps for SEPs).[3]

The large number of reversals based on flawed damages models confirms the difficulty of calculating damages. *See, e.g., EcoFactor, Inc. v. Google LLC*, 137 F.4th 1333, 1337-38 (Fed. Cir. 2025) (en banc) (reversing the denial of a new trial after a $20 million damages award based on unreliable expert testimony); *Apple Inc. v. Wi-LAN Inc.*, 25 F.4th 960, 974 (Fed. Cir. 2022) (vacating a verdict of $85 million based on faulty expert testimony and remanding for a new damages trial); *Cal. Inst. of Tech. v. Broadcom Ltd.*, 25 F.4th 976 (Fed. Cir. 2022) (vacating a verdict of $1.1 billion and remanding for a new damages trial); *Omega Patents, LLC v. CalAmp Corp.*, 13 F.4th 1361 (Fed. Cir. 2021) (ordering new damages trial for insufficient evidence of a $5 per unit royalty).

---

[3]Indeed, for SEPs, "the jury must be told to differentiate the added benefit [of the patented invention] from any value the innovation gains because it has become standard essential," which is "difficult to do with precision." *Ericsson*, 773 F.3d at 1232-33 & n.9.

Post *eBay*, the Federal Circuit has recognized that the difficulty in calculating monetary damages for ongoing patent infringement is evidence of irreparable harm, i.e., that legal remedies are inadequate. *i4i*, 598 F.3d at 862 (Fed. Cir. 2010).[4] The Federal Circuit has likewise identified many situations where the loss of the right to exclude in a competitive market can lead to irreparable harm due to the difficulty in calculating monetary damages. *See, e.g., Apple Inc. v. Samsung Elecs. Co.*, 809 F.3d 633, 644-45 (Fed. Cir. 2015) (finding an inadequate remedy at law when the loss of even single sale was difficult to calculate given downstream and network effects); *Metalcraft of Mayville*, 848 F.3d at 1368 (finding a likelihood of irreparable harm due to the loss of a life-long customer, which may have far-reaching, long-term impact on future revenue, and sales losses were difficult to quantify due to ecosystem effects); *TEK Glob., S.R.L. v. Sealant Sys. Int'l, Inc.*, 920 F.3d 777, 792 (Fed. Cir. 2019) (finding the inherent difficulty in quantifying loss of market share and estimating monetary damages indicated that remedies at law are inadequate). And damages calculations for an ongoing royalty may be especially difficult for particular forms of royalties—e.g., royalties from an exclusive license, from licensing only to certain firms in a competitive market, or from structuring a license in a unique fashion. Absent established terms and royalty rates for a patent license, there is no straightforward way to calculate the royalty a patentee would accept for a license that is not artificially suppressed and otherwise negatively impacted by the infringement.

---

[4] The Federal Circuit also noted that it is difficult to calculate monetary damages for "loss of market share, brand recognition, and customer goodwill." i4i, 598 F.3d at 862; see also TEK Global, S.R.L. v. Sealant Sys. Int'l, Inc., 920, F.3d 777, 792 (Fed. Cir. 2019) (affirming the district court's finding of irreparable harm because "TEK's lack of [product] diversification exposes it to a particular risk of lowered market share, and money damages cannot adequately compensate for the related injury to its reputation.").